IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MOHAMMEDOU OULD SLAHI**
Guantanamo Bay Naval Station, Cuba

      Plaintiff,

      v.                          Civil Action No. _____

**U.S. DEPARTMENT OF DEFENSE**
Washington, DC,

      Defendant.

## COMPLAINT

1.      This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq. as amended, for the disclosure of agency records defendant U.S. Department of Defense has improperly withheld from plaintiff.

### Jurisdiction

2.      This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 28 U.S.C. § 1331.

### Venue

3.      Venue is proper under 5 U.S.C. §§ 552(a)(4)(B) and 28 U.S.C. § 1391.

## Parties

4. Plaintiff is a thirty-six year old citizen of Mauritania who is imprisoned at Guantanamo Bay Naval Station. Plaintiff entered custody in Mauritania on November 20, 2001, and was rendered to Jordan at the request of the U.S. on November 28, 2001. On July 19, 2002, he was rendered to Bagram Air Force Base in Afghanistan. On approximately August 4, 2002, he was rendered to Guantanamo Bay, where he remains imprisoned.

5. Defendant Department of Defense is an agency within the meaning of 5 U.S.C. § 552(e). Defendant has held plaintiff in its exclusive custody since at least July 19, 2002, when plaintiff arrived at Bagram Air Force Base.

## Statement of Facts

6. Defendant Department of Defense subjects its prisoners to medical examinations from time to time. Prior to his imprisonment, plaintiff suffered from sciatica but was otherwise in good health.

7. Plaintiff was subjected to torture between approximately June 2003 and November 2003. Plaintiff was beaten, forced to drink salt water, sprayed in the nose with ammonia, forced to stand for protracted periods, subjected to cold temperatures, deprived of sunlight, forced to live with bright artificial light in his cell day and night, threatened with a dog, and sexually assaulted. On several occasions, medical personnel were called to evaluate his condition.

8. Plaintiff now suffers from anxiety and depression. He also has high blood pressure, high cholesterol, and high triglycerides.

9.      In a letter dated May 4, 2005, plaintiff submitted a FOIA request to defendant for disclosure of all records relating to him.  In a letter dated July 13, 2005, defendant acknowledged receipt of the request and indicated that a substantive response would be sent "in the near future." When no further response was forthcoming, plaintiff submitted a second request on January 3, 2006, this time specifying that his medical records should be given priority.  No response has been received to date.

## Cause of Action  (FOIA)

10.     Plaintiff repeats and realleges paragraphs 1 through 9.  Defendant has failed to comply with the statutory time periods which govern FOIA requests.  Therefore, defendant has wrongfully withheld documents from plaintiff, and plaintiff has constructively exhausted all required administrative remedies.

11.     Plaintiff has a legal right under FOIA to obtain the information he seeks, and there is no legal basis for the denial of said right by defendant.

## Prayer for Relief

WHEREFORE, plaintiff respectfully requests that the Court:

(1) Order defendant to disclose all of plaintiff's records immediately and in their entirety to plaintiff,

(2) Expedite this action pursuant to 28 U.S.C. § 1657(a),

(3) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d), and

(4) Grant such other relief as the Court may deem just and proper.

                                              Respectfully submitted,

Dated: March 31, 2006                    _____
                                              Sylvia Royce, *pro bono*
                                              DC Bar 924035
                                              5505 Connecticut Avenue, NW #340
                                              Washington, DC   20015
                                              Tel: (202) 362-3445
                                              Fax: (202) 686-4271
                                              sylvia_royce@hotmail.com

                                              Nancy Hollander, *pro bono*
                                              Theresa M. Duncan, *pro bono*
                                              FREEDMAN BOYD DANIELS
                                              HOLLANDER & GOLDBERG P.A.
                                              20 First Plaza, Suite 700
                                              Albuquerque, NM 87102
                                              (505) 842-9960; (505) 842-0761 (facsimile)
                                              nh@fbdlaw.com
                                              tmd@fbdlaw.com

                                              Counsel for Plaintiff