# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMEDOU OULD SLAHI,** ) | |
| ) | **Civil Action No. 06-CV-0597 (JR)** |
| ) | **ECF** |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S ANSWER

Defendant United States Department of Defense ("DOD") answers the complaint of

plaintiff Mohammedou Ould Slahi upon information and belief as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's Complaint is not a proper pleading because the named plaintiff in the caption

is not the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requester of the records at

issue.

### THIRD DEFENSE

Defendant answers the numbered paragraphs of plaintiff's Complaint as follows:

1.      Paragraph 1 of the complaint consists of plaintiff's conclusions of law regarding

the legal nature and statutory basis of his claims, to which no response is required.

**Jurisdiction**

2.      This paragraph contains plaintiff's conclusions of law regarding the scope and extent of the Court's jurisdiction to which no answer is required.

**Venue**

3.      This paragraph contains plaintiff's conclusions of law regarding venue to which no answer is required.

**Parties**

4.      Defendant admits that plaintiff is a thirty-six year old, Mauritanian citizen detained at Guantanamo Bay Naval Station.  Defendant can neither admit nor deny the other allegations in this paragraph because to do so would require the disclosure of classified information, or could tend to reveal classified information.

5.      Defendant admits that DoD is an agency of the federal government of the United States.  The averment set forth in the remainder of the first sentence of paragraph 5 of the Complaint is a conclusion of law to which no answer is required.  Defendant can neither admit nor deny the allegations in the second sentence of this paragraph because to do so would require the disclosure of classified information, or could tend to reveal classified information.

**Statement of Facts**

6.      Regarding the first sentence of this paragraph, defendant admits that individuals detained by defendant at Guantanamo Bay receive medical treatment during their detention.  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this paragraph.

7.      The paragraph contains plaintiff's conclusions of law to which no answer is

required, but insofar as an answer may be required, defendant denies the allegations, except that regarding the third sentence of the paragraph, defendant admits that individuals detained by defendant at Guantanamo Bay receive medical treatment during their detention.

8.      Admit that plaintiff has received, as have all other individuals detained by defendant at Guantanamo Bay, medical treatment during detention.

9.      Regarding the first and third sentences of this paragraph, defendant denies that plaintiff submitted FOIA requests to defendant and avers that by letter dated May 4, 2005, plaintiff's counsel, Sylvia Royce, submitted a FOIA request to defendant, to which the Court is respectfully referred for a complete and accurate statement of the contents of the correspondence.  Regarding the second sentence of paragraph 9, admit that defendant sent a letter to plaintiff's counsel, Sylvia Royce, dated July 13, 2005, to which the Court is respectfully referred for a complete and accurate statement of the contents of the correspondence.  Regarding the third sentence of paragraph 9, admit that defendant received a letter dated January 3, 2006, to which the Court is respectfully referred for a complete and accurate statement of the contents of the correspondence, but deny that the January 3, 2006 letter came from plaintiff.  Regarding the fourth sentence of paragraph 9, admit that defendant has not sent a response to plaintiff's counsel's January 3, 2006 letter.

## **<u>Cause of Action</u> (FOIA)**

10.      In response to the first sentence of this paragraph, defendant reasserts the answers specified in paragraphs 1-9 above.  The second and third sentences of this paragraph contain conclusions of law to which no answer is required.

11.      This paragraph contains conclusions of law to which no answer is required, but

- 3 -

insofar as an answer may be required, defendant denies the allegations.

The allegations in the paragraphs following paragraph 11 of the Complaint and commencing with the words "Prayer for Relief" state plaintiff's request for relief, to which no response is required. To the extent a response is required, defendant denies that plaintiff is entitled to the requested relief, or to any other relief. Any allegation not expressly responded to is hereby denied.

WHEREFORE, defendant requests that plaintiff's prayer for relief be denied.

Dated:  May 1, 2006                    Respectfully submitted,

                                       PETER D. KEISLER
                                       Assistant Attorney General

                                       ELIZABETH J. SHAPIRO (D.C. Bar 418925)
                                       Assistant Director
                                       Federal Programs Branch


                                        /s/
                                       _____
                                       Nicholas J. Patterson (N.Y. Bar)
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       Mailing Address
                                       P.O. Box 883
                                       Washington, D.C.  20044
                                       Delivery Address
                                       20 Massachusetts Ave., N.W., Room 7220
                                       Washington, D.C.  20001
                                       Telephone: (202) 514-4523
                                       Fax: (202) 616-8470
                                       nicholas.patterson@usdoj.gov

                                       Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of May 2006, I caused the foregoing defendant's

Answer to be served on plaintiff's counsel of record electronically by means of the Court's ECF

system.


/s/_____
Nicholas J. Patterson