**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KHALED BEN MUSTAPHA, *et al.*,
    v.                  Civil Action No. 05-0022 (JR)
GEORGE W. BUSH, *et al.*


SHERIF el-MASHAD, *et al.*,
    v.                  Civil Action No. 05-0270 (JR)
GEORGE W. BUSH, *et al.*


AHAMED ABDUL AZIZ, *et al.*,
    v.                  Civil Action No. 05-0492 (JR)
GEORGE W. BUSH, *et al.*


MOHAMMEDOU OULD SALAHI, *et al.*
    v.                  Civil Action No. 05-0569 (JR)
GEORGE W. BUSH, *et al.*


KHIALI-GUL,
    v.                  Civil Action No. 05-0877 (JR)
GEORGE W. BUSH, *et al.*


ABDUL ZUHOOR,
    v.                  Civil Action No. 05-1011 (JR)
GEORGE W. BUSH, *et al.*


OMAR MOHAMMED KHALIFH, *et al.*,
    v.                  Civil Action No. 05-1189 (JR)
GEORGE W. BUSH, *et al.*


SAWAT KHAN,
    v.                  Civil Action No. 05-1491 (JR)
GEORGE W. BUSH, *et al.*


IBRAHIM OSMAN IBRAHIM IDRIS,
    v.                  Civil Action No. 05-1555 (JR)
GEORGE W. BUSH, *et al.*

SADAR DOE, *et al.*,
     v.                        Civil Action No. 05-1704 (JR)
GEORGE W. BUSH, *et al.*


ABDU AL-QADER HUSSAIN
AL-MUDAFARI, *et al.*,
     v.                        Civil Action No. 05-2185 (JR)
GEORGE W. BUSH, *et al.*


ADHAM MOHAMMED ALI AWAD,
     v.                        Civil Action No. 05-2379 (JR)
GEORGE W. BUSH, *et al.*


MOHAMMEDOU OULD SLAHI,
     v.                        Civil Action No. 06-0597 (JR)
GEORGE W. BUSH, *et al.*

**ORDER**

It is by the court *sua sponte* **ORDERED** that all District Court proceedings in these cases are **stayed** pending issuance of the mandate (or other developments) in <u>Boumediene v. Bush</u>, D. C. Cir. No. 05-5062, decided February 20, 2007.


                                      JAMES ROBERTSON
                         United States District Judge