**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MOHAMMEDOU OULD SLAHI,                :
                                     :
        Plaintiff,                   :
                                     :
    v.                               : Civil Action No. 06-0597 (JR)
                                     :
U.S. DEPARTMENT OF DEFENSE,          :
                                     :
        Defendant.                   :

<u>**ORDER**</u>

It is by the Court *sua sponte* **ORDERED,** on the authority of <u>Boumediene v. Bush</u> and <u>Al Odah v. United States</u>, 476 F.3d 981 (D.C. Cir.), <u>cert. denied</u> 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.

                                JAMES ROBERTSON
                        United States District Judge