IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMEDOU OULD SLAHI,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )  Case No. 1:06cv0597(JR)<br>)<br>) |
| U.S. DEPARTMENT OF DEFENSE,<br>    Defendant. | )<br>) |

## MOTION FOR RECONSIDERATION

Plaintiff Mohamedou Ould Slahi, by and through his attorneys, files this Motion for Reconsideration of the Court's dismissal of this case on April 5, 2007. This Motion is filed pursuant to Federal Rules of Civil Procedure 59 and 60. In support of the motion, Mr. Slahi states as follows:

1. On March 31, 2006, Mr. Slahi filed this Freedom of Information Act ("FOIA") action against the U.S. Department of Defense ("DOD") under 5 U.S.C. § 552 *et seq., as amended*, seeking disclosure of agency records that DOD had (and has) improperly withheld from him.

2. On April 5, 2007, this Court dismissed the case, stating that the dismissal was for lack of subject matter jurisdiction based on the authority of *Boumediene v. Bush* and *Al Odah v. United States*, 476 F.3d 934 (D.C. Cir.), *cert. denied* 549 U.S.___ (April 2, 2007).

3. *Boumediene* and *Al Odah* addressed the jurisdiction of the courts over the habeas corpus cases of the Guantanamo detainees.

4. This action – Case No. 1:06cv0597 – is not Mr. Slahi's habeas corpus case. Rather, it is his FOIA case, which seeks records which have been improperly withheld from him.

5. Mr. Slahi submits that this Court retains subject matter jurisdiction over this case.

5. Rules 59 and 60 permit a court, upon a showing of "mistake [or] inadvertence" to provide a party with relief from a judgment or order. Here, Mr. Slahi respectfully submits that this Court inadvertently dismissed this matter by confusing it with his habeas corpus case, Case. No. 05cv0569, which was also dismissed on the same day.

6. Counsel for Mr. Slahi has conferred with Nicholas Patterson, counsel for Defendant DOD, regarding this motion. Mr. Patterson has indicated that the DOD neither consents to nor opposes reinstatement of the case at this juncture, but may express a position at a later time.

WHEREFORE, Plaintiff Slahi requests that this Court reconsider its April 5, 2007, order and reinstate this case.

Respectfully submitted,

Dated: April 10, 2007

/s/ Sylvia Royce
Sylvia Royce, *pro bono*
D.C. Bar 924035
5505 Connecticut Avenue, NW #340
Washington, D.C. 20015
Tel: (202) 362-3445
Fax: (202) 686-4271
Sylvia_royce@hotmail.com

Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
FREEDMAN BOYD DANIELS
HOLLANDER & GOLDBERG P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel: (505) 842-9960
Fax: (505) 842-0761
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Plaintiff