IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMEDOU OULD SLAHI,    )
    Plaintiff,    )
                                                     )
    v.    )    Case No. 1:06cv0597(JR)
                                                     )
U.S. DEPARTMENT OF DEFENSE,    )
    Defendant.    )

**(PROPOSED) ORDER**

In light of Plaintiff's Motion for Reconsideration pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, it is hereby ORDERED this ____ day of _____, 2007, that the dismissal entered on April 5, 2007, shall be withdrawn and this case shall be reinstated.

                                                                           _____
                                                                           United States District Judge