IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMEDOU OULD SLAHI,<br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>    Defendant. | )<br>)<br>)<br>)   Case No. 1:06cv0597(JR)<br>)<br>)<br>)<br>) |

**(PROPOSED) ORDER**

In light of Plaintiff's Motion for Reconsideration pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, it is hereby ORDERED this ____ day of _____, 2007, that the dismissal entered on April 5, 2007, shall be withdrawn and this case shall be reinstated.

 

_____
United States District Judge