**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0597 (JR) |
| U.S. DEPARTMENT OF DEFENSE, | : |
| Defendant. | : |

### ORDER

Plaintiff's motion for reconsideration [9] is **granted**. This case was mistakenly dismissed and is **reinstated on the docket**. The stay order issued February 27, 2007 [7] is **vacated**. Defendant is **ordered** either to comply with the FOIA request in this case or to file an appropriate dispositive motion, within 30 days of the date of this order.

JAMES ROBERTSON
United States District Judge