IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMEDOU OULD SLAHI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| **U.S. DEPARTMENT OF DEFENSE,** ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Defendant, through undersigned counsel, hereby moves this Court for an extension of time of forty six (46) days in which defendant may file its dispositive motion in this case. The reasons for this request are as follows:

1.  Pursuant to this Court's April 17, 2007 Order, defendant's dispositive motion is currently due on May 17, 2007. See Order (dkt. no. 11) ("Defendant is ordered either to comply with the FOIA request in this case or to file an appropriate dispositive motion, within 30 days of the date of this order.").

2.  Defendant requires additional time to prepare and file its summary judgment motion and accompanying Vaughn Index and declaration owing to the volume of records and the complexity of issues involved. Defendant also requires this time because of the need for multiple components of the U.S. Department of Defense to participate in the review of records and the preparation of defendant's summary judgment motion, Vaughn Index, and declaration.

3.  In addition, the undersigned counsel had prior commitments to other courts, including the Supreme Court of New Hampshire and the Supreme Court of Virginia, which conflicted with the scheduling Order issued by this Court on April 17, 2007. The undersigned counsel is furthermore scheduled to leave the Civil Division, U.S. Department of Justice by

approximately the end of this month for other employment, thereby requiring that another attorney be assigned to this case and become familiar with the matters at issue. Counsel submits respectfully that these scheduling conflicts are unavoidable and regrets any inconvenience that might arise therefrom.

4. Pursuant to Local Rule 7(m), plaintiff's counsel has advised that she does not oppose this extension of time.

Accordingly, defendant requests an extension of time of forty six (46) days for defendant to file its summary judgment motion, making defendant's summary judgment motion due on or before Monday, July 2, 2007.

Dated: May 14, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER (D.C. Bar 297713)
Senior Trial Counsel
Federal Programs Branch

 /s/
Nicholas J. Patterson (NY Bar)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C. 20044
Delivery Address
20 Massachusetts Ave., N.W., Room 7220
Washington, D.C. 20001
Telephone: (202) 514-4523
Fax: (202) 616-8470
nicholas.patterson@usdoj.gov

Attorneys for Defendants