**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MOHAMMEDOU OULD SLAHI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-0597 (JR) |
| | ) | |
| **U.S. DEPARTMENT OF DEFENSE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER**

Upon consideration of defendant's Unopposed Motion for Extension of Time to File Dispositive Motion, it is

ORDERED THAT the motion is granted, and defendant's dispositive motion shall be due on or before July 2, 2007.

DATED: _____

_____
Honorable James Robertson
United States District Judge