IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR A STAY BY DEFENDANT**

Defendant, the Department of Defense ("DoD"), hereby moves to stay this action for a period of sixty (60) days in order for the parties to submit, on or before August 31, 2007, a proposed briefing schedule regarding defendant's summary judgment motion in this case. In support of this motion, defendant informs the Court as follows:

1.   On March 31, 2006, plaintiff Mohammedou Ould Slahi, an alien detainee held by DoD at the Guantanamo Bay Naval Base in Cuba, filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, alleging that DoD had improperly withheld documents responsive to his FOIA request which sought all records relating to him.

2.   Pursuant to this Court's Order of May 17, 2007, defendant's dispositive motion is currently due on July 2, 2007. Defendant had anticipated that its summary judgment motion would address only the information withheld from documents already released to plaintiff in 2006.

3.   However, matters have arisen that changed the potential scope of defendant's anticipated summary judgment motion. First, on or about June 28, 2007, the parties resolved fee

issues relating to some additional 600 documents already identified by DoD in U.S. Southern Command but not yet fully processed. *See Oglesby v. Dept. of the Army*, 920 F.2d 57, 66 (D.C. Cir. 1990) (in a FOIA case, "[e]xhaustion does not occur until the required fees are paid or an appeal is taken from the refusal to waive fees."); *see also Trueblood v. Dep't of the Treasury,* 943 F.Supp. 64, 68 (D.D.C.1996).

4. Second, also on or about June 28, 2007, plaintiff committed to pay for a previously requested search relating to records of interrogation logs and polygraph examinations. *See* 32 C.F.R. § 286.28 (e)(2) (a DoD component need not initiate a search for responsive records until the requester indicates a willingness to pay assessable costs if more than two hours of search effort or 100 pages of records are desired).

5. Third, on June 29, 2007, plaintiff's counsel further informed DoD that plaintiff is committed to pay for additional searches beyond U.S. Southern Command, which would include all DoD organizations, commands or offices likely to maintain responsive records. Because DoD will only now start conducting these new searches, it is impossible at this time to determine how much time will be required to process any documents that are found to be responsive to plaintiff's FOIA request and which might come within any of FOIA's exemptions.

6. Rather than bifurcate the case and make separate motions for summary judgment to address the different categories of documents discussed above, defendant respectfully requests that the case be stayed for a period of 60 days to allow DoD to conduct its searches for responsive documents located within DoD components outside of U.S. Southern Command. The parties will then be better able propose a briefing schedule regarding defendant's summary judgment motion with respect to all withheld information. In the meantime, however, DoD will

produce responsive, nonexempt documents to plaintiff as they become available on a rolling basis.

7. Pursuant to Local Rule 7(m), defendant has conferred with counsel for plaintiff, who consents to this motion for a stay.

Accordingly, defendant respectfully requests that the Court stay this case for a period of sixty (60) days and grant the parties until August 31, 2007 to submit a proposed briefing schedule for defendant's motion for summary judgment.

Dated: June 29, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

JOHN R. TYLER
Senior Trial Counsel

    /s/ Jean Lin
JEAN LIN  (NY#4074530)
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C.  20530
Tel: (202) 514-3716
Fax: (202) 616-8407
E-mail: jean.lin@usdoj.gov

Attorneys for Defendants