IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Consent Motion for A Stay, it is hereby

ORDERED that the motion is GRANTED, whereby the parties have up to and including August 31, 2007 to submit a proposed briefing schedule for a dispositive motion.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE