IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMEDOU OULD SLAHI
Guantanamo Bay Naval Station, Cuba

    Plaintiff,

v.   Civil Action No. 06-cv-0597 (JR)

U.S. DEPARTMENT OF DEFENSE
Washington, DC,

    Defendant.

## MOTION TO VACATE STAY

Plaintiff Mohamedou Ould Slahi hereby asks the Court to vacate a stay entered in the instant Freedom of Information Act case on July 3, 2007, and represents to the Court as follows:

1. On June 29, 2007, the government filed a consent motion for a stay, to and including August 31, 2007. At the time of the government's filing, its summary judgment motion was due on July 2, 2007. This was the government's second unopposed motion for extension of time within which to file a dispositive motion.

2. The consent of counsel for Mr. Slahi was obtained on the government's explicit representations

    (A) that more than 600 documents consisting of approximately 2500 pages had already been identified as responsive,

    (B) that the Department of Defense staff was then in the process of examining those documents,

(C) that the government would waive any further fees for searching or reproduction as to those documents, and

(D) that all non-exempt documents would be provided as they became available on a rolling basis. The documents referenced were from the Southern Command portion of the Department of Defense.[1]

2. Notwithstanding the government's representations, no documents have been provided to Mr. Slahi "on a rolling basis" or on any other basis. In response to our repeated requests for status, government counsel now says she cannot even estimate the date on which any documents will become available.

3. Mr. Slahi's original Freedom of Information Act request was filed in May 2005. The only documents which have ever been produced were his own medical records, and it has now been more than fourteen months since those were disclosed.

4. Our consent to the stay having been extracted through representations which the government either cannot or will not now honor, we ask the Court to vacate the stay.

Wherefore, plaintiff requests that the Court vacate the stay and order the government to provide all documents and to file its dispositive motion by August 31, 2007.

Respectfully submitted,

Dated: August 14, 2007

Sylvia Royce, *pro bono*
DC Bar 924035

---

[1] As to searches of other portions of the Department of Defense, government counsel stated that those searches could be completed and any further responsive documents processed within 60 days once Mr. Slahi committed to paying additional fees. Counsel has made this commitment.

        5505 Connecticut Avenue, NW #340
        Washington, DC  20015
        Tel: (202) 362-3445
        Fax: (202) 686-4271
        sylvia_royce@hotmail.com

        Nancy Hollander, *pro bono*
        Theresa M. Duncan, *pro bono*
        FREEDMAN BOYD DANIELS
        HOLLANDER & GOLDBERG P.A.
        20 First Plaza, Suite 700
        Albuquerque, NM 87102
        (505) 842-9960; (505) 842-0761 (facsimile)
        nh@fbdlaw.com
        tmd@fbdlaw.com

        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served upon counsel for defendant a copy of the foregoing motion by mailing it first-class mail to:

        Jean Lin, Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        950 Pennsylvania Avenue, NW
        Washington, DC  20530

on this 14th day of August, 2007.

                                   */s/ Sylvia Royce*
                                   Sylvia Royce