IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MOHAMMEDOU OULD SLAHI**
Guantanamo Bay Naval Station, Cuba

        Plaintiff,

        v.                                Civil Action No. 06-cv-0597 (JR)

**U.S. DEPARTMENT OF DEFENSE**
Washington, DC,

        Defendant.

## (PROPOSED) ORDER

In light of Plaintiff's representations in his Motion to Vacate Stay, it is hereby

ORDERED this ____ day of _____, 2007, that the Defendant shall provide Plaintiff with all documents and file its motion for summary judgment no later than August 31, 2007.

_____
Date

_____
United States District Judge