IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI,         ) | |
| )                                | |
| Plaintiff,    )                  | |
| )                                | |
| v.            )                  | Civil Action No. 06-CV-0597 (JR) |
| )                                | |
| U.S. DEPARTMENT OF DEFENSE,   )  | |
| )                                | |
| Defendant.    )                  | |

**ORDER**

Upon consideration of Response to Plaintiff's Motion to Vacate Stay and Defendant's Proposed Schedule as to Proceeding in this Case, it is hereby

ORDERED that defendant, the Department of Defense, shall have up to and including October 1, 2007 to propose a briefing schedule for its dispositive motion.

Dated:

_____
UNITED STATES DISTRICT JUDGE