IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMEDOU OULD SLAHI
Guantanamo Bay Naval Station, Cuba,

        Plaintiff,

v.                                                Civil Action No. 06-cv-0597 (JR)

U.S. DEPARTMENT OF DEFENSE
Washington, DC,

        Defendant.

## REPLY TO GOVERNMENT'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE STAY

In its lengthy opposition to Plaintiff's Motion to Vacate Stay (with another motion for extension of time imbedded within it), the Government brushes over several key facts:

1. The original FOIA request in May 2005 was for all documents in Defendant's possession. It was Defendant's decision to limit its search to the Southern Command. That Defendant lacks a centralized repository for documents about Guantanamo detainees does not excuse Defendant's ignoring its duties under the FOIA.

2. In its motion for a stay, Government counsel represented to the Court that documents would be provided on a rolling basis. Thereafter, no documents were produced at all until the situation was called to the attention of this Court. A short time later, 205 pages were produced.

3. In a June 28, 2007, E-Mail to undersigned counsel, Government counsel wrote:

(3) As discussed, now that the fee issue is resolved, DoD needs more time to process the 600 documents already located [these would be the 600 documents,

> amounting to approximately 2500 pages, from the Southern Command], to conduct the additional search regarding records of interrogation logs and polygraph exams, and to process the documents found in that search. You have agreed to an extension of time of 45 days in order for DoD to file its motion for summary judgment as to all withheld information.

See Exhibit A, attached. In other words, August 13 was the date by which at least 2500+ pages were to have been supplied. Instead, we are now at August 30, and 205 pages have been supplied.

 4. We do not wish to waste the Court's time with piecemeal litigation, or to cause the Government to release documents in full which under the law should have been redacted. It is important to bear in mind, though, that (1) Defendant does nothing on this FOIA claim without pressure from the Court, and (2) the dates which were suggested only a short time ago – August 13 by which to supply the 2500+ pages from the Southern Command, and August 31 by which to supply the Court with a briefing schedule for motions for summary judgment – were dates of the Government's own choosing. If another extension of time is granted, there is no reason to believe that it will be the last.

 Wherefore, Mr. Slahi reiterates his request that the Court vacate the stay and order the government to provide all documents and to file its dispositive motion by August 31, 2007. In the alternative, because we are now so close to the August 31 date, Mr. Slahi suggests that the Court may wish vacate the stay and order the government to provide all documents from the Southern Command along with its motion for summary judgment as to that part of the case by September 7, 2007, and to provide the remaining documents and remaining arguments by October 1, 2007.

Respectfully submitted,

Dated:   August 30, 2007

Sylvia Royce, *pro bono*
DC Bar 924035
5505 Connecticut Avenue, NW #340
Washington, DC   20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com

Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
FREEDMAN BOYD DANIELS
HOLLANDER & GOLDBERG P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960; (505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served upon counsel for defendant a copy of the foregoing motion by mailing it first-class mail to:

> Jean Lin, Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 950 Pennsylvania Avenue, NW
> Washington, DC   20530

on this 30th day of August, 2007.

Sylvia Royce