

sylvia_royce@hotmail.com                                              Imprimé : mercredi 29 août 2007 12:27:53

**De :**     Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Envoyé :** jeudi 28 juin 2007 12:59:27
**À :**      <sylvia_royce@hotmail.com>
**Objet :**  Slahi v. DoD

Dear Ms. Royce:

This is to confirm our conversation this morning about the following issues:

(1) Regarding the approximately 600 documents already identified by DoD, DoD will waive the search fee associated with those documents and you have agreed to accept the production on a CD. This will avoid any duplication cost for the production those documents. In other words, your fee waiver request filed on May 21, 2007 as to the 600 documents is moot.

(2) As for the additional search for records of interrogation logs and polygraph exams, about which you have also requested a fee waiver, DoD cannot make a fee waiver determination until your make a commitment to pay for the search and until any responsive document is reviewed and applications exemptions determined. This is so that DoD can determine whether the information to be released is likely to contribute significantly to public understanding of the operations and activities of the government. I told you that as of the today, the estimate for the search is 1.5 hours at the clerical hour rate of $20 per hour for a total of $30. I will confirm the estimated search time tomorrow. You agreed to make a commitment to pay for the search. You also agreed to accept the production on a CD, in the event DoD does not grant your fee waiver request as to the production of responsive, non-exempt documents found during that search.

(3) As discussed, now that the fee issue is resolved, DoD needs more time to process the 600 documents already located, to conduct the additional search regarding records of interrogations logs and polygraph exams, and to process the documents found in that search. You have agreed to an extension of time of 45 days in order for DoD to file its motion for summary judgment as to all withheld information.

I plan to file the extension motion tomorrow. Let me know if you have any questions. Thanks. --Jean

*Jean Lin*
*Trial Attorney*
*U.S. Department of Justice, Civil Div.*
*Federal Programs Branch*
*Tel. 202.514.3716*
*jean.lin@usdoj.gov*

The information in this transmittal (including attachments, if any) is intended only for the recipient(s) listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.