**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMMEDOU OULD SLAHI,           :
                                 :
        Plaintiff,                :
                                 :
    v.                           : Civil Action No. 06-0597 (JR)
                                 :
U.S. DEPARTMENT OF DEFENSE,      :
                                 :
        Defendant.                :

### ORDER

Plaintiff's motion to vacate stay [14] is **granted**. The government may have until September 17, 2007, to complete its production of documents from Southern Command, and until October 1, 2007, to file any dispositive motion with respect to documents that have not been produced, or that have been redacted. It is **SO ORDERED**.

                                        JAMES ROBERTSON
                                United States District Judge