# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's Motion for Clarification of the Court's Order of September 4, 2007, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that defendant shall complete the production of the 600 documents from Southern Command by September 17, 2007, and file a dispositive motion by October 1, 2007 with respect to any material withheld from that production as well as from other Southern Command documents already released to plaintiff in 2006; and it is further

ORDERED that DoD shall propose a production and briefing schedule by October 1, 2007, with respect to documents located or to be located in all other DoD components.

Dated:

_____
UNITED STATES DISTRICT JUDGE