### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion for Partial Summary Judgment with respect to information withheld from responsive records located in the United States Southern Command, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE