UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT REGARDING PROCESSING OF
PLAINTIFF'S FOIA REQUEST IN COMPONENTS
OTHER THAN SOUTHERN COMMAND**

Defendant, the Department of Defense ("DoD"), hereby submits this status report regarding its processing of plaintiff's FOIA request by DoD components other than the United States Southern Command.  As discussed below, processing of plaintiff's FOIA request with respect to nine of the DoD commands, components or organizations will be complete by November 19, 2007.  However, DoD is still awaiting the search results of the United States European Command, which was tasked to search for responsive documents on August 15, 2007. In addition, DoD has yet to task the Office of the Chief Prosecutor of the Office of Military Commissions ("OMCP") for a search of responsive documents, having only recently determined that the OMCP was reasonably likely to have responsive documents and having obtained plaintiff's commitment to pay for a search only on September 28, 2007.  Accordingly, DoD requests that it be allowed until November 21, 2007, to propose a briefing schedule for its partial summary judgment motion as to DoD components other than Southern Command.

Specifically, DoD states as follows:

1.       Plaintiff is an alien detained as an enemy combatant by DoD at the Guantanamo

Bay Naval Base, Cuba.  He filed this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552, alleging that DoD has improperly withheld records responsive to his request seeking all records relating to him.

2. On or about June 29, 2007, as the parties were discussing the processing and production of responsive documents located (or to be searched) in Southern Command, plaintiff's counsel requested for the first time that DoD also conduct a search of DoD components beyond Southern Command.  Those components include all DoD organizations, commands and offices listed on a Detainee Search Chart previously provided to plaintiff.

3. As detailed in the Declaration of Associate Deputy General Counsel Karen L. Hecker ["Hecker Decl."], filed on August 28, 2007 (dkt.# 15), DoD tasked all those components to search for responsive documents in early July.  Moreover, in the course of conducting these searches, DoD found documents that referenced two additional DoD components that were not already being searched:  the U.S. European Command and U.S. Army Intelligence and Security Command.  The references led DoD to believe that the components may also have responsive documents.  On August 15, 2007, DoD tasked those two components to search for responsive records, after first seeking fee estimates from the components and obtaining the commitment of plaintiff's counsel to pay for the searches.

4. On September 4, 2007, this Court entered an order requiring DoD to complete the production of responsive Southern Command documents and to file a dispositive motion by October 1, 2007.  *See* dkt. #17.  Because the Order did not specifically address a schedule with respect to the DoD components beyond Southern Command and because the parties disagreed as to the interpretation of the Order, DoD sought, and obtained, this Court's clarification that its

obligation with respect components beyond Southern Command was to provide a production and briefing schedule by October 1, 2007. *See* dkt. #18.

5.      On September 28, 2007, DoD, through undersigned counsel, further informed plaintiff's counsel that in the course of conducting its search for responsive documents, DoD has further determined that the Office of the Chief Prosecutor of the Office of Military Commissions may have responsive documents. Plaintiff's counsel committed to pay for the search of that office, and DoD intends to task that office to search for responsive documents shortly. *See* Declaration of William T. Kammer ["Kammer Decl."], filed October 1, 2007 in support of DoD's partial motion for summary judgment with respect to Southern Command. It is unclear how many potentially responsive documents OMCP might find or what the nature or classification of those documents might be. Any responsive documents found by OMCP might also contain information originating from other agencies or organizations and therefore would need to be referred to those originating organizations for review and a release decision.

6.      As the Kammer declaration provides in detail, so far a total of ten DoD components beyond Southern Command have been tasked to search for responsive documents. They are Central Command, Transportation Command, European Command, Army Intelligence and Security Command, Special Operations Command, Defense Intelligence Agency, Criminal Investigation Task Force, Office of the Administrative Review of Detained Enemy Combatants, Join Staff, and Office of General Counsel. *See* Kammer Decl., ¶¶ 18-27. All but one component have completed their search; and a total of approximately 4,270 pages of responsive documents have been located. *See id.* DoD expects to complete the processing of these documents by November 19, 2007.

7. The component that has not yet completed its search is European Command, which, as noted before, was only tasked to search for responsive documents on August 15, 2007. DoD expects European Command to complete its search by or around the filing of this status report. *See* Kammer Decl., ¶ 26. Until that search is complete, however, DoD is unable to propose a production date for any responsive documents.

8. Because European Command has yet to report back on the result of its search for responsive documents; because the Office of the Chief Prosecutor of the Office of Military Commission has yet to begin a search for responsive records, plaintiff having committed to pay for the requisite search fee only on September 28, 2007; and because it is possible that additional DoD components may still be tasked to search for responsive documents based on DoD's review of the more than 4,000 pages of documents located so far and on any responsive documents to be located by European Command and by the Office of the Chief Prosecutor, DoD respectfully requests that it be permitted until November 21, 2007 to propose a briefing schedule as to its dispositive motion for any information to be withheld from the responsive records.[1]

Dated: October 1, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

---

[1] Although DoD previously had anticipated that it would be able to propose a briefing schedule for its partial summary judgment motion with respect to DoD components beyond Southern Command, recent developments in the processing of the FOIA's request as discussed above render it impossible to do so.

TERRY HENRY  
Senior Trial Counsel

      */s/* Jean Lin  
JEAN LIN  (NY#4074530)  
Federal Programs Branch, Civil Division  
United States Department of Justice  
20 Massachusetts Ave., N.W.  
Washington, D.C.  20530  
Tel: (202) 514-3716  
Fax: (202) 616-8407  
E-mail: jean.lin@usdoj.gov

Attorneys for Defendant