IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Case No. 06-cv-0597 (JR) |
| U.S. DEPARTMENT OF DEFENSE,<br>    Defendant. | )<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Mohammedou Ould Slahi respectfully requests an extension of time in which to file a response to the Defendant's Motion for Partial Summary Judgment, up to and including November 15, 2007. Defendant U.S. Department of Defense, speaking through counsel, does not oppose this motion. As grounds for this motion, Mr. Slahi states the following:

1. Mr. Slahi has been a prisoner at the Guantanamo Bay Naval Station in Cuba since 2002. On March 31, 2006, he filed this action against the U.S. Department of Defense to compel the disclosure of records relating to him pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*

2. On Monday, October 1, 2007, Defendant filed a motion for partial summary judgment on Mr. Slahi's claims. Pursuant to LCvR 7(b) and FED. R. CIV. P. 6, Mr. Slahi's response to that motion is therefore due October 15, 2007.

3. Undersigned counsel represents Mr. Slahi in two cases pending before this Court (Case No. 05-cv-0569 and the instant case), as well as in a case pending before the U.S. Court of Appeals for the District of Columbia Circuit (No. 07-1185). Undersigned counsel shares responsibility for this representation with two co-counsel, Nancy Hollander and Theresa Duncan. Since mid-July, Ms. Hollander and Ms. Duncan have been in trial in the Northern District of

Texas. The jury in that case is currently in deliberations. Thus, undersigned counsel has been unable to meaningfully confer with Ms. Hollander or Ms. Duncan for the last three months, and they, in turn, have been unable to meaningfully participate in the litigation of Mr. Slahi's cases.

4. Ms. Duncan and Ms. Hollander—who are based in New Mexico—plan to fly to Washington at the end of October to confer with undersigned counsel regarding, *inter alia*, Defendant's motion for partial summary judgment.

5. Accordingly, counsel is requesting an extension to Thursday, November 15, 2007, within which to file a response to Defendant's motion.

6. Defendant will suffer no hardship if Mr. Slahi and his counsel are given additional time to prepare an appropriate response. Undersigned counsel conferred with counsel for Defendant as required by LCvR 7(m), and Defendant does not oppose this motion.

WHEREFORE, for the reasons set forth above, Plaintiff Mohammedou Ould Slahi respectfully requests an extension of time in which to file a response to Defendant's Motion for Partial Summary Judgment, up to and including November 15, 2007. A proposed Order is attached.

Dated: October 11, 2007.

Respectfully submitted,

/s/ Sylvia Royce

Sylvia Royce, *pro bono*
DC Bar Number 924035
Law Office of Sylvia Royce
5505 Connecticut Avenue NW #340
Washington, DC 20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com

FREEDMAN BOYD DANIELS
HOLLANDER GOLDBERG & IVES P.A.

Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading was mailed on this 11th day of October 2007 to:

Jean Lin, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

_____
Sylvia Royce