IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI,<br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>    Defendant. | Case No. 06-cv-0597 (JR) |

### (PROPOSED) ORDER

UPON CONSIDERATION of Plaintiff's unopposed motion for extension of time in which to respond to the Defendant's Motion for Partial Summary Judgment, up to and includi[ng] November 15, 2007, it is

ORDERED that Plaintiff's motion is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have until November 15, 2007, to file his response to the Defendant's Motion for Partial Summary Judgment.

IT IS SO ORDERED on this ___ day of _____, 2007.

_____