IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMEDOU OULD SLAHI**<br>Guantánamo Bay Naval Station,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF DEFENSE**<br><br>Defendant. | Civil Action No. 1:06-cv-0597 (JR) |

## MOTION TO BE ADMITTED TO PRACTICE BEFORE
## THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA PRO HAC VICE

Pursuant to the incorporated declaration and the declaration of local counsel, I, NANCY HOLLANDER, of FREEDMAN BOYD HOLLANDER GOLDBERG & IVES P.A., 20 First Plaza, Suite 700, Albuquerque, New Mexico 87102, (505) 842-9960, hereby apply for permission to appear before the Court in the above-entitled action as counsel for Plaintiff Mohamedou Ould Slahi. Mohamedou Ould Slahi has filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, in the referenced matter. In support of this application, I state under penalty of perjury that the following is true and correct:

1. I was admitted to the New Mexico State Bar on October 10, 1978. I have been admitted to appear before the United States District Courts for the Districts of New Mexico, the Western District of Tennessee, the Western and Northern Districts of Texas and the Northern District of Illinois, including its Trial Bar. I have also been admitted to appear before the United States Courts of Appeal for the Second, Fourth, Fifth, Sixth, Eighth, Ninth and Tenth Circuits, and the United States Supreme Court, as well as all courts of the State of New Mexico.

RECEIVED
NOV - 8 2007
NANCY MAYER WHITTINGTON, CLERK

2.  A Certificate from the Supreme Court of the State of New Mexico, attached hereto, verifies that I am a member in good standing and not presently under either administrative or disciplinary suspension, and that no disciplinary action involving professional misconduct has been taken against my law license. Further, I aver that I have never been held in contempt by any court, nor have I ever been publicly reprimanded, censured, or disbarred by any court.

3.  I am a graduate of the University of New Mexico School of Law and have practiced criminal law in both state and federal courts, at the trial and appellate levels, since my admission to the New Mexico Bar. My practice also includes representation in criminal cases, habeas cases, forfeiture and civil rights cases, and the representation of attorneys in disciplinary actions before the Bar. I have served as President of the National Association of Criminal Defense Lawyers and on the Boards of several professional organizations. I have been consulted as an expert witness on attorney competency, as well as professional ethics issues.

4.  I have been admitted *pro hac vice* in this Court twice in the last two years.

5.  I am familiar with the Judicial Code (Title 28 U.S.C.) pertaining to practice in the district courts, and with the Federal Rules of Civil and Criminal Procedure. I am familiarizing myself with the Local Rules of this Court and will confer with local counsel, Sylvia Royce, regarding the particulars of practice in this district. I will faithfully adhere to the Rules of Professional Conduct applicable to this Court and conduct myself in accordance with the D.C. Bar's Voluntary Standards for Civility.

6.  I do not have an office in the District of Columbia.

7.  Pursuant to L. Cv. R. 83.2(g), I certify that I am representing Plaintiff without compensation.

8. My co-counsel, Theresa M. Duncan, has discussed this motion with Jean Lin, United States Department of Justice, who represents the Defendant in this case and she has no objection to my appearing in this Court on this matter.

Based upon this motion and the accompanying declaration of local counsel, I respectfully urge the Court to allow me to represent Mohamedou Ould Slahi in the above-captioned action.

Executed this 6th day of November 2007, in the City of Albuquerque, County of Bernalillo, State of New Mexico.

Respectfully submitted,

FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.

_____
Nancy Hollander
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
(505) 842-9960
(505) 842-0761 (Facsimile)



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO  }
                     }  ss.
SUPREME COURT        }

    I, KATHLEEN JO GIBSON, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that     NANCY HOLLANDER     was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on     October 10, 1978    , and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

    "Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

    WITNESS, My official signature and the seal of said Court this     11th     day October, 2007.

*Kathleen Jo Gibson*
Chief Clerk of the Supreme Court
of the State of New Mexico