IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI,<br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>    Defendant. | )<br>)<br>)<br>)  Case No. 06-cv-0597 (JR)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR FILING RESPONSE TO DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Mohamedou Ould Slahi, respectfully requests an extension of time in which to file a response to the Defendant's Motion for Partial Summary Judgment, up to and including November 19, 2007. Defendant U.S. Department of Defense, through its counsel Jean Lin, has consented to this motion. As grounds for his request, Mr. Slahi states the following:

1. Plaintiff Mohamedou Ould Slahi has been a prisoner at the Guantanamo Bay Naval Station in Cuba since early 2002. On March 31, 2006, Mr. Slahi filed a complaint against the U.S. Department of Defense seeking the disclosure of records relating to him, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*

2. On Monday, October 1, 2007, Defendant filed a motion for partial summary judgment on Mr. Slahi's claims. Pursuant to LCvR 7(b) and FED. R. CIV. P. 6, Mr.

Slahi's response to that motion was therefore due October 15, 2007. This Court previously granted Mr. Slahi an extension of time within which to file his response up to and including November 15, 2007.

3. Undersigned counsel has taken the lead on drafting the response to Defendant's motion. Counsel was in trial in the Northern District of Texas from mid-July through October 22, 2007, when the jury announced its verdicts. Since that time, counsel has been working to catch up on this FOIA litigation as well as her other cases.

4. Counsel needs additional time to finalize the response. Accordingly, counsel is requesting an additional four days, up to and including Monday, November 19, 2007, in which to file a response to the Defendant's motion.

5. The Defendant will suffer no hardship if Mr. Slahi and his counsel are given additional time to prepare an appropriate response.

6. Undersigned counsel conferred with counsel for Defendant, Jean Lin, as required by LCvR 7(m), and Defendant does not oppose this motion.

WHEREFORE, for the reasons set forth above, Plaintiff Mohamedou Ould Slahi respectfully requests an extension of time in which to file a response to the Defendant's Motion for Partial Summary Judgment, up to and including November 19, 2007. A proposed Order is attached.

Dated: November 13, 2007.

          Respectfully submitted,

          /s/ Theresa M. Duncan

          Sylvia Royce, *pro bono*
          DC Bar Number 924035
          Law Office of Sylvia Royce
          5505 Connecticut Avenue NW #340
          Washington, DC 20015
          Tel: (202) 362-3445
          Fax: (202) 686-4271
          sylvia_royce@hotmail.com

          FREEDMAN BOYD HOLLANDER
          GOLDBERG & IVES P.A.

          Nancy Hollander, *pro bono*
          Theresa M. Duncan, *pro bono*
          20 First Plaza, Suite 700
          Albuquerque, NM 87102
          (505) 842-9960
          (505) 842-0761 (facsimile)
          nh@fbdlaw.com
          tmd@fbdlaw.com

          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was mailed on this 13th day of November 2007 to:

Jean Lin, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

/s/ Theresa M. Duncan