## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMEDOU OULD SLAHI,**     ) | |
|    **Plaintiff,**      ) | |
|         ) | |
| **v.**         ) | **Case No. 06-cv-0597 (JR)** |
|         ) | |
| **U.S. DEPARTMENT OF DEFENSE,**     ) | |
|    **Defendant.**      ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's unopposed motion for extension of time in which to respond to the Defendant's Motion for Partial Summary Judgment, up to and including November 19, 2007, it is

ORDERED that Plaintiff's motion is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have until November 19, 2007, to file his response to the Defendant's Motion for Partial Summary Judgment.

IT IS SO ORDERED on this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE