IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI,<br>　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>　　Defendant. | )<br>)<br>)<br>)　Case No. 06-cv-0597 (JR)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Defendant's Motion for Partial Summary Judgment with respect to information withheld from responsive records located in the United States Southern Command, it is hereby

ORDERED that the motion is DENIED.

_____
UNITED STATE DISTRICT COURT JUDGE

Dated:_____