IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 06-cv-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**EXHIBIT B**

~~SECRET~~
## DETAINEE ALLEGATIONS INQUIRY REPORT

Detainee ISN: 760                                    Date of this report: 15DEC04

SJA - Summary of Allegation: During an interrogation on 11DEC04, ISN [b)(1)] 000760 [b)(1)] alleged that during the months of August through October 2003: 1) two women removed their military blouses and rubbed their breast on him while fondling him and making sexual comments (Detainee Comment: One had Dark-Skinned and was Filipino-looking, the other I called [b)(6)]; 2) he had been beaten and kicked; 3) he was subjected to sleep deprivation by guards who would wake him up every hour and force him to drink a bottle of water which went on every hour for approximately 2 weeks; 3) he was forced to stand and stay awake for 70 days while isolated in room the detainees called the "freezer"; 4) that ice was placed directly against his skin and water was poured on him as part of the sleep deprivation techniques; and 5) that he was coerced in signing a false statement implicating himself in the Millennium Bomb Plot at LAX airport. ISN 760 specifically named or described [b)(6)] [b)(6)] Mr. X (masked the entire time), the Messenger, a Marine (in digital cammies), and [b)(6)] [b)(1)] and an MP guard (huge, maybe 7 feet tall)" as being involved in the above described activities.

JDOG Findings:

1. ____ DIMS Records: No records found in DIMS that support any of these allegations

2. ____ SIR/IR Records: No record or history of any SIR/IR

3. ____ FCE/IRF Records: No record or history of any FCE/IRF

4. ____ Other (Specify): Only one discipline history for contraband, specifically food dated 11 May 2003.

Summary and Analysis: [b)(1)] mentions a female interrogator but does not specifically mention whether the female interrogator was interrogating ISN 760. The incident was related to a Koran incident with an interrogator. [b)(3) 10 USC §130b,(b)(6)]

JIG Findings:

1. ____ Documents (Specify)

2. ____ SIR/IR Records

3. ____ JDIMS Records

4. ____ Other (Specify)

Summary and Analysis:

JMG Findings:

1. _X_ Medical Records

1429

SJA ATTORNEY WORK PRODUCT

SECRET
## DETAINEE ALLEGATIONS INQUIRY REPORT

Detainee ISN: 760                                       Date of this report: 15DEC04
   2. _____ Other (Specify)

Summarized Medical History (If Applicable): Medical record reviewed for the dates in question.
-The detainee was seen on a monthly basis for various minor medical complaints.
-There is an entry from Aug 2003 where he suffered rib contusions from an altercation with MPs while being transferred to another camp. There is an entry from June 2003 where he was evaluated for chronic lower back pain due to a long history of sciatica. This condition was aggravated by prolonged sitting and standing and in this particular note, mention is made about interrogations in that the prolonged sitting had aggravated his pain. He had a toe injury in October 2003 that he experienced while running during rec time. The detainee had a medical evaluation on 29 October 2003 and then had another medical evaluation on 13 May 2004. During this timeframe there were no entries in his medical record.

Summary and Analysis:

1430

SECRET//NOFORN



**DEPARTMENT OF DEFENSE**
HEADQUARTERS, JOINT TASK FORCE GUANTANAMO
U.S. NAVAL BASE, GUANTANAMO BAY, CUBA
APO AE 09360

JTF-GTMO-JIG-ICE                                                                 11 December 2004

MEMORANDUM FOR THE RECORD

**SUBJECT: Allegations of Torture regarding ISN** (b)(1) **760**

1. ISN (b)(2) 760 (b)(1) ████████████████████████
(b)(1) ████████████████████
(b)(1) ████████████ He turned himself in to the Mauritanian authorities in
November 2001. (b)(1) ████████████████████████ In July 2002, he was
turned over to the US in Bagram, AF and arrived in GTMO (b)(1) ████

2. (b)(1) 760 reported to his interrogator on (b)(2) ████████ the following story of torture that
occured here at GTMO during the months of August through October of 2003. According to the
detainee, approximately a year after his arrival here he was subjected to torture by personnel at
Guantanamo. He has named some of the personnel involved. Some names are consistent with
personnel who were present in GTMO during that time period. (b)(1) ████
Specifically, he mentioned "(b)(3) 10 USC §130b,(b)(6) ████████ (masked the entire time), the
(b)(3) 10 USC ████ (in digital cammies), and (b)(3) 10 USC §130b,(b)(6) ████ (b)(6) ████
(b)(6) ████████████████████ and an MP guard ((b)(6) ████
(b)(1) )." Allegations included:

