IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| MOHAMEDOU OULD SLAHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-cv-0597 (JR) |
| | ) | |
| U.S. DEPARTMENT OF DEFENSE | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**EXHIBIT C**





(760)













10



Case 1:06-cv-00597-JR  Document 25-5  Filed 11/19/2007  Page 10 of 10



INSPECTION RECORD OF PRISONER IN SEGREGATION

ISN: 760

12

(760)