IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMEDOU OULD SLAHI,      ) | |
|            ) | |
|      Plaintiff,      ) | |
|            ) | |
|      vs.      ) | Civil Action No. 06-cv-0597 (JR) |
|            ) | |
| U.S. DEPARTMENT OF DEFENSE      ) | |
|            ) | |
|      Defendant.      ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

**EXHIBIT D**

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 26AUG03 | (S) DTNE SEEN IN CELL AFTER TRANSPORT FROM (b)(2) TO |
| 0143 (b)(2) | CAMP. DTNE C/O PAIN IN (R) RIB CAGE UPON |
| P: 93 | PALPATIONS ɛ MOVEMENT X 7 hrs. MOI OCCURRED DURING |
| B/p: | ALTERCATIONS Ƶ MP's DURING MOVEMENT TO NEW CAMP. |
| R: 24 | C/O SOB ɛ INABILITY TO BREATH DEEPLY. |
|  | (O) US NOTED ↑ SHALLOW RESPIRATIONS. A&Ox3 WALN ♂ |
|  | - LUNGS: CTA BILAT MOVEMENT. (+) TTP IN (R) LOWER |
|  | RIB CAGE (7-8 RIB). Ø EDEMA Q CREPITUS Ø CONTUSIONS |
|  | NOTED. |
|  | - HEAD: EDEMA IN LOWER LIP (+) BLOOD DRAINAGE FROM |
|  | SMALL LACERATIONS. Ø DEFORMITIES TO MANDIBLE OR MAXILLA. |
|  | (A) 1) FRACTURE ?? 7-8 RIB |
|  | 2) EDEMA OF THE LOWER LIP |
|  | (P) 1) ADMIN. 500 mg OF APAP PO FOR PAIN. WILL SUGGEST |
|  | RX OF APAP. |
|  | 2) ADDED SUPPORT TO RIB CAGE Ƶ KERLEX & COBAN. |
|  | 3) ADMIN. 100 mg OF BENADRYL PO TO ALLOW REST & RELAXATION. |
|  | 4) F/U THIS AM (b)(3):S(1),(b)(6)          (b)(3):S(1),(b)(6) |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

D-760

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 8-87)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|

26AUG03 SEEN DTNE FOR AM Rx PASS #
0600   F/U ASSESSMENT. LUNGS: CTA ⊕ BILAT
MOVEMENT. STILL COMPLAINS OF PAIN
IN ® LOWER RIB. STATES BANDAGE
IS WORKING WELL. TOLD DTNE TO WASH
MOUTH OUT & TO ↑ H₂O. NO OTHER
COMPLAINTS AT THIS TIME. —

(b)(3):S(1),(b)(6)

26 AUG 03   Detainee seen for ⊕ chest contusion
17:36   ↑ fx rib. Detainee c̄ some favoring
to ® lower ribs. Detainee c̄ circumferential bandage
re: ben. Well appearing in NAD.
CV: nnn S₁+S₂
Lungs ® CTA. minimal splints.
Equal ® breath sounds.
⊕ edema to ® lower rib cage.
& step offs felt.
A/P: ① ® rib contusion
  - ↑ Tylenol 1000 m, PO T1D
  - ↑ Fluids.
  - Naproxen 500 m, PO BID.
  - Corpsman will follow up.
  - doubt fx to
     ® rib.
  - will f/u in 3-4
          days.

(b)(3):S(1),(b)(6)

Printed on Recycled Paper          STANDARD FORM 600 (REV. 6-97) BACK