IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMEDOU OULD SLAHI, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-cv-0597 (JR) |
| U.S. DEPARTMENT OF DEFENSE | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**EXHIBIT F**

ICRC MEETING 2 FEB 2004/1620
Present:
MG Miller
BG LeClaire
COL Lynch
LTC Boehman
Mr. Vincent Cassard, ICRC
LN2 Bradford


MG Miller: Goes over issues from the last visit, and goes over the memo of 2 February 2004, Clarification of Procedures for ICRC visit.

Vincent: States that he read the memo and fully understands it and is happy with it. It clarifies everything.

MG Miller: ICRC is a valuable asset and we have a good working relationship.

Vincent: We came early this time only to see the juveniles depart. This visit will not be long as the past one. We plan to have shorter visits from now on. 4wks will be the max; we will come for 1 month, leave for two, and then return for one month. This time only 8 people are coming vice the 19 we had the last time.

　　The objective for this visit is to see the 18 new detainees that came here in November. Our main priority is to maintain and keep the family contact flowing.

　　Do you have any comments on the letter/report that we sent? I want to apologize for any logistical problems we may have had during our last visit.

MG Miller: We just received the letter this Saturday, and will take a look into it as soon as possible.

Vincent: Since we start our main visit tomorrow; we would like to know if there are any specifics in the evolution of the Camp or any security issues we should be aware of.

MG Miller: There have been several changes since your last visit. We have changed the badge system to get into the camps, which should make it much easier to get in. We only have Camps 1, 2, 3, 4 and Echo. We no longer use the Naval Base Brig. As of now we have 652 detainees. Several detainees are in the

moving process and should be able to leave/move in a month to Afghanistan. And about 30-50 more should be ready to transfer out as soon as we get approval.

The only other change since your last visit is that we have two detainees who currently have attorneys as part of the commission process. Hicks and Hamdam, who are at Echo pending the commissions.

So far we have 4 commissions detainees at Camp Echo. Hicks has been cleared to make phone calls, so far he's made two, one to his father and the other to his mother.

Vincent: As for the pre-departure procedures, we still have not clarified the procedures for departure. It's still in the air and I understand that it is a policy decision.

MG Miller: As was discussed in D.C., the existing procedures still stand. You can only let them know that they are leaving and returning to the country of their residency or Afghanistan and that's all, unless there is a change in the policy.

Vincent: In reference to 760, last time we couldn't see him, is there a possibility we can see him on this visit? This is the 1st time he's receive a letter from the family.

MG Miller: Because of military necessity, the ICRC may not have private talks with him. We are in the process of getting a medical summary of his record for you to see how he's doing. He is the only one here at the Camp who has restricted access.

You do have unrestricted access to the other detainees in the camp. There are only two in the camp that go back and forth on whether they want to visit with the ICRC - Begg and Abassi. We encourage them to speak with you, and you will be given the opportunity to have contact with them, if they decline, you may try again later.

Vincent: Our position here is to remain available.

MG Miller: We will let them know that the ICRC is here and take if from there.

Vincent: We have an issue on the last transportation. I have here a description of the allegations on the transport from GTMO to Pakistan on the 27-28 December. We are worried about the allegations because they are similar to the problems we had in

the beginning in 2002 when they detainees started arriving. We haven't seen allegations like this before.

MG Miller: We will investigate this matter and give a response to you.

MG Miller: Next week, I want you to sit down with LTC Boehman and COL Cannon, so they can discuss some changes we are planning to make in the camp. Right now we have over 200 detainees that have demonstrated cooperation so with this we are opening up new recreations, etc.

    Also, CDR Timby is in the process of finishing the report from the arrival and departure of the juveniles, they showed exceptional progress. 2 of the 3 came here with psychological problems and left here with none. They are looking forward to starting a life again. They were very excited to return home and were in good spirits.

    Also, please let us immediately of any mistreatment, as soon as you hear of it, so we can act on it in a proper manner.

Vincent: Will do, we will not jump into any conclusions.

Meeting finished at 1705.