IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMEDOU OULD SLAHI,

    Plaintiff,

vs.                          Civil Action No. 06-cv-0597 (JR)

U.S. DEPARTMENT OF DEFENSE

    Defendant.

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**EXHIBIT J**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMEDOU OULD SLAHI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-cv-0597 (JR) |

**DECLARATION OF THERESA M. DUNCAN**

I, THERESA M. DUNCAN, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am an attorney with the law firm of Freedman Boyd Hollander Goldberg & Ives, P.A., in Albuquerque, New Mexico. I am one of three counsel of record in this case on behalf of Plaintiff Mohamedou Ould Slahi, having entered my appearance on November 8, 2007. I am also counsel of record on behalf of Mr. Slahi in a habeas action brought in this Court as well as in an action brought under the Detainee Treatment Act, Pub. L. No. 109-148, §§ 1001-1006, 119 Stat. 2680, 2739-45 (December 30, 2005), in the Court of Appeals for the District of Columbia Circuit.

2.  I submit this declaration in support of Mr. Slahi's response to Defendant's motion for partial summary judgment.

3.  I personally reviewed the 1863 pages of largely-redacted material the Department of Defense (DOD) produced to my co-counsel, Sylvia Royce.

4.      I also reviewed the report written by John T. Furlow and Randall M. Schmidt, entitled ARMY REGULATION 15-6 FINAL REPORT: INVESTIGATION INTO FBI ALLEGATIONS OF DETAINEE ABUSE AT GUANTANAMO BAY, CUBA DETENTION FACILITY (as amended June 9, 2005) [Schmidt-Furlow Report], which is attached to Mr. Slahi's response as Exhibit G.

5.      Although I reviewed all of the documents identified as Memoranda for Record in the government's *Vaughn* index, I was unable to locate the two Memoranda for Record described on page 25 of the Schmidt-Furlow Report in the documents produced by DOD.

6.      The only documents I found in the government's production relating to the investigation of allegations that Mr. Slahi was abused and tortured in 2003 were two memoranda summarizing Mr. Slahi's allegations and the results of a records search conducted December 15, 2004, which are found at Bates Nos. 1429-32 and 1439-46. These documents are attached as Exhibit B to Mr. Slahi's response to DOD's motion for partial summary judgment.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   November 19, 2007

_____
Theresa M. Duncan