IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMEDOU OULD SLAHI,

    Plaintiff,

vs.

U.S. DEPARTMENT OF DEFENSE

    Defendant.

Civil Action No. 06-cv-0597 (JR)

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**EXHIBIT K**

S E C R E T//REL TO GCTF

SERIAL: (U) IIR (b)(2)

COUNTRY: (U) CANADA (CA); FRANCE (FR); GERMANY (GM); LEBANON (LE); MAURITANIA (MR); SLOVENIA (SI); TUNISIA (TS).

IPSP: (U) (b)(2)

SUBJ: IIR (b)(2) - DETAILS SURROUNDING ADDITIONAL INFO ON (b)(2),(b)(6) (b)(1)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED S E C R E T//REL TO GCTF.

------------------------------------------------------------
                       DEPARTMENT OF DEFENSE
------------------------------------------------------------

DOI: (U) 20011107.

REQS: (U) (b)(2)

SOURCE: (S//NF) //ISN (b)(1)-000760 (S)/A 33 YEAR OLD MAURITANIAN ARRESTED IN NOUAKCHOTT, MAURITANIA IN THE FALL OF 2001. DETAINEE IS AN ADMITTED AL-QAIDA MEMBER AND (b)(1)
(b)(1)

SUMMARY: (b)(1),(b)(6)

TEXT: (b)(1)







COMMENTS: 1. ~~(C//REL GCTF)~~ FIELD COMMENTS. 
2. ~~(C//REL GCTF)~~ THE DETAINEE IS AVAILABLE FOR FURTHER CONTACT.
3. ~~(S//REL GCTF)~~ REQUEST EVALUATION OF THIS IIR TO CONFIRM OR REFUTE THE ABOVE INFORMATION FROM THIS DETAINEE SO THAT WE CAN ASSESS HIM, AND TO OBTAIN FOLLOW-UP QUESTIONS TO FOCUS FURTHER INTERROGATION EFFORTS.
4. ~~(S//REL GCTF)~~ EVALUATIONS SHOULD BE SENT TO



COLL: (U)
INSTR: (U)
PREP: (U)
ACQ: (U) GUANTANAMO BAY, CU ( ).
DISSEM: (U) FIELD -- NONE.

WARNING: (U) REPORT CLASSIFIED ~~S-E-C-R-E-T//RELEASABLE TO GLOBAL COUNTER-TERRORISM FORCES.~~

DRV FROM: (U) 
DECL: (U) X1.

SECRET//NOFORN

Summary Interrogation Report: 

(S//NF) SUBJECT: ISN ███-000760 ███ ((SLAHI)) MOHAMEDOU OULD IS A 34-YR-OLD WHO CLAIMS MAURITANIA CITIZENSHIP.

1. (S//NF) SUMMARY:

2. (S//NF) APPROACH USED: 
3. (S//NF) EFFECTIVENESS OF APPROACH: 

4. (S//NF) COOPERATION/KNOWLEDGEABILITY/TRUTHFULNESS:

5. (S//NF) RECOMMENDED APPROACH FOR NEXT MEETING:

6. (S//NF) SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN IIR):



224



8. (S//NF) COMPLETION OF IIR EVAL



7. (S//NF) COLLECTORS COMMENTS:
8. (U) POC FOR THIS MEMORANDUM IS ███ JTF GTMO.

SECRET//NOFORN

~~SECRET~~

(b)(2)

MEMORANDUM FOR RECORD

SUMMARY: (S) // GTMO-(b)(2) ISN (b)(1) 00760 (S) MUHAMADOO OULD SLAHI//IS A 32 YEAR OLD MAURITANIAN WHO WAS ARRESTED AT HIS MOTHER'S HOUSE IN NOUAKCHOTT, MAURITANIA IN THE FALL OF 2001. (b)(1)

1. (S) SUMMARY: DETAINEE WAS INTERROGATED ON (b)(1),(b)(2) (b)(1),(b)(2) THE INTERROGATION WAS CONDUCTED IN ENGLISH.

    A. (S) APPROACH USED: (b)(2)

    B. (S) EFFECTIVENESS OF APPROACH/LEVEL OF COOPERATION: (b)(1)

    C. (S) RECOMMENDED APPROACH FOR NEXT MEETING: (b)(2),(b)(5)

    D. (S) SPECIAL ACTION REQUIRED: (b)(1)

    E. (S) INTELLIGENCE CONTINGENCY FUNDS: (b)(1)

    F. (S) LONG TERM COLLECTION PLAN: (b)(1)

~~SECRET~~

SECRET



A. (S) SOURCE INFORMATION HAS PRODUCED IIRS ANSWERING THE FOLLOWING REQUIREMENTS:



IN THE INTERROGATION TEAM'S ESTIMATION, THE FOLLOWING HCR'S THAT HAVE BEEN LEVIED AGAINST THIS SOURCE ARE NOT APPLICABLE BECAUSE THE SOURCE HAS NO KNOWLEDGE OF THEM:

THE FOLLOWING HCRS HAVE BEEN LEVIED AGAINST THIS SOURCE BY CM&D.



SECRET

SECRET


(b)(1),(b)(2)

2. (S) SUMMARY OF NEW INFORMATION OBTAINED:


(b)(1)

3. (S) ADDITIONAL COLLECTOR COMMENTS: (b)(1)
(b)(1)

4. (U) POC THIS MEMORANDUM IS UNDERSIGNED AT DSN (b)(6)

SECRET

~~SECRET~~



~~SECRET~~

613

~~SECRET//NOFORN~~

Summary Interrogation Report: 000760 SIR 22-NOV-2003

~~(S//NF)~~ SUBJECT: ISN [REDACTED]-000760 [REDACTED] ((SLAHI)) MOHAMEDOU OULD IS A 33-YR-OLD WHO CLAIMS MAURITANIA CITIZENSHIP.

1. ~~(S//NF)~~ SUMMARY: [REDACTED] INTERROGATED ((SLAHI)) MOHAMEDOU OULD ON [REDACTED] THE INTERROGATION WAS CONDUCTED IN ENGLISH USING NO LINGUIST AS AN INTERPRETER.

[REDACTED]

2. ~~(S//NF)~~ APPROACH USED: [REDACTED]
3. ~~(S//NF)~~ EFFECTIVENESS OF APPROACH: [REDACTED]
4. ~~(S//NF)~~ COOPERATION/KNOWLEDGEABILITY/TRUTHFULNESS: [REDACTED]
5. ~~(S//NF)~~ RECOMMENDED APPROACH FOR NEXT MEETING: [REDACTED]
6. ~~(S//NF)~~ SUMMARY OF INFORMATION (ENSURE ANY INTELLIGENCE RESULTS IN AN IIR):

[REDACTED]



7. (S//NF) COLLECTORS COMMENTS: ▓▓▓▓
8. (U) POC FOR THIS MEMORANDUM IS ▓▓▓▓ JTF GTMO.

SECRET//NOFORN