**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ———————————————— ) | |
| MOHAMEDOU OULD SLAHI,                    ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.                          ) | Civil Action No. 06-cv-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE        ) | |
| ) | |
| Defendant.            ) | |
| ———————————————— ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

**EXHIBIT L**

(b)(1)



861

(b)(1)



(b)(1)



(b)(1)



(b)(1)



865

(b)(1),(b)(2)



(b)(1)



(b)(1)



(b)(1)



(b)(1)





FROM:  JTF GTMO CMD
TO:  (b)(2)
(b)(2)/(b)(3) 10 USC §130b (b)(3)
INFO:  (b)(2)
HQ USSOUTHCOM MIAMI FL/(b)(2)
(b)(2)

S E C R E T   N O F O R N
SUBJ:  (b)(2)                                                    (U) (b)(1)
(b)(1)

REF:   (U) EVAL (b)(2)
1.     (S//NF)  (b)(1)
(b)(1)  000760 (b)(1)
(b)(1)

2.     (U) POC THIS MESSAGE IS (b)(2)
(b)(2)
DRV FROM:  DO HUMINT SCG, SEP 03
DECL: X1

(b)(1)

148 -155 are duplicates of 140-147.

(b)(1)

1448

(b)(7)

(b)(1)

1450

(b)(1)



(b)(1)

1452

(b)(1)

1454