UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND STATUS REPORT REGARDING
PROCESSING OF PLAINTIFF'S FOIA REQUEST IN COMPONENTS
OTHER THAN SOUTHERN COMMAND**

Defendant, the Department of Defense ("DoD"), hereby submits this Second Status Report regarding its processing of plaintiff's FOIA request by DoD components other than the United States Southern Command. As discussed below, processing of plaintiff's FOIA request with respect to ten DoD commands, organizations, or offices is now complete, except for some 100 pages that have been referred to outside agencies for initial release determination. Of the approximately 4,127 pages of responsive documents DoD has processed, DoD intends to release approximately 1,458 partially redacted pages as soon as it receives plaintiff's payment for the search fees. Because of the volume of exempt information (most of which is classified or sensitive), the preparation of a *Vaughn* index and declarations justifying the withholding will require significant amount of time and coordination. Indeed, DoD currently expects that it will be filing close to 20 declarations from declarants in various DoD commands, organizations or office.

Moreover, while DoD has made significant progress in processing plaintiff's FOIA request, one additional DoD component, the Office of the Chief Prosecutor of the Office of

Military Commissions ("OMCP") is still processing the FOIA request, having been tasked to do so only in early October. Although OMCP has located approximately 160 responsive documents (or 650 pages) and will be able to produce the non-exempt portions of those pages starting in February on a rolling basis, it will not be able to complete its processing until the end of February.

Accordingly, DoD proposes that it files its dispositive motion on or before March 31, 2008, which is 30 days from the completion of all processing. Specifically, DoD states as follows:

1. Plaintiff is an alien detained as an enemy combatant by DoD at the Guantanamo Bay Naval Base, Cuba. He filed this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552, alleging that DoD has improperly withheld records responsive to his request seeking all records relating to him.

2. On or about June 29, 2007, as the parties were discussing the processing and production of responsive documents located (or to be searched) in United States Southern Command, plaintiff's counsel requested for the first time that DoD also conduct a search of DoD components beyond Southern Command. Those components include all DoD organizations, commands and offices listed on a Detainee Search Chart previously provided to plaintiff. After plaintiff's counsel committed to pay for the search, DoD tasked those DoD components in early July to search for responsive documents.

3. In the course of conducting those searches, DoD found documents that referenced two additional DoD commands that were not already being searched: the United States European Command and the U.S. Army Intelligence and Security Command. DoD tasked those two

commands on August 15, 2007 to search for responsive records, after first seeking fee estimates from them and obtaining the commitment of plaintiff's counsel to pay for the searches.

    4.       On September 4, 2007, this Court entered an order requiring DoD to complete processing of Southern Command documents and to file a dispositive motion regarding any information withheld from those documents by October 1, 2007. DoD did so on October 1, 2007. It also filed a status report that same day regarding its searches of responsive documents in the other ten DoD commands, organizations, and offices. On November 19, 2007, plaintiff filed his opposition to DoD's motion for partial summary judgment regarding Southern Command. DoD intends to file a reply brief.

    5.       In its October 1, 2007 status report, DoD indicated that in the course of conducting its search for responsive documents, it had further determined that the Office of the Chief Prosecutor of the Office of Military Commissions might have responsive documents. The report further indicated that DoD would task that office shortly, having obtained counsel's commitment to pay for the search on September 28, 2007.[1]

    6.       Although OMCP has located approximately 160 responsive documents (or approximately 650 pages) and will be able to produce the nonexempt portions of those pages on a rolling basis starting in February, it will not be able to complete its processing until the end of February due to various litigation and administrative demands. Indeed, most of the 160 responsive documents contain information originating from other agencies or organizations and therefore will need to be referred to those originating agencies or organizations for initial release

---

[1] DoD's October 1, 2007 status report also indicated that DoD would be able to inform this Court on November 21, 2007 as to when it can file a dispositive motion.

determination.

7.     Moreover, although DoD has been able to process the approximately 4,127 pages of responsive documents located in the other ten DoD components (except for some 100 pages that were referred to other agencies for initial release determination) and will be able to release approximately 1,458 pages of redacted documents to plaintiff as soon as it receives plaintiff's payment of search fees, the preparation of a Vaughn index and declarations justifying the withholding will require significant amount of time and coordination.  This is particularly so because the withheld information contains mostly classified or sensitive information, and because it originated from various DoD commands, organizations and offices.  DoD currently expects that close to 20 declarants from the various DoD commands, organizations and offices will need to prepare declarations in support of DoD's motion for partial summary judgment. Many of those declarants are the original classification authority for their respective command or component.

8.     Because the Office of Military Commission will not be able to complete its processing until the end of February, because there is a large volume of exempt information in the responsive documents that have already been processed, and because the preparation of the dispositive motion will require significant coordination of many different DoD commands, organizations and offices, DoD proposes that it files its dispositive motion no later than March 31, 2008, which is 30 days from the completion of all processing.

Dated:  November 21, 2007                                Respectfully submitted,

                                                                         PETER D. KEISLER
                                                                         Assistant Attorney General, Civil Division

        JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

JOHN R. TYLER
Senior Trial Counsel

     /s/ Jean Lin
JEAN LIN  (NY#4074530)
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C.  20530
Tel: (202) 514-3716
Fax: (202) 616-8407
Attorneys for Defendant