UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, the Department of Defense ("DoD"), moves for an extension of time from November 30, 2007 to and including December 14, 2007, within which to respond to plaintiff's opposition to defendant's motion for partial summary judgment. In support of this motion, DoD informs the Court as follows:

1. Plaintiff is an alien detained as an enemy combatant by DoD at the Guantanamo Bay Naval Base, Cuba. He filed this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552, alleging that DoD has improperly withheld records responsive to his request seeking all records relating to him.

2. On October 1, 2007, pursuant to this Court's Order of September 4, 2007 (dkt. #17), DoD filed its motion for partial summary judgment with respect to information withheld from responsive records located in the United States Southern Command.[1] Plaintiff filed his opposition on November 19, 2007, after obtaining two extensions of time. DoD's Reply is

---

[1] The current status of DoD's processing of plaintiff's FOIA request in all other DoD commands, organizations and offices is reported in DoD's Second Status Report filed on November 21, 2007.

currently due on November 30, 2007.

3.  DoD anticipates that it will not be able to meet that deadline because counsel for DoD was out of the office for a previously scheduled vacation during the Thanksgiving holiday, and has also had to devote a significant amount of time to other matters, including a dispositive motion currently due on December 10, 2007 in *New Jersey v. United States Department of Health and Human Services*, 07-cv-04698 (D. N.J). Moreover, preparation of the Reply requires the coordination with Joint Task Force – Guantanamo, which is expected to take more than time than the current deadline of November 30, 2007 allows.

4.  Accordingly, DoD respectfully requests that it be granted an extension of time of two weeks to and including December 14, 2007 to submit its Reply. This is DoD's first request for extension of time in connection with the filing of its reply in support of its partial summary judgment motion.

5.  Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for plaintiff, who consent to the requested extension.

Dated: November 28, 2007                    Respectfully submitted,

                                            JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            JOSEPH H. HUNT
                                            Director, Federal Programs Branch

                                            ELIZABETH SHAPIRO
                                            Assistant Branch Director
                                               */s/* Jean Lin
                                            JEAN LIN  (NY#4074530)

Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C.  20530
Tel: (202) 514-3716
Fax: (202) 616-8407
E-mail: jean.lin@usdoj.gov

Attorneys for Defendant