UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's First Unopposed Motion for Extension of Time to Reply to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that defendant shall have up to and including December 14, 2007 to file its Reply in support of its motion for partial summary judgment.

Dated: _____        _____
                                    UNITED STATES DISTRICT JUDGE