UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-CV-0597 (JR) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING VARIOUS DEPARTMENT OF DEFENSE COMPONENTS
OTHER THAN SOUTHERN COMMAND**

Defendant, the Department of Defense ("DoD"), moves for an extension of time from March 31, 2008 to and including May 30, 2008, within which to file defendant's motion for partial summary judgment regarding information withheld from responsive records located in various DoD commands, organizations and offices. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for plaintiff, who consent to the requested extension. Specifically, DoD informs the Court as follows:

1.   Plaintiff is an alien detained as an enemy combatant by DoD at the Guantanamo Bay Naval Base, Cuba. He filed this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552, alleging that DoD has improperly withheld records responsive to his counsel's request seeking all records relating to him.

2.   On October 1, 2007, pursuant to this Court's Order of September 4, 2007 (dkt. #17), DoD filed its motion for partial summary judgment with respect to information withheld from responsive records located in the United States Southern Command. Briefing on that motion was complete on December 14, 2008.

3. In a status report filed on November 21, 2007, DoD reported that processing of responsive documents located in numerous other DoD commands, organizations and offices was nearly complete and that DoD was then ready to produce some 1,500 partially redacted pages to plaintiff. The report also noted that the last DoD component to have been tasked to do a search, the Office of the Chief Prosecutor of the Office of Military Commissions ("OMCP"), was then still processing the FOIA request, but expected to complete that process by the end of February 2008. DoD then proposed that it would file its dispositive motion on March 31, 2008.

4. Defendant has since produced the approximately 1,500 pages of responsive documents to plaintiff. The processing of responsive records located in OMCP, however, is taking longer than anticipated. Although DoD has completed the processing of documents originated with OMCP, DoD's Office of Freedom of Information has only very recently been able to refer other responsive documents located by OMCP to a total of eleven originating DoD components and outside agencies for release determination. Those eleven entities will not be able to complete their processing and prepare the necessary declarations (or update an existing one if the component is already submitting a declaration in support of the partial summary judgment motion) until some time after March 31, 2008.

5. In addition, in the course of coordinating the preparation of close to 20 supporting declarations, defendant discovered that one of the three components within the Defense Intelligence Agency ("DIA") that was tasked to search for responsive documents did not search it databases. That DIA component is currently conducting its searches and has so far located approximately 1,800 potentially responsive items. Because the vast majority of DIA's records are classified or sensitive and most often had originated from other DoD components or outside

agencies, the processing of any responsive records found (as well as the preparation of the requisite supporting declarations by DIA and all other DoD components and outside agencies from which some of the documents located at DIA might have originated) is expected to take a significant amount of time and most likely up to two months.

6. Finally, in the upcoming two months, defense counsel has the following court-ordered deadlines regarding the briefing of dispositive motions in two separate cases: April 25, May 2, and May 16. Defense counsel therefore will not be able to adequately prepare the motion for partial summary judgment until mid-May.

7. For all of the reasons discussed above, defendant respectfully submits that it be given until May 30, 2008 to file its dispositve motion regarding information withheld from responsive documents located in DoD components other than Southern Command.

8. As noted before, pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for plaintiff, who consent to the requested extension.

Dated: March 25, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Branch Director

     */s/* Jean Lin
JEAN LIN  (NY#4074530)
Federal Programs Branch, Civil Division
United States Department of Justice

3

20 Massachusetts Ave., N.W.  
Washington, D.C. 20530  
Tel: (202) 514-3716  
Fax: (202) 616-8470  
Attorneys for Defendant
