UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Unopposed Motion for Extension of Time to File Its Motion for Partial Summary Judgment Regarding Various Department of Defense Components Other Than Southern Command, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that defendant shall have up to and including May 30, 2008 to file its motion for partial summary judgment regarding various Department of Defense components other than Southern Command.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE