UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S NOTICE TO THE COURT REGARDING
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT CURRENTLY
SCHEDULED FOR ORAL ARGUMENT ON MAY 5, 2008**

Defendant, the Department of Defense ("DoD"), respectfully notifies the Court that DoD recently has located a very small number of responsive classified documents that relate to defendant's motion for partial summary judgment for information withheld from responsive records located in the United States Southern Command.  Briefing for the partial summary judgment motion relating to the Southern Command was completed on December 14, 2007, and oral argument is currently scheduled for May 5, 2008.  As explained below, on or about April 30, 2008, DoD located two potentially responsive classified documents in Joint Task Force-Guantanamo (JTF-GTMO), a component of the Southern Command, that were not located in connection with the Southern Command's prior collection of responsive documents.

As this Court is aware, defendant's motion for partial summary judgment with respect to DoD commands, organizations and offices other than the Southern Command is currently due on May 30, 2008.  In the course of processing documents located in those components, DoD sometimes has had to refer for review documents located in one component to another component (or outside agency) from which the documents originated.  During this referral

process, JTF-GTMO was sent several documents that alerted JTF-GTMO to the fact that there were potentially other similar classified documents that were not located in connection with its prior collection of responsive materials. On or about April 30, 2008, JTF-GTMO found two such responsive documents. In its upcoming filing of May 30, 2008 addressing documents referred to JTF-GTMO from the various DoD components, organizations and offices, DoD intends to address the two additional classified documents located in connection with its review of the similar, referred documents.

Dated: May 2, 2008                                             Respectfully submitted,

                                                               JEFFREY S. BUCHOLTZ
                                                               Acting Assistant Attorney General

                                                               JEFFREY A. TAYLOR
                                                               United States Attorney

                                                               ELIZABETH J. SHAPIRO
                                                               Assistant Branch Director

                                                                   /s/ Jean Lin
                                                               JEAN LIN  (NY#4074530)
                                                               Federal Programs Branch, Civil Division
                                                               United States Department of Justice
                                                               20 Massachusetts Ave., N.W.
                                                               Washington, D.C.  20530
                                                               Tel: (202) 514-3716
                                                               Fax: (202) 616-8407
                                                               Attorneys for Defendant