UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-CV-0597 (JR) |

**DEFENDANT'S CONSENT MOTION TO WITHDRAW ITS MOTION
FOR PARTIAL SUMMARY JUDGMENT REGARDING SOUTHERN COMMAND
AND FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT THAT
WOULD ENCOMPASS ALL DEPARTMENT OF DEFENSE COMPONENTS**

Defendant, Department of Defense ("DoD"), hereby moves to withdraw its prior motion for partial summary judgment regarding information withheld from responsive records located in the United States Southern Command, and to refile a dispositive motion that would encompass information withheld from responsive records located in all DoD components, including the Southern Command, on or before July 31, 2008. This motion is necessitated by the recent public release and disclosure of certain previously classified information that is at issue in this case. In support of this motion, DoD informs the Court as follows:

1.  Plaintiff is an alien detained as an enemy combatant by DoD at the Guantanamo Bay Naval Base, Cuba. He filed this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552, alleging that DoD has improperly withheld records responsive to his counsel's request seeking all records relating to him.

2.  On October 1, 2007, pursuant to this Court's Order of September 4, 2007, DoD filed its motion for partial summary judgment with respect to information withheld from responsive records located in the Southern Command, a DoD component that encompasses Joint

Task Force Guantanamo. Briefing on that motion was complete on December 14, 2007, and oral argument was held on May 5, 2008. In addition, pursuant to this Court's Order of April 1, 2008, DoD's motion for partial summary judgment with respect to information withheld from records located in other DoD commands, organizations and offices is currently due on May 30, 2008.

  3. On May 20, 2008, the Department of Justice, Office of the Inspector General ("OIG") issued a report entitled "A Review of the FBI's Involvement in and Observations of Detainee Interrogations in Guantanamo Bay, Afghanistan, and Iraq" (*available at* http://www.usdoj.gov /oig/reports/FBI/index.htm). In the course of discussing allegations regarding plaintiff's interrogation by military personnel, the report discusses certain specific information concerning the interrogation of plaintiff that was previously classified and withheld from plaintiff in this litigation.

  4. On May 20, 2008, plaintiff's counsel contacted the undersigned regarding plaintiff's intention to submit excerpts of the OIG report to supplement its opposition to DoD's motion for partial summary judgment. Neither the Civil Division, the undersigned counsel, nor attorneys in DoD's Office of General Counsel with whom the undersigned counsel work on this litigation, knew about the OIG's disclosure of previously classified information relating to plaintiff until after the report issued.

  5. In light of the public disclosure of previously classified, responsive information, DoD will now need to conduct a declassification review as to the information withheld in this case, and reevaluate its claims of exemption under FOIA Exemption 1, which protects against the disclosure of information properly classified under a relevant executive order. Moreover, the public disclosure in the OIG report of previously classified information relating to plaintiff

similarly will require the various DoD components, organizations and offices to reevaluate their claims of exemption, and revise the more than 20 declarations in support of DoD dispositive motion, which are otherwise in various stages of completion.

6.     DoD therefore respectfully requests that it be given until July 31, 2008 to submit a dispositive motion that would encompass information withheld from responsive records located in all DoD components, including the Southern Command.

7.     Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for plaintiff, who consents to this motion on the condition DoD agrees that as it completes its declassification review of information previously withheld from plaintiff, it will release the declassified information on a rolling basis as they become available and will complete its declassification review and related disclosures before July 31, 2008.[1]

Dated: May 22, 2008                                          Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Branch Director

   /s/ Jean Lin
JEAN LIN  (NY#4074530)

---

[1] In providing their consent, plaintiff's counsel noted that they currently have a trial scheduled to begin in September 2008, and thus, may need to request more time to respond to defendant's dispositive motion to be filed on July 31, 2008.  Defendant consents in advance to any such request from plaintiff's counsel.

Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-3716
Fax: (202) 616-8470
Attorneys for Defendant