3. Women. (Detainee Comment: (b)(6) ████████████████████, the other I
called (b)(6) ████ Women removed their military blouse and rubbed their breasts all over him.
Throughout the entire incident, the women's shirts remained on. Initially, this occurred with one
woman, later it was with two women at the same time. The women, while rubbing their breasts
on him, would also fondle him and make explicit verbal sexual comments during this interaction.

4. Beatings. The detainee stated that he had been beaten with fists and kicked over his entire
body. Particularly, he had received blows to the face and ribs. 760 claimed that his face was
swollen and bloody. He also claimed to have had trouble breathing due to bruised ribs and that
he was even beaten so severely that he became semi-concious for an extended period. He was
blindfolded, made to sit in a chair, and repeatedly knocked from his sitting position by blows to
the head.

5. Sleep Deprivation.

   a. Moderate. Guards would enter his living area and wake him up every hour. Upon his
wakening, they would tell him to drink a bottle of water. The water would force the detainee to

SECRET//NOFORN

SECRET//NOFORN

stay awake because of his own urge to urinate. This method of sleep deprivation continued every hour for two weeks.

    b. Extreme. He stated that he was forced to stay awake for 70 days. The detainee described a room which the detainees all called the "freezer". The detainee described this as an all steel isolation cell. During the time the detainee was in this room, if he fell to the floor or leaned against a wall, the MP would enter the cell in a violent manner and force him back into a standing position. This continued until there came a time when the detainee could no longer stand at all and became unconscious.

6. Exposure to Cold. The detainee stated that his interrogators put ice directly against his skin, all over his body. Interrogators would pour water over his head and body. When the ice melted, new ice was put in his clothing or suit. This was used in conjunction with the Sleep Deprivation techniques.

7. [(b)(1)] 760 states that as a result of this torture he was coerced into signing a statement that implicated him in the [(b)(1)] The detainee has since recanted that statement. Within the time that he has been completely compliant, he has denied ever being involved in or knowing about [(b)(1)]

8. Recommendation. Pass this information up the chain of command to facilitate an investigation into the detainee's allegation of torture.

//ORIGINAL SIGNED//
[(b)(3) 10 USC §130b, (b)(6)]

Received by [(b)(3) 10 USC §130b, (b)(6)]

Signature: _____

Date: _____

Time: _____

1432

SECRET//NOFORN

~~SECRET//NOFORN~~

DEPARTMENT OF DEFENSE
US Naval Base, Guantanamo Bay, Cuba
Joint Task Force GTMO
APO AE 09360

24 December 2004

MEMORANDUM FOR RECORD

SUBJECT: Possible Torture Allegations of ISN [redacted]-000760[redacted]

1. The purpose of this memorandum is to outline the testimony and allegation of abuse from ISN [redacted]-000760[redacted]. The following is the detainee's statement and other background information regarding his allegations.

2. On 23 May 2003, [redacted] turned over hold status of the detainee to DOD by stating that the detainee "would not be invited to tea and snacks". The detainee was living on [redacted] at this time. Three days later, three personnel appeared at a reservation with the detainee. One was a [redacted] by other personnel present. [redacted] The second person was an [redacted] The third was a [redacted] agency. These three personnel stated that they had been working on his case for a long time behind the scenes and gave the detainee an ultimatum: either confess to the allegations of being involved with the [redacted] or succumb to the treatment he would be given. This three-hour session was unfruitful and the civilian [redacted] left frustrated. [redacted] told the detainee that she would be working his case, but that her [redacted] would interrogate him mainly.

3. The next day, [redacted] from the previous day. The detainee poked fun at the line of questioning from the interrogators and was argumentative [redacted] told the detainee not to discuss his answers, but to only respond. The interrogators spoke about things the detainee has later been found to have no involvement in. [redacted]

4. On 17 June 2003, two guards appeared at the detainee's cell and informed him that he was moving. One of the guards had [redacted] written plainly on his gloves, so the detainee informed his block-mates that he was moving to [redacted]. The detainee was taken to an isolation block where one other detainee [redacted] (NFI) was kept. Later, [redacted] was moved to the block and all three together were living on [redacted] briefly. [redacted] and the [redacted] were moved and ISN [redacted]

1439

SECRET//NOFORN

000760 [b)(6)] was left alone. At this point, all the detainee's personal items with the exception of his clothes were confiscated. The detainee describes the room he was in as built of steel from floor to ceiling with a very cold temperature setting on the air conditioner. Other detainee described this room as the "freezer". The detainee began getting sciatic nerve attacks from sleeping on the hard floor. The detainee was taken to interrogation every day and told the [b)(6)] at one of these sessions that he was in pain and had gone beyond his personal limits. Further, the detainee requested that his personal belongings be returned. The [b)(6)] told him it was not up to him, [b)(6)] could make a suggestion and ask a doctor if he really needed treatment. The detainee was taken to see a doctor, [b)(6)], who diagnosed him with a sciatic nerve attack. The doctor found via x-ray that his L6 and L5 were misaligned. The detainee told the doctor he was in isolation and couldn't take the pain. The doctor said he could make a suggestion, but ultimately it was up to his interrogators.

5. On [b)(2)] [_____] the detainee was taken to [b)(1)] [_____] which was not being used at that time. The detainee believes it was not in use at the time because one of his guards commented that it was strange bringing a detainee to this building and that he had never brought any other detainee there. The detainee said that [b)(1)] [_____] [b)(1),(b)(2)] [_____] (Field comment – The detainee said that the [b)(1)] [_____] during this portion of the mission.) The detainee stayed one hour in the room alone and a [b)(6)] [_____] who introduced [b)(6)] [_____] entered the room with [b)(1),(b)(3):10 USC §130b,(b)(6)] [_____] who fits the detainee's description and was working on 760 at the time.) [b)(1),(b)(3):10] began questioning the detainee on what the metal object they held in her hand was. The metal object was 8-9 inches in length with thickness less than a pencil and was round. The detainee stated repeatedly that he did not know what the object was. The [b)(6)] put pictures on the floor of the September 11th hijackers, took away the detainee's chair and ordered him to stand up while tethered to the floor of the interrogation room. The detainee stated that he was in an immense amount of pain due to his 90 degree stance. [b)(1),(b)(3):10] asked [b)(1),(b)(3):10] to leave the room. [b)(1),(b)(3):10] then took her BDU top off, keeping her brown t-shirt on and said to the detainee, "I don't think sex is torture. My government doesn't think sex is torture. How about having sex?" For approximately one hour [b)(1),(b)(3):10] touched the detainee on his crotch, rubbed her chest on him and spoke into his ear about her body and other sexual statements. The detainee stated that he knew [b)(1),(b)(3):10] [b)(1)] [_____] because he would enter the room later and make statements that [b)(1)] [_____] [b)(1),(b)(3):10] then stated, "I'm going to bring another girl tomorrow to help me. She has huge tits, you will like her. [b)(1),(b)(3):10] then put the detainee into another room to eat, where [b)(1),(b)(3):10] was eating pork in front of the detainee. [b)(1),(b)(3):10] then said the she would wear sexy clothes and talked openly about how the detainee would enjoy seeing her legs. The detainee was sent back to his cell and slept all night. The detainee stated that he would not get another good night's sleep until 70 days later.

6. The following morning was the start of the detainee's extreme sleep deprivation. The detainee noted that if water sat on the floor of the room, it would almost get to the point

1440

SECRET//NOFORN

SECRET//NOFORN

of freezing solid. There were three shifts of his interrogation. [redacted] hours, interrogation took place in the reservation room in [redacted] [redacted] interrogation took place in [redacted] the detainee had interrogations in the [redacted] but with different interrogators. The detainee was sent to his cell after the last shift and if the detainee sat or lay down in the freezer cell, the guards would pour ice-cold water on him or kick the walls of the steel cell to wake him up. At times, the detainee would get approximately an hour of sleep before he was woken up. Later, the shifts increased to four in order to relieve some of the interrogators.

7. On the first day of shift-interrogations, both [redacted] brought another female, described as [redacted] as [redacted] [redacted] Questioning began as usual. [redacted] asked the detainee about [redacted] and the detainee responded, "That is passé." The interrogators then took the detainee's chair and made him stand. The detainee refused to speak after this point. [redacted] stated that she knew [redacted] was the detainee's friend and that the detainee hired him to have sex with his wife in order to have children. [redacted] then stated, "It is my job today to show you how to have children." Both ladies took their BDU top off and put the detainee between them. The detainee described this as being, "very much like a porno movie" with fake moaning and rubbing their bodies on the detainee in a very sexual manner. The interrogators requested that the guards allow the detainee to use the bathroom in order for him to masturbate. The detainee used the bathroom and the interrogators asked the guards if he masturbated. The guards answered, "No, just number 1." This was the only break in interrogation and the women continued their behavior [redacted] [redacted] entered the room from time to time, giving comments [redacted] [redacted] The detainee was not permitted to sit down for the entire day. The detainee was offered cold food, which he refused.

8. The first night shift began when [redacted] stated, "We'll let you sleep." The escort took the detainee, but he passed out for a short time. The guard held him and woke him up. Halfway back to his cell, the guards brought him back to another interrogation room. The detainee described the night shift as psychologically terrorizing. The interrogations were held in [redacted] and included strobe lights and threatening music being played on repeat such as, "Let the Bodies Hit the Floor". The guards tried to get the detainee to stand, but he kept falling down from exhaustion. Finally, the guard gave up. The detainee was offered water periodically [redacted] [redacted] always conducted the evening sessions, [redacted] and was very known to detainees as his pseudonym (NFI).

9. The interrogation became routine, [redacted] [redacted], but the detainee was left alone in the cell [redacted]. The interrogators made sure that the guards would not let him sit down. When the interrogators were in a good mood the atmosphere of the room was fine. The detainee was made to stand if [redacted] [redacted] was mad or if given an answer that he didn't like or want to hear. The detainee

SECRET//NOFORN

1441

~~SECRET/NOFORN~~

stated the [redacted] was used during the day, a few times [redacted] was used during the day. [redacted] never hit the detainee, but cursed at him often, made him stand for long during the interrogation, and gave him very little food. The detainee always had a break at noon for lunch. Every morning the detainee was scared and threatened with torture stating things like "We will put you in a place where nobody knows anything about you", "You will be gone", and "We will arrest your family" (speaking specifically of his mother). The interrogators never threatened the detainee with specific actions just general statements such as the previous.

10. The second shift, [redacted] was ran by [redacted]. The detainee was forced to stand while answering her questions. Sometimes when the detainee answered [redacted] questions she allowed him to sit down. The A/C in the interrogation booth remained at 0 degrees. There was [redacted] [redacted] [redacted] The [redacted] poured ice water on the detainee several times while he was in the freezer and helped [redacted] during her interrogations. [redacted] was antagonistic, mean, and asked questions concerning ridiculous things, such as the wedding of [redacted] The detainee refused to talk to him at all because of his poor manners. The [redacted] was very aggressive and head butted the detainee. The [redacted] had stupid music playing with a black guy rapping and white girl answering him in the song. The [redacted] couldn't stay long in the room and he and [redacted] returned.

11. A [redacted] conducted interrogations with the detainee one day and he seemed to have went to far because [redacted] signaled to him by winking that he should stop. The [redacted] was a guest or visitor to the interrogations and [redacted] was still in charge. This detainee recalled that this [redacted] had escorted General Miller onto the blocks previously. The [redacted] threw the chair at the detainee, missing the detainee on purpose. The [redacted] shift was complete [redacted] and they gave the detainee to [redacted] for the night shift. [redacted] wore blue or black overalls over his uniform sometimes. [redacted] put the detainee into a room in the [redacted] which all consisted of "Freezer" rooms. The Guards called [redacted] interrogations "the party". [redacted] made me stand the whole night, listening to the National Anthem. Pictures of the "great United States", the president, and Army troops were placed all around. The room had normal lighting and [redacted] gave the detainee food but he refused to eat it. The detainee stated that he refused to eat food when he was humiliated.

12. The next morning the treatment started all over again. [redacted] (unclear who exactly from the notes) brought a [redacted] with him who had a [redacted] [redacted] The interrogator ordered that the two guests take the detainee's clothes off. The female [redacted] took off the detainee's clothes while the other guard and [redacted] held the detainee down. [redacted] never spoke to the detainee. [redacted] put the detainee in the freezer and took off the detainee's underwear, but eventually gave back his pants (unclear from notes). The detainee prayed all night in his heart, because the interrogators forbade him from praying out loud. Depending on her mood [redacted]

1442

~~SECRET/NOFORN~~

SECRET//NOFORN

would allow the detainee to pray. Since [redacted] often mocked the prayer methods of the detainee he decided to pray in his heart. After all this [redacted] told the detainee to write his life story and put him in the freezer, but let him have water. [redacted] stated, "If you ask us for water, we will give it to you." [redacted] state that the detainee was not allowed to use the bathroom and told him to urinate in his pants. They stated that if the detainee would beg they would let him use the restroom, but the detainee refused.

13. During the 70 days worth of all day and night interrogations the detainee was given only a total of one or two nights to himself to sleep uninterrupted, during which they only gave me one thin blanket. Sometime during the 70 days of interrogations there was an important guest from the government who talked about his family named [redacted] During the 4th Shift another [redacted] worked for [redacted]. The [redacted] called himself [redacted] [redacted] brought pictures of the September 11th attacks and asked the detainee "what are the last words you would say?" [redacted] was used to relieve the other two day interrogators [redacted]. Day shift varied a few times, sometimes the detainee was put in the freezers and sometimes he was not. The night shift always stayed the same; the detainee was always placed in the freezers for this portion of the interrogations. The detainee stated there were widespread interrogations such as this with other detainees. The detainee stated the guards were well aware of this activity and called it the party. The detainee stated that several detainees were coming and going, and that there was loud music and Arabic translations going on in other rooms near his interrogation booth. The detainee stated there were many organizations and people involved in this operation that did not know one another.

14. Guards abused the detainee on the block without the interrogators knowledge. The guards did not allow the detainee to shower unless he began to stink, then the guards would grab him and made him take a shower.

15. During interrogation, 10-14 days, [redacted] and [redacted] came stating [redacted] had a letter from Washington. [redacted] stated to the others present that the detainee could read in English, and she presented the letter to the detainee. The letter stated the U.S. was going to put his mother in jail. [redacted] stated that he was "not here for fairness or justice", and that "life is going to change radically."

16. The end of the 70 days was not organized well, because there was three days without interrogations conducted by [redacted]. In [redacted] the detainee was transferred to [redacted] in the general populace for one night and he told his brothers there what had happened to him. On Sunday they returned the detainee back to his previous cell. On the [redacted] the guards took the detainee to [redacted] which was the isolation block. The detainee stayed Friday through Monday, which was his weekend of rest mentioned earlier.

17. Monday [redacted] the detainee was taken to a reservation in the [redacted] [redacted] started to believe that the detainee was telling the truth about his story, but stated that [redacted] doesn't listen to anyone. That day she brought a complete MRE

1443

SECRET//NOFORN

SECRET//NOFORN

for the detainee. During this interrogation several individuals began to run down the hall making the building shake. Three guys opened the door, two were wearing masks, and then the dog handler who was not wearing a mask. The detainee stated that both the detainee and [b)(6)] were surprised. [b)(1)] hit the detainee very hard so that he fell to floor, and then the other guards began hitting on the detainee at will. [b)(1)(6)] was screaming, "Why are you hurting him? Who told you to do this?" and there was no answer. With all of their strength the guards and [b)(1)(] hit the detainee all over. They put a blindfold on his face, tied restraints on his ankles and wrists from which he later bled because of their tightness. The detainee was grabbed by the hands and dragged to the vehicle while he was continuously beat. The detainee's ribs were bruised very badly. The detainee attempted to pray but was hit in the mouth and jaw so that his lips started bleeding and swelling up. The detainee was not in the car very long, but was taken on about a three-hour boat ride. During the boat ride the detainee was made to drink salt water three times before he was taken to a place that was well lit. [b)(1),(b)(3)] [b)(6)] was there with at least [b)(6)] one [b)(1)] [b)(1),(b)(3):10 USC] gave a speech thanking the [b)(6)] for helping him, and they replied that they were going to take care of the detainee, saying that they would take him to their country. During this the detainee was moaning in pain and [b)(1)(] made fun of his moaning. [b)(1)(] was on the boat, but he took a break. The [b)(6)] dragged the detainee too the boat and put him in a straight 90 degree chair and every once in a while he was struck from out of no where in the head, chest, and else where for another 4 hours. The detainee had ice put down his pants and shirt until they were full and when they ice melted the added more. Along with [b)(1)(] there was another guy who was [b)(6)]. This guy was called [b)(6)] by one of the guards, but he along with [b)(1)( did not speak. [b)(1)( and [b)(6)] disappeared from the scene and the [b)(6)] took the detainee. These [b)(6)] struck the detainee on the back and mad him fall down across the room. [b)(1)( took the detainee from the boat and dragged him into a truck and put him in another cell. 15 minutes later a doctor came wearing a mask and cursed the detainee. The doctor took off the detainee's blindfold and earmuffs. The doctor then put gauze in the detainee's mouth to stop the bleeding, wrapped the detainee's ribs, and gave him a lot of medication to take over the next several weeks. The detainee has not seen [b)(1)( since that night. For two to three weeks there were no interrogations. The detainee merely drifted in and out of consciousness and was not aware of what was going on around him. Guards told the detainee he was in a coma, but the detainee could tell that he was still being held in a cell. The guards explained to the detainee that he had taken a lot of medication, and had hallucinated. [b)(1),(b)(3):10 USC §1306,(b)(6)] appeared with [b)(6)] and stood inside the cell area while the [b)(6)] remained outside the cell. [b)(1),(b)(3):10 USC] stated to the detainee, "I told you not to fuck with us, I'm sorry to compromise the principles of my great country, but one way or the other, you're going to tell me what you did and you get to choose." [b)(1),(b)(3):10 USC §1306,(b)(1)] promised to send an interrogator later.

18.
19. One to two days later [b)(1)(6)] appeared with the first sex entertainment girl (unclear in notes). The detainee stated the interrogation was pointless. The girl stated, "we don't need to dirty our hands. We have Egyptians and others who can deal with you."

SECRET//NOFORN

1444

SECRET//NOFORN

The detainee claims that he went without food sometimes for 24 hours and when he was fed the portions were very little and always served cold. The detainee was awaken every hour or two and only and forced to drink one liter of water. The detainee was either drinking water or on the toilet all night. Mentions something concerning taking off all the clothing of the another detainee and placing him in the shower for three days. The interrogator stated the interrogation of the detainee was pointless so they didn't return.

20. The detainee then decided to admit to whatever they wanted and asked for [redacted] [redacted] visited the detainee instead. The detainee stated the even though he didn't like [redacted] he stated he wanted to tell him everything. The detainee stated he would start with the stuff that he knows then they will come to everything else the interrogators wanted to know. The detainee was notified that [redacted] had no time to listen to the detainee, but that [redacted] was ready to listen to him. The detainee then wrote a confession to the [redacted] The detainee stated that he admitted anything they told the detainee to admit regardless of whether or not he had actually participated. The detainee's confession was sent out in a report and the [redacted] returned asking the detainee if he was really involved with this plot stating his information was being verified by others. [redacted] threatened to torture the detainee, if he did not tell the truth. [redacted] suggested that the detainee take a polygraph test, the detainee believes she suggested this because she believed he was telling the truth. The detainee took a polygraph and passed, and then took another polygraph on the 5th of November 2003 and passed again. After this polygraph the detainee never saw [redacted] [redacted] again. The detainee stated that life got better everyday because he got a new interrogator.

21. The detainee stated that Evidence to support his allegations corroborated by looking into the following things...
  * The "party" was a well-known term among the other detainees, which was often communicated while detainees were on their way to reservations.
  * Medical reports from the incident could be found showing that he received medical care, but he was never taken to the hospital
  * [redacted] could be a witness to testify to what happened
  * [redacted] could be questioned concerning these allegations
  * The International Community of the Red Cross had no contact with the detainee for more than a year
  * Everyone experienced or knew about sexual abuse, sleep deprivation at night run by [redacted] and physical abuse though it was mainly used with violent detainees, such as [redacted]

*Original Signed*


Original Signed



(b)(1),(b)(3):10 USC §130b,(b)(6)

1440