**Exhibit 8**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI,<br><br>      Plaintiff,<br><br>      v.<br><br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 06-CV-0597 (JR)

DECLARATION OF
<u>RUSSELL G. LEAVITT</u>

I, RUSSELL G. LEAVITT, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an Associate Deputy General Counsel in the Department of Defense ("DoD") Office of General Counsel ("OGC"). The office of the General counsel provides advice to the Secretary and Deputy Secretary of Defense regarding all legal matters and services performed within, or involving, the Department of Defense. In my capacity as an Associate Deputy General Counsel for DoD OGC, I am responsible for, among other things, supporting the Department of Justice in litigation involving the DoD, and this responsibility extends to responding to requests made pursuant to the Freedom of Information Act ("FOIA"). Prior to joining DoD OGC, I served for more than seven years as a Judge Advocate in the United States Air Force. Included in this service was a deployment, in 2004, to Joint Task Force Guantanamo ("JTF-GTMO"), where I

1

served as legal advisor to the Joint Intelligence Group ("JIG"). Since joining DoD OGC, I have continued to work with information generated by JTF-GTMO and the JIG, and I am familiar with the reasons for which such information has been classified.

2. I am familiar with Sylvia Royce's ("plaintiff's counsel") initial FOIA request of May 26, 2005, see Exhibit A, and the subsequent expansion of that request, made on behalf of Mohammedou Ould Slahi ("plaintiff"), for records relating to plaintiff, and with the process being employed by DoD to search for documents in response to this request. Unless otherwise indicated, the statements in this declaration are based upon my personal knowledge and information obtained by me in the course of my official duties.

3. The purpose of this declaration is to provide information concerning the general history of plaintiff's FOIA request, the tasking of various DoD components to conduct searches in response to the request, including the specific search undertaken by DoD OGC, the processing by DoD OGC of responsive documents it located in its custody and control, and the justifications for OGC's withholding of information.

**Plaintiff's FOIA Request and the Resulting Search for Responsive Documents**

4. Plaintiff is a foreign national who is currently detained by DoD at the Guantanamo Bay Naval Base as an enemy combatant. In a letter dated May 26, 2005, plaintiff's counsel (who was also representing plaintiff in a habeas corpus case in this Court) submitted a FOIA request to DoD's Office of Freedom of Information ("OFOI") seeking "records relating to Mohamedou Ould Slahi aka Mohammedou Ould Salahi, born in Mauritania in approximately 1970." The request for

2

records includes "memoranda, inter-agency communications, case summaries, notes, indexes,
jottings, message slips, letters, facsimile transmissions, diaries, E-Mails and calendars."

5. On or about June 30, 2005, OFOI informed plaintiff's counsel that it had referred the FOIA
request to United States Southern Command ("SOUTHCOM"), the DoD component that
encompasses JTF-GTMO, because it had determined that the requested records, if they existed,
were likely under the cognizance of that component. Plaintiff's counsel later wrote
SOUTHCOM on January 3, 2006 that she was particularly interested in plaintiff's medical
records, and SOUTHCOM released such records to plaintiff's counsel in May 2006.

6. On July 28, 2006, DoD, through counsel, informed plaintiff's counsel that if she wanted
DoD's search for responsive documents to extend to DoD organizations beyond SOUTHCOM,
she must make a commitment to pay additional fees for those searches and the reproduction costs
of any responsive documents that are found, as authorized by regulation. On June 29, 2007,
plaintiff's counsel committed to paying for the search of those DoD components listed in a
Detainee Search Chart, which was provided to her approximately one month earlier. The
Detainee Search Chart lists DoD record systems most likely to have the largest number of
responsive records concerning detainees held at Guantanamo Bay, Cuba.

7. DoD does not maintain a central file management system; instead, files are decentralized and
maintained by DoD's individual components. The individual components manage their own
FOIA programs and their compliance with the Privacy Act. OFOI, in addition to its policy
formulation function, is responsible for receiving FOIA requests directed to the Office of the
Secretary of Defense, the Joint Staff and certain other organizations. FOIA requests for records

3

on behalf of current or former Guantanamo detainees, however, are centrally managed by OFOI. OFOI directs the request to the appropriate office or organization to search for any records that may be responsive to the request. If responsive records are located, the appropriate official of the office holding the records proposes a release determination.

8.  As noted above, following plaintiff's commitment on June 29, 2007 to pay fees for the searches of various DoD organizations and components listed in the Detainee Search Chart, *see* Exhibit B, those organizations and components were tasked in early July 2007 to search for responsive documents. Those organizations and components include: United States Central Command; United States Transportation Command; Defense Intelligence Agency; Criminal Investigation Task Force; United States Special Operations Command; Office for the Administrative Review of Detained Enemy Combatants; Joint Staff; Office of Detainee affairs; and DoD Office of General Counsel.

9.  In addition, in the course of conducting these searches, DoD found documents that referenced three additional DoD components not listed in the Detainee Search Chart: United States Army Intelligence and Security Command ("INSCOM"); United States European Command ("EUCOM"); and the Office of Military Commissions-Prosecution ("OMCP"). Plaintiff's counsel committed to pay for the searches of INSCOM and EUCOM on August 12, 2007, and the search for OMCP on September 28, 2007. EUCOM and INSCOM were tasked on August 15, 2007 to search for responsive documents, and OMCP was tasked to conduct a search on October 22, 2007.

10. In conducting their searches, many of the above-referenced components found documents that originated with other DoD components or outside agencies. Those documents were usually forwarded to OFOI to be referred to the originating component or outside agency for review and release recommendation. The DoD components who were not tasked to conduct a search but were referred responsive documents are: Air Force Office of Special Investigations ("AFOSI"); United States Strategic Command ("STRATCOM"); United States Northern Command ("NORTHCOM"); United States Army Intelligence and Security Command ("INSCOM"); Naval Criminal Investigative Service ("NCIS"); and Office of Naval Intelligence ("ONI"). In addition, three outside agencies were referred responsive records that either originated with them or contain information originated with them: Central Intelligence Agency; Department of State; and Federal Bureau of Investigation. DoD has processed more than 3,700 pages of documents (not including those documents originating at JTF-GTMO) responsive to the plaintiff's FOIA request. Of these, approximately 1,487 (again, not including documents originating at JTF-GTMO) have been withheld in full. Approximately 1,305 pages of responsive documents were produced to plaintiff's counsel on December 12, 2007, and an additional 40 pages that had been referred to the State Department were produced on December 20, 2007. In July 2008, the CIA has also separately produced to plaintiff's counsel all nonexempt, responsive documents DoD referred the CIA for direct response. In addition, DoD will produce to plaintiff approximately 943 pages of responsive documents on or about July 31, 2008. Finally, all withheld information has been reviewed in light of the public disclosure on May 20, 2008 of certain previously classified information relating to plaintiff by the Department of Justice, Office of Inspector General.

5

11. As mentioned above, DoD OGC was one of those additional organizations tasked with a search for responsive documents. In response, an attorney within DoD OGC conducted an electronic and manual search for documents in the custody and control of DoD OGC that were responsive to plaintiff's FOIA request.

12. By September 26, 2007, the completed search of DoD OGC located 21 documents responsive to the request, totaling 206 pages. Some of these documents originated with organizations other than DoD OGC. OFOI forwarded those documents to the originating organizations. The processing of all the documents found by DoD OGC was completed on or about November 19, 2007, and these documents were subsequently released to plaintiff's counsel. In total, 12 documents totaling 38 pages actually originated with DoD OGC. These documents were processed and all portions that could be segregated were released to plaintiff's counsel in December 2007, after DoD's receipt of the requisite fees from plaintiff.

### The Processing of Responsive DoD OGC Documents

13. After finding the responsive DoD OGC documents, my colleagues and I conducted a line-by-line examination of each document. Following our review of the documents, we processed the documents for release. The documents are scanned into our computers in a form that allows them to be redacted using FOIA-specific software and allows the pages to be bates stamped. Each page is then redacted in accordance with the decisions we made to withhold certain information in accordance with the pertinent FOIA exceptions. Afterwards, the redacted documents were reviewed to ensure conformity with the FOIA. Justification for these redactions will be discussed below. Also, attached to this declaration is the Vaughn Index DoD OGC

6

prepared for this litigation. *See* Exhibit C. This Vaughn Index lists documents containing

responsive information withheld by all relevant DoD components, with the exception of the

Defense Intelligence Agency ("DIA"). A second index, *see* Exhibit D, lists the documents

containing responsive information withheld by DIA.

### Justification for Withholding Information
### Concerning Military Plans and Operations Under Exemption 1

14. Information concerning military plans and operations may be classified under the authority

of Section 1.4(a) of Executive Order 12958, as amended, if its release could cause damage to the

national security of the United States. Certain information withheld from plaintiff is generally

related to military operations against hostile forces and the operation of detention facilities by

JTF-GTMO, and at the time plaintiff made his FOIA request, was classified at the SECRET level

through the action of the Commander of JTF-GTMO. I have conferred with JTF-GTMO, and

was advised that the withheld information continues to warrant classification at the SECRET

level, pursuant to EO 12958, as amended. Release of this information could cause serious

damage to the national security as hostile entities would learn of the effectiveness and

vulnerabilities in the military operations in the United States and abroad. The information is

therefore properly withheld under Exemption 1. This exemption was applied to the following

documents: 3334-3337, 3339-3347, 3350-3352, and 3356-3358.

### Justification For Withholding Information That Would Reveal Intelligence Activities,
### Sources, and Methods Under Exemption 1

15. Some of the withheld information includes intelligence data compiled about plaintiff or

summaries of such data as well as information that would reveal intelligence sources and

7

methods. Intelligence data included in this category of withholdings typically describes plaintiff's activities and his affiliations with individuals and organizations of intelligence interest. The intelligence data in this category also includes information about other persons and organizations. This exemption was applied to the following documents: 3324-3326, 3330-3332, 3334-3336, 3339-3342, 3344-3347, 3350-3352, 3354-3355, and 3356-3358.

16. These categories of information about plaintiff have been withheld under FOIA Exemption 1, which exempts from release matters that are "specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and ... [that] are in fact properly classified pursuant to such Executive order." Section 1.4(c) of EO 12958, as amended, permits the classification of "intelligence activities (including special activities), intelligence sources or methods, or cryptology," recognizing that the disclosure of intelligence activities and sources can cause harm to national security.

17. At the time plaintiff made his FOIA request, the above described information was classified at the SECRET level through the action of the Commander of JTF-GTMO. I have conferred with JTF-GTMO, and have been advised that the information remains properly classified. Specifically, the public disclosure of the withheld information would disclose intelligence concerning plaintiff, including his affiliations with certain individuals and organizations, how those affiliations came about, and the actions he took while associated with those individuals and organizations, which would in turn reveal information about the United States' intelligence sources and activities. The potential damage caused by such revelations would be exacerbated, given that the intelligence could be pieced together with other information that has entered the

public domain to reveal a considerable amount of detail about our intelligence concerning certain individuals and organizations.

18. Furthermore, revealing the extent of intelligence gathered concerning plaintiff would show, among other things, what the United States knows about certain individuals and organizations; what the government does not know; and the leads it followed or did not follow based on the intelligence it obtained. Those critical facts would also be revealed through disclosure of withheld intelligence data concerning other individuals and organizations, thus aiding persons hostial to the United States to thwart our intelligence-gathering, and counterterrorism efforts.

19. Additionally, public release of such intelligence data, given that it would result in revealing sources of our intelligence about plaintiff and other persons and organizations, would have a chilling effect on human intelligence collection and would substantially impede DoD's ability to gather actionable intelligence from other sources, including current Guantanamo detainees. Releasing this type of information would reveal publicly who has cooperated with interrogators at Guantanamo and elsewhere and the information they provided. Such public identification of intelligence sources would place those sources, or individuals who are perceived by others as sources, at risk of retribution and deter other sources from cooperating with ongoing intelligence collection efforts. In sum, release of this category of information reasonably could be expected to cause serious damage to the national security because it would reveal information concerning intelligence sources, the specific information obtained from such sources, or both. Accordingly, this information is withheld under Exemption 1.

20. Additionally, DoD has withheld, under FOIA Exemptions (b)1 and (b)2, information

9

reflecting intelligence methods used by JTF-GTMO personnel in gathering, analyzing, and coordinating intelligence data. Included in this category of withholdings are: interrogation techniques and plans; tools and methods for analyzing intelligence data; tools and requirements for coordinating intelligence gathering and analysis among DoD components and other agencies of the government; and plans for further intelligence gathering based on specific data obtained from intelligence sources. The withholding of information reflecting intelligence methods used by JTF-GTMO personnel in gathering, analyzing, and coordinating intelligence data pursuant to Exemption b(2) is not noted on the redacted documents already released to the plaintiff. However, this exemption is taken on information contained on pages 3335, 3344-3345, and 3352.

21. At the time of plaintiff's FOIA request, the withheld information reflecting intelligence methods described in the preceding paragraph was classified at the SECRET level pursuant to Section 1.4(e) of EO 12958 through the action of the Commander of JTF-GTMO. I have conferred with JTF-GTMO have been advised that the withheld information remains properly classified and that its release reasonably could be expected to cause serious damage to national security. Intelligence methods are the means by which the JIG at JTF-GTMO and other intelligence agencies collect intelligence data to support military operations and to assess, and counter, terrorist and military threats. These methods and practices must be protected because their public release would be of material assistance to those who would seek to penetrate, detect, prevent, avoid or otherwise damage the intelligence operations of the United States.

22. In particular, public disclosure of specific methods used with sources of human intelligence,

10

whose identities are themselves classified as described above, would allow individuals of intelligence interest to anticipate and immunize themselves from those methods. Of particular concern is an individual's ability to anticipate particular interrogation techniques. The withheld information includes interrogation techniques used in connection with sources of human intelligence.

23. I have been advised that JTF-GTMO's methods of coordinating intelligence gathering and analysis among agencies and components are central to the effort to counter acts of terrorism and support military operations. Effective military and counterterrorism strategy depends on the coordination of intelligence gathering among agencies and components responsible for gathering and analyzing intelligence data. Revealing the nature of that coordination and how agencies and components work together could reveal their areas of relative competence, or the distinct intelligence tools they employ, thereby permitting persons of interest to the United States to tailor their behavior and adopt means to thwart the agencies' efforts, which in turn could cause serious damage to the national security. The information therefore is properly withheld under Exemption 1. .

## Justification for Withholding Intelligence Codes
## Under Exemptions 1 and 2

24. Internal codes that indicate intelligence sources, methods, or information, were withheld, under FOIA Exemptions 1 and 2. Included in this category of withholdings are codes indicating intelligence sources or information and codes describing a type of communication. The withholding of information reflecting intelligence codes under Exemptions b(1) and b(2) is not noted on the redacted documents already released to the plaintiff. However, this exemption is

11

taken on information contained on pages 3324-3330.

25.  The codes in this category withheld under Exemption 1 were classified at the SECRET level pursuant to Section 1.4(c) of EO 12958 through the action of the Commander of JTF-GTMO at the time plaintiff made his FOIA request because its release reasonably could be expected to cause serious damage to national security.  I have conferred with JTF-GTMO and am advised that the withheld codes remain properly classified.  I have been advised that the codes withheld under Exemption 1, while for internal use only, reflect sources of intelligence, intelligence activities, and the interplay between various U.S. government agencies in collecting intelligence. If these codes were to be made public, abbreviations contained in the codes, which in some cases resemble the information they are meant to stand in for, could reveal the sources of intelligence. Those abbreviations could also be pieced together with other public information to identify the significance of the codes to DoD's intelligence activities.  Accordingly, the information is properly withheld under Exemption 1.

26.  The internal codes described in the preceding paragraphs are also withheld under Exemption 2.  These codes are purely for internal use.  At the same time, because the codes contain or refer to information about intelligence sources or activities, their disclosure could enable persons hostile to the United States to piece together the government's methods for analyzing and handling intelligence data, as well as potentially intelligence data itself, thereby risking circumvention of U.S. counterterrorism efforts.

27.  Finally, DoD also withheld under Exemption 2 technical information relating to the handling and forwarding of sensitive information contained in the intelligence reports and

12

messages that have been withheld.  Releasing information about how intelligence reports are

forwarded among agencies and within DoD would reveal internal guidelines for the sharing and

transmission of such intelligence documents.  This information is purely internal to the U.S.

government, as it provides agencies with guidance concerning dissemination of and

authorizations needed to share sensitive information.  Release of these handling instructions

would reveal which agencies have an interest in particular intelligence data, thereby revealing the

agencies' relative competence and responsibilities and their manner of interaction regarding

intelligence data, and risking circumvention of U.S. counterterrorism efforts.

### Justification for Withholding Information Provided by a
### Foreign Government Under Exemption 1 and 3

28. Some of the withheld information consists of information or correspondence from a foreign

government pertaining to plaintiff.  At the time plaintiff made his FOIA request, the information

in this category withheld under Exemption 1 was classified at the SECRET level, through the

action of a person holding original classification authority.  I have been advised that this

information continues to warrant classification at the SECRET level, pursuant to EO 12958, as

amended, as the release of this information reasonably could be expected to result in serious

damage to national security.

29.  As part of ongoing intelligence gathering operations, DoD routinely solicits and receives

information from foreign governments about detainees, including intelligence and law

enforcement information.  Such information is provided to DoD in confidence and with the

expectation that it will not be publicly released by DoD.  Official public release of such

information, in contravention of such expectations of confidentiality, would substantially impair

13

DoD's ability to secure cooperation by foreign governments in providing information about detainees or otherwise. Foreign governments will be less likely to cooperate with U.S. intelligence collection and other counterterrorism efforts if they cannot be confident that the information they provide will be safeguarded and remain confidential. A decrease in cooperation by foreign governments, in turn, would severely hamper the United States' counterterrorism efforts. Accordingly, the public release of this information under FOIA reasonably could be expected to result in serious damage to national security. This exemption was applied to the following documents: 3321-3322, and 3327-3329.

30. Furthermore, some of this withheld information is exempt under Exemption (b)3 because it fell within 10 USC 130c, which protects unclassified information provided to DoD by a foreign government or international organization in confidence. The information was provided to DoD in confidence and with the expectation that it will not be publicly released by DoD, and thus it falls under the specific statutory provision of 10 USC 130c. This exemption was applied to the following documents: 3321, 3331, and 3354.

**Justification for Withholding of Full Internment Serial Numbers Under Exemption 2**

31. Internment serial numbers, or "ISNs," are identifying numbers unique to a detainee, analogous to a social security number. A full ISN is a 12-digit alpha numeric identifier that incorporates certain abbreviated information about the detainee. DoD also uses shortened ISNs consisting of 3 or 4 digits to identify detainees. The shortened ISNs are still unique to the detainee. The full ISN of plaintiff is found on several documents produced to plaintiff's counsel. Only the shortened ISN was provided to plaintiff's counsel and the other digits and numbers

14

comprising the full ISN were withheld under FOIA Exemption 2. I have determined that the full

ISN should be withheld under Exemption b(2) as the non-numeric portion of this number

contains information specific to the detainee that is used to identify certain information pertinent

to detainee operations and intelligence-gathering operations. Furthermore, the full ISN is often

used in intelligence message traffic and reports to identify a particular detainee as a source for

information. Disclosure of the full ISN to the public could allow persons to potentially access

information concerning detainees from DoD databases and other sources and then cross-

reference these detainee numbers with other information in the public domain to identify specific

detainees, DoD personnel associated with detainee operations and intelligence gathering

activities, and other individuals mentioned in other DoD documents. Access to this information,

much of it classified, would have the effect of impeding JTF-GTMO detention and intelligence

gathering operations. This exemption was applied to the following documents: 3335, 3340, 3344

and 3358.

### Justification for Withholding Personally Identifying Information of DoD Personnel Under Exemptions 3 and 6

32. DoD has also withheld the names and other personally identifying information of its

employees from the responsive records. This information was withheld pursuant to FOIA

Exemptions (b)(3) and/or (b)(6). Exemption 3 permits the government to withhold information

that is "specifically exempted from disclosure by statute." 10 U.S.C. § 130b authorizes the

withholding of "personally identifying information regarding ... any member of the armed forces

assigned to an overseas unit ... or a routinely deployable unit." This exemption was applied to

the following documents: 3321, 3331, and 3354. Exemption (b)6 permits the government to

15

withhold information about individuals when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy." This exemption was applied to the following documents: 3321-3322, 3331, 3334-3335, 3339-3344, 3347-3350, and 3353-3355.

33.   I have determined that the names and other identifying information of DoD personnel meet the criteria of 10 U.S.C. § 130b and is properly withheld under Exemption (b)(3) because the DoD personnel were stationed overseas or belonged to routinely deployable units.  I have further determined that this information, as well as other DoD employees' personally identifying information in the responsive documents, should be withheld under Exemption (b)(6) as its release would constitute a clearly unwarranted invasion of the personal privacy of these individuals. These individuals have a legitimate privacy interest and personal safety interest that would be threatened if this information was publicly disclosed and there is no public interest in having this information disclosed.  The public release of the names and other identifying information would not shed any light on how DoD performed its statutory duties relative to plaintiff.

**Justification for Withholding Records or Information Under Exemption b(5) – Deliberative Process Privilege**

34.  Certain information was withheld from documents pursuant to Exemption (b)(5) because this information was part of the DoD deliberative process and was predecisional  This information includes email about the classification of information pertaining to the plaintiff; memoranda regarding requests for testimony by foreign governments; and email, draft memoranda, and slide presentations regarding proposed courses of action for future interrogation of the plaintiff.  These conversations were integral to DoD's deliberative process with respect to

16

each of these issues and helped the individuals involved make assessments and come to certain conclusions. To publicly release this information would have a chilling effect on open and frank discussions and erode the free exchange of information that is necessary for DoD to make policy decisions. This exemption was applied to the following documents: 3321, 3324-2229, 3331, 3334-3337, 3340-3342, 3344-3346, and 3350.

### Justification for Withholding Records or Information Under Exemption b(5) – Attorney-Client Privilege

35. In addition to being protected by the deliberative process privilege, as discussed above, certain emails and memoranda contain confidential communications between and among DoD OGC attorneys and other employees of DoD who are their clients. This communication is therefore protected by the attorney-client privilege pursuant to Exemption (b)(5). Portions these documents that were withheld from these memoranda under this exemption consist of the attorneys' specific legal opinions and advice. This exemption was applied to the following documents: 3331, 3333-3338, and 3340-3350.

### Justification for Withholding Records or Information Under Exemption b(5) – Attorney Work-Product Privilege

36. Furthermore, information contained in some of the emails and memoranda is protected by the attorney work-product privilege and was withheld pursuant to Exemption b(5). This exemption was applied only to information prepared by attorneys at DoD OGC for matters where litigation is contemplated. The litigation contemplated is both civil and criminal in nature as DoD GC handles both with respect to detainee litigation. This exemption was applied to the following documents: 3324-3326, 3327-2229, 3333-3338, and 3340-3350.

### Justification for Withholding Records or Information Compiled for Law Enforcement

17

**Purposes Under Exemption b(7)(A)**

37. Exemption b7(A) permits the withholding of "records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information…could reasonably be expected to interfere with enforcement proceedings." Information withheld under this exemption relates to an on-going law enforcement proceeding or open investigation. This exemption was applied to the following document: 3337.

38. This category of information was compiled for law enforcement purposes because it was gathered during investigations for GTMO detainees for suspected war crimes or other prosecutable acts of terrorism. Trial by military commission remains a possibility for GTMO detainees.

39. Release of this information would potentially compromise the interests of the United States, including interests related to investigation of the terrorist attack of September 11th as well as other ongoing terrorism-related investigations and trials. It would give interested parties improper insight into the techniques and guidelines used during investigations and prosecutions, allowing them to manipulate the outcomes of these investigations. It may also reveal information from which it could be deduced that a particular detainee is still under investigation or being considered for trial by military commission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __31 July__, 2008.

_Russell D. Leavitt_
                Russell G. Leavitt

18

**Exhibit A**

## SYLVIA ROYCE

### ATTORNEY AT LAW
5505 CONNECTICUT AVENUE, NW, #340
WASHINGTON, DC 20015

SYLVIA_ROYCE@HOTMAIL.COM

TELEPHONE
(202) 362-3445

FACSIMILE
(202) 686-4271

May 26, 2005

James Hogan
Office of Freedom of Information/Security Review
Department of Defense
Room 2C757
1155 Defense Pentagon
Washington, DC  20301-1155

Re:    Freedom of Information Act Request

Dear Mr. Hogan:

This is a request under 5 U.S.C. § 552 et seq. as amended, for records relating to

**Mohamedou Ould Slahi aka Mohammedou Ould Salahi,**
born in Mauritania in approximately 1970.

Our request for records includes, but is not limited to, memoranda, inter-agency communications, case summaries, notes, indexes, jottings, message slips, letters, facsimile transmissions, diaries, E-Mails and calendars.

I represent Slahi in Civil Case number 1:05-0569 (JR) in the U.S. District Court for the District of Columbia.

I will pay reasonable copying costs.  Kindly advise me if the cost of copying will exceed $25.

If you deny all or any part of this request, please cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under the law.

Slahi FOIA request, page 8 (DOD)

If you have any questions about handling this request, please telephone me at (202) 362-3445.

Sincerely,

Sylvia Royce

**Exhibit B**

Email to Royce 05-17-07

Attachments: Detainee Search Chart.pdf

----------------------------------------------------------------------
From: Patterson, Nicholas (CIV)
Sent: Thursday, May 17, 2007 5:57 PM
To: 'sylvia royce'
Subject: Slahi v. DoD email 05-17-07

Dear Ms. Royce,

As I mentioned in my July 28, 2006 email to you, the Department of Defense ("DoD") has completed its review of materials responsive to your FOIA request gathered by U.S. Southern Command, which includes records gathered by Joint Task Force-Guantanamo, the most likely DoD organization to maintain responsive materials. DoD provided you with over 200 pages of Mr. Slahi's medical records and produced another 24 pages of material responsive to your request. All of these materials were partially redacted. The withholdings in the medical records and 24 pages of other records that you have received appear to be primarily based on Exemptions (b)(1),(b)(2), (b)(5), and (b)(6). These withholdings will be detailed in a Vaughn index at a later time. DoD's dispositive motion will focus solely on these documents from U.S. Southern Command since you have never indicated a willingness to incur the fees for searches of other areas of DoD.

As I explained in my July 28, 2006 email, the fee for the search and reproduction of the 24 pages of records and the medical records you have already received is $252.00. In your July 31, 2006 email, you stated that you believed that the charge for the medical records you had received should "be limited to $25." You also stated that in your original FOIA request, you had asked for "advance notice if the fee was going to exceed $25" and that you had not received such notice. DoD will honor the statement from your original FOIA request and accept a payment of $25 for the search and reproduction of the 24 pages of records and the medical records. DoD must receive this payment of $25 before conducting any further searches or production.

As I stated in my July 28, 2006 email, DoD has also located approximately 600 other documents (approximately 2500 pages), which it appears will be almost wholly redacted. We have not proceeded with producing these records because in your July 31, 2006 email to me you stated that as "to the 600 documents which are almost wholly redacted, we are not interested in these at this time." Since you have not indicated a definite interest in receiving these documents, we do not plan to address these documents in our dispositive motion.

If you desire to have copies of the approximately 600 almost wholly redacted documents, which constitute approximately 2500 pages, the documents can be provided to you at DoD's established reproduction fee of $.15/page. This reproduction fee will likely total approximately $350.00. An exact total can be provided to you on request. Please advise if you are willing to pay that fee in order to receive those documents. This fee must be paid before the documents are reproduced. Additionally, if you choose to have these documents reproduced, DoD will likely need more time, beyond the current July 2, 2007 deadline, to file a dispositive motion and Vaughn index that covers the documents.

Lastly, if you want DoD's search expanded to DoD organizations beyond U.S. Southern Command, you must make a commitment to pay additional fees for those searches and the reproduction costs of any responsive documents that are found. See paragraph C1.4.2 and Chapter 6 of DOD FOIA Program Regulation 5400.7R, available at http://www.dtic.mil/whs/directives/corres/pdf/540007r.pdf. If you are still interested in having DoD conduct searches for polygraph tests and interview logs, you must make a commitment to pay fees for such searches. Your client has already
Page 1

Email to Royce 05-17-07

received the two hours of free search time to which he is entitled.  Any additional searches will incur fees at the established DoD fee rates of: clerical search time - $20 per hour; professional search time - $44 per hour; executive search time - $75 per hour.  For your convenience, I am attaching to this email a chart which explains DoD's established search rates per hour for different levels of DoD personnel and estimated average search times for different DoD organizations and commands. Further, if you choose to have DoD perform additional searches, DoD will likely need more time, beyond the current July 2, 2007 deadline, to file a dispositive motion and Vaughn index that covers these searches and any responsive documents found in the searches.

Further, as I explained in my July 28, 2006 email, failure to meet fee requirements results in lack of exhaustion of administrative remedies. See, e.g., Oglesby v. U.S. Dept. of Army, 920 F.2d 57, 66 & n.11, 71 (D.C. Cir. 1990) ("Exhaustion does not occur until fees are paid or an appeal is taken from the refusal to waive fees."); Schwarz v. United States Dep't of Treasury, 131 F. Supp. 2d 142, 148 (D.D.C. 2000) ("Exhaustion of administrative remedies . . . Includes payment of required fees or an appeal within the agency from a decision refusing to waive fees."); see also Pruitt v. Executive Office for the U.S. Attorneys, No. 01-5433, 2002 WL 1364365, at *1 (D.C. Cir. 2002) (reiterating that judicial review is not appropriate until requester either appeals fee waiver denial or pays assessed fee).

If we do not hear otherwise from you by May 24, 2007, we will assume that you do not want the 600 other documents and do not want DoD to expand its search for responsive documents. Therefore, unless we hear otherwise by May 24, DoD's dispositive motion will only cover the medical records and the 24 pages already produced to you since you will not have exhausted your administrative remedies for other documents or further searches.

Please let me know if you have any questions or if I can help in any way.

    Sincerely,


    Nicholas J. Patterson
    Trial Attorney
    Federal Programs Branch
    Civil Division
    20 Massachusetts Avenue, N.W.
    Washington, DC 20530
    Tel: (202) 514-4523
    Fax: (202) 616-8470

# Potential Locations for Record Searches – Detainee Related FOIA Requests

DoD does not maintain a uniform or centralized record system. As a result, a thorough search based on the record descriptions contained in your FOIA request may require searches at multiple organizations, commands or offices. While some records systems can be searched electronically, others are not digitized and will require a manual search by individuals familiar with organization's records management system.

The following chart is organized in order of the record systems most likely to have the largest number of responsive records concerning detainees held at Guantanamo Bay, Cuba.

| Organization/ Command/ Office | Examples of types of records which might be held in record systems maintained by the organization. | Estimated average search time. Rates per hour = $20 per hr clerical $44 per hr professional $75 per hr executive |
|---|---|---|
| U.S. Southern Command | Primary location/records systems for documents regarding detainees held at Guantanamo Bay, Cuba. | Estimate minimum of 5 hours of search at professional search rate. NOTE: estimated search time will vary dependent upon number and types of records requested. |
| Office for the Administrative Review of the Detention of Enemy Combatants (OARDEC) | Records concerning Combatant Status Review Tribunals (CSRT) and Administrative Review Boards (ARB) regarding detainees held at Guantanamo Bay, Cuba | Recommend checking the FOIA webpage at: http://www.defenselink.mil/pubs/foi/index.html under **Detainee Related Documents** as pertinent CSRT and ARB documents may have already been publicly released and available at the site. Estimate 4 hours of search at clerical or professional search rate NOTE: estimated search time will vary dependent upon number and types of records requested. |
| U.S. Central Command | Primary location/record systems for responsive documents concerning initial entry into U.S. custody if detainee was picked up/captured in SW Asia to include detainees captured in SW Asia and subsequently moved to Guantanamo. | Estimate minimum of 4 hours of search at professional search rate NOTE: estimated search time will vary dependent upon number and types of records requested. |
| Office of the Secretary of Defense/Joint Staff | Office of Detainee Affairs is responsible for strategy development and policy recommendations regarding detainees. Also handles reports from the International Committee of the Red Cross. | Estimate minimum of 3 hours of search at professional search rate NOTE: estimated search time will vary dependent upon number and types of records requested. |
| Defense Intelligence Agency | Records concerning interrogations or intelligence gathered/obtained concerning detainees. | Estimate minimum of 3 hours of search at professional search rate NOTE: estimated search time will vary dependent upon number and types of records requested. |
| Defense Criminal Investigation Task Force (CITF) | Investigative records concerning non-U.S. citizen detainees captured during the GWOT and suspected | Estimate minimum of 4 hours of search at professional search rate |

|  | of illegal activities in conjunction with their affiliation to al Qaeda and other enemies of the state. | NOTE: estimated search time will vary dependent upon number and types of records requested. |
|---|---|---|
| U.S. Special Operations Command | Records concerning detainee if was initially captured/turned over to U.S. Special Operations Forces | Estimate minimum of 3 hours of search at professional search rate<br><br>NOTE: estimated search time will vary dependent upon number and types of records requested. |
| U.S. Transportation Command | Records concerning transportation of detainees (normally the transfer by air) from a theater of operation to Guantanamo Bay, Cuba. | Estimate 1 hour of search at professional search rate<br><br>NOTE: estimated search time will vary dependent upon number and types of records requested. |

FOIA requests for records on behalf of detainees who are held at Guantanamo, or previously held at Guantanamo, are being centrally managed by the DOD Office of Freedom of Information. This means that the final response will come from this office and that search fees will be consolidated for all record searches. The entitlement to two free search hours will be applied to the total search fees.

**Exhibit C**

| Bates # | Type | From | To | Date (dates were redacted for some documents) | Subject | Description | Exemption |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| 22 | RELEASED | | | | | | |
| | | | | | | | |
| 23 - 26 | RELEASED | | | | | | |
| | | | | | | | |
| 450 - 490 | RELEASED | | | | | | |
| | | | | | | | |
| 874-875 | Classified | Classified | Classified | Redacted | Classified | Classified | b(1), (b)(7)(a), (b)(7)(e) |
| | | | | | | | |
| 876-877 | Classified | Classified | Classified | Redacted | Classified | Classified | b(1), (b)(7)(a), (b)(7)(e) |
| 1864 - 1867 | Redacted | CITF | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(6);(b)(7)(C) |
| 1868 - 1869 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(6);(b)(7)(a)(c) |
| 1870 - 1873 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(6);(b)(7)(a)© |
| 1874 - 1898 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(6);(b)(7)(A); (b)(7)(C) |
| | | | | | | | |
| 1899 | Report | Encyclopedia | N/A | Undated | Mohamedou Ould Slahi | Wikipedia entry | |
| | | | | | | | |
| 1900-1901 | Report | Rand Corporation | N/A | 11 Apr 02 | Careful who you sell to | Information paper | |
| | | | | | | | |
| 1902 -1904 | News Release | London Free Press | N/A | 11 Sep 05 | The key players | Glossary | |
| | | | | | | | |

| 1905 -1978 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1); (b)(2);(b)(6);(b)(7)(A); (b)(7)(C) |
|---|---|---|---|---|---|---|---|
| 1979 | Email | Shazia Safi | "brothers and sisters" | Undated | In the name of Allah, the most gracious, the most merciful | Message | |
| 1980 | Label | N/A | N/A | 22 Feb 01 | N/A | Address label | |
| 1981 - 2038 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(7)(A) |
| 2039 - 2228 | CIA | CIA | CIA | | CIA | CIA Open Source available on internet | |
| 2229 - 2231 | Redacted | | | | Redacted | Redacted | (b)(1);(b)(2);(b)(5); (b)(6); (b)(7)(A) |
| 2232 - 2296 | See DIA Index | | | | | | |
| 2297 - 2398 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(6); |
| 2399 - 2402 | Msg | USAREUR | TO AIG 886 | | USAREUR  ACE PERIODIC THREAT REPORT (PTR) 000420 | Report | (b)(1);(b)(5);(b)(6); |
| 2403 - 2404 | Msg | USAREUR | TO AIG 883 | 36578 | USAREUR  ACE PERIODIC THREAT REPORT (PTR) 000222 | Report | (b)(1);(b)(5);(b)(6); |
| 2405 - 2409 | Msg | CDR66THIMIGP | JTF GTMO | 38106 | | | (b)(1);(b)(2);(b)(5); (b)(3); 50 USC§ 421 |
| 2410 - 2415 | Msg | CDR66THIMIGP | JTF GTMO | 38099 | | | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |

| 2416 - 2421 | Msg | CDR66THIMIGP | JTF GTMO | 38093 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
|---|---|---|---|---|---|---|---|
| 2422 - 2427 | Msg | CDR66THIMIGP | JTF GTMO | 38092 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6);50 USC§ 421; |
| 2428 - 2432 | Msg | CDR66THIMIGP | JTF GTMO | 38086 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2433 - 2437 | Msg | CDR66THIMIGP | JTF GTMO | 38069 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421; |
| 2438 - 2442 | Msg | CDR66THIMIGP | JTF GTMO | 38069 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421; |
| 2443 - 2447 | Msg | CDR66THIMIGP | JTF GTMO | 38069 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421; |
| 2448 - 2453 | Msg | CDR66THIMIGP | JTF GTMO | 38040 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421; |
| 2454 - 2459 | Msg | CDR66THIMIGP | JTF GTMO | 38037 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2460 - 2465 | Msg | CDR66THIMIGP | JTF GTMO | 38037 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2466 - 2471 | Msg | CDR66THIMIGP | JTF GTMO | 20 Feb 04 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| | | | | | | | |

| 2472 - 2476 | Msg | CDR66THIMIGP | JTF GTMO | 20 Feb 04 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2477 - 2481 | Msg | CDR66THIMIGP | JTF GTMO | 19 Feb 04 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2482 - 2487 | Msg | CDR66THIMIGP | JTF GTMO | 16 Jan 04 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2488 - 2493 | Msg | CDR66THIMIGP | JTF GTMO | 13 Jan 04 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2494 - 2498 | Msg | CDR66THIMIGP | JTF GTMO | 6 Jan 04 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2499 - 2504 | Msg | CDR66THIMIGP | JTF GTMO | 30 Dec 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2505 - 2511 | Msg | CDR66THIMIGP | JTF GTMO | 30 Dec 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2512 - 2519 | Msg | CDR66THIMIGP | JTF GTMO | 19 Dec 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2520 - 2525 | Msg | CDR66THIMIGP | JTF GTMO | 12 Nov 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| | | | | | | | |

| 2526 - 2531 | Msg | CDR66THIMIGP | JTF GTMO | 12 Nov 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
|---|---|---|---|---|---|---|---|
| 2532 - 2534 | Msg | CDR66THIMIGP | JTF GTMO | 16 Oct 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2535 - 2537 | Msg | CDR66THIMIGP | JTF GTMO | 10 Oct 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2538 - 2549 | Msg | CDR66THIMIGP | JTF GTMO | 8 Aug 03 | Consumer IIR Evaluation | Evaluation | (b)(1);(b)(2);(b)(5); (b)(3); (b)(6); 50 USC§ 421;10 USC§ 130b |
| 2550 - 2558 | Denied in Full | | | | | | (b)(1);(b)(2);(b)(5); (b)(6) |
| 2559 - 2562 | Msg | NCIS | DIA | 9 Jun 05 | An Internet Electronic Group (EGROUP) From Yahoo - Follow Up Five | IIR | (b)(1);(b)(2) |
| 2563 - 2569 | Msg | COMEODGRU TWO | ALL EODGRU TWO | 3 Mar 00 | Explosive Ordnance Disposal Intel Week In Review 08-00 (U) | Review | (b)(1);(b)(2) |
| 2570 - 2574 | Denied in Full | | | | | | (b)(1);(b)(2); (b)(6);(b)(7)(A) |
| | | | | | | | |
| 2575 - 2578 | Email | Redacted | Redacted | 27 Aug 07 | Info on Detainee / Alias | Info On Detainee | (b)(6) |
| | | | | | | | |
| 2579 | Email | Redacted | Redacted | 27 Aug 07 | Rel info Mauritania on Detainees | Message traffic | (b)(6) |
| | | | | | | | |

| 2580 - 2586 | Info Memo | DASD for Detainee Affairs | N/A | 30 May 05 | DoD Assessment submitted to the ARB on the disposition of 3 Guantanamo Detainees - ARB 48 | ARB Input | (b)(1);(b)(2);(b)(6) |
|---|---|---|---|---|---|---|---|
| 2587 - 2591 | Info Memo | DASD for Detainee Affairs | N/A | 30 Oct 06 | DoD assessments submitted to the ARB on the disposition of 10 Guantanamo Detainees - ARB-2-Cycle 37 | ARB Input | (b)(1);(b)(2) |
| 2592 - 2602 | Memo | JTF-GTMO | JTF-GTMO CS | 24 Apr 07 | Confirmation of Classification of Tasker. The Joint Staff Action No. J-5A 00356-07 - Request for Releasable Information to Mauritania on Detainees | Confirmation of Classification | (b)(1);(b)(2);(b)(3); (b)(6);10 USC§ 130b |
| 2603 | Memo | JTF-GTMO | USSOUTHCOM | 24 Apr 07 | Joint Staff Action No. J-5A 00356-07 - Request for Releasable Information to Mauritania on Detainees | Request for Releasable Information | (b)(2);(b)(6) |
| 2604 - 2645 | Memo | JTF-GTMO | JTF GTMO | 23 Apr 07 | Written Authorization to Release Information Originating with JTF GTMO to the Government of Mauritania | Written Authorization | (b)(1);(b)(2);(b)(3); (b)(6);10 USC§ 130b |
| 2646 - 2647 | Background | JTF-GTMO | N/A | Undated | Slahi, Mohamedou Ould | Background Summary | (b)(1);(b)(6) |
| 2648 - 2650 | Msg | ONI | JTF GTMO | 23 Oct 03 | Consumer IIR Evaluation/ONI | Evaluation | (b)(1);(b)(2);(b)(6) |

| 2651 - 2655 | Msg | ONI | ONI | 15 Jan 04 | IIR | Report | (b)(1);(b)(2);(b)(6) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 2656 - 2661 | Msg | ONI | ONI | 12 Jan 04 | IIR | Report | (b)(1);(b)(2);(b)(6) |
| | | | | | | | |
| 2662 - 2664 | Msg | ONI | NAVINTELOFC | 26 Feb 04 | Consumer IIR Evaluation/ONI | Evaluation | (b)(1);(b)(2);(b)(6) |
| | | | | | | | |
| 2665 - 2668 | Msg | CDR USSOUTHCOM | DIA | 29 Jan 03 | Classified Subject | Message | (b)(1);(b)(2);(b)(3); (b)(6);10 USC § 130b |
| | | | | | | | |
| 2669 - 2670 | Msg | USSTRATCOM | DIA | 25 Jan 07 | CONSUMER IIR Evaluation/USSTRATCOM | Evaluation | (b)(1);(b)(2);(b)(6) |
| | | | | | | | |
| 2671 - 2675 | Msg | USSTRATCOM | RULYSCC/CTF SIX NINE//CTF164// | 7 Aug 02 | USSTRATCOM Counterintelligence Highlights 07 AUG 02 | Counterintelligence Highlights | (b)(1);(b)(2);(b)(6) |
| | | | | | | | |
| 2676 - 2682 | Msg | USCINCTRANS INTEL CEN | AIG 8008 | 28 Feb 00 | USTRANSCOM Counterintelligence Counterterrorism Weekly CY00-008 | Counterintelligence Counterterrorism | (b)(1);(b)(2);(b)(6) |
| | | | | | | | |
| 3138 | Memo | OARDEC | OARDEC | 12 Jan 06 | ARB Assessment and Recommendation ICO ISN 760 (Mauritania) | Assessment | (b)(5);(b)(3);(b)(6); 10 USC§ 130b |
| | | | | | | | |
| 3139-3140 | Memo | Assistant Staff Judge Advocate OARDEC | Designated Civilian Official | 11 Jan 06 | LEGAL SUFFICENCY REVIEW OF ARB FOR DETAINEE ISN 760 | Review | (b)(1);(b)(5); |
| | | | | | | | |

| 3141 - 3142 | Assessment | Presiding Officer of ARB # 29 | Designated Civilian Official | 18 Dec 05 | Assessment and Recommendation for the Administrative Review of the Detention of Enemy Combatant ISN 760 | Assessment | (b)(3),10 USC§ 130b;(b)(5);(b)(6) |
|---|---|---|---|---|---|---|---|
| 3143 | Memo | OARDEC | N/A | 8 Nov 05 | ARB #29 | Memo For The Record | (b)(3),10 USC§ 130b |
| 3144 | Memo | OARDEC | Plaintiff | Undated | Enemy Combatant Notification | Notification | (b)(3),10 USC 130b;(b)(6) |
| 3145 - 3148 | Memo | AMO | N/A | 14 Dec 05 | Enemy Combatant Election Form | Election Form | (b)(3),10 USC§ 130b;(b)(6) |
| 3149 | Index | OARDEC | N/A | Undated | ISN:760 | EC Exhibit List | |
| 3150 | Summary | OIC, CSRT | N/A | 27 Nov 04 | Summary of Evidence for CSRT - Slahi Mohamedou Ould | Summary | |
| 3151 - 3153 | Memo | OARDEC | N/A | Undated | ISN:760 | CSRT Unclassified Decision Report | (b)(3),10 USC§ 130b; (b)(5);(b)(6) |
| 3154 | Memo | OARDEC | | Undated | ISN:760 | CSRT Unclassified Decision Report | |
| 3155 | Summary | OIC, CSRT | Personal Representative | 27 Nov 04 | Summary of Evidence for CSRT - Slahi Mohamedou Ould | Summary | |
| 3156 - 3165 | Record of Proceedings | OARDEC | N/A | Undated | Classified Record of Proceedings and basis for ARB decision for ISN:760 | Record of Proceedings | (b)(1);(b)(2);(b)(3),10 USC§ 130b;(b)(5);(b)(6) |
| 3166 - 3198 | Summary | OARDEC | N/A | Undated | Summary of ARB Proceedings for ISN:760 | Summary | (b)(3),10 USC§ 130b;(b)(6) |

| 3199 - 3201 | Summary | OARDEC | Slahi Mohamedou Ould | 22 Nov 05 | Unclassified Summary of Evidence for ARB in the case of Slahi Mohamedou Ould | Unclassified ARB Decision Report | (b)(5) |
|---|---|---|---|---|---|---|---|
| 3202 - 3211 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(5) |
| 3212 | Review Cover Sheet | | | | | | |
| 3213 | Memo | Director, CSRT | N/A | 29 Jan 05 | Review of Combatant Status Review Tribunal | Review | |
| 3214 - 3215 | Memo | Assistant Legal Advisor | Director CSRT | 19 Jan 05 | Legal Sufficiency Review of Combatant Status Review Tribunal for Detainee # 760 | Review | (b)(3),10 USC§ 130b;(b)(6) |
| 3216 | Memo | Director, CSRT | N/A | 8 Nov 04 | Appointment of CSRT # 20 | Appointment Memorandum | (b)(3),10 USC§ 130b;(b)(6) |
| 3217 | Memo | OARDEC Forward Commander | Director, CSRT | 15 Dec 04 | CSRT Record Proceedings ICO ISN 760 | Memo | (b)(3),10 USC§ 130b;(b)(6) |
| 3218 | Review Cover Sheet | OARDEC | N/A | Undated | ISN:760 | Review Cover Sheet | (b)(3);(b)(6);10 USC§ 130b |
| 3219 - 3223 | Memo | OARDEC | N/A | Undated | Summary of Basis for Tribunal Decision | CSRT Decision Reports | (b)(1); (b)(5); (b)(3);(b)(6), 10 USC§ 130b |
| 3224 - 3234 | Statement | OARDEC | N/A | Undated | ISN: 760 | Statement | (b)(3),10 USC 130(b); (b)(6) |
| 3235 | Election Form | OARDEC | N/A | 13 Nov 04 | ISN: 760 | Election Form | (b)(3),10 USC§ 130b;(b)(6) |

| 3236 | Exhibit List | OARDEC | N/A | Undated | Recorder Exhibit List for ISN 760 | Exhibit List | (b)(1);(b)(2) |
|---|---|---|---|---|---|---|---|
| 3237 | Summary | OIC, CSRT | Plaintiff | 28 Nov 04 | Summary of Evidence for CSRT - Slahi Mohamedou | Unclassified Summary of Evidence | |
| 3238 | Action memo | OARDEC | N/A | 15 Jan 07 | Administrative Review Board Assessment and Recommendation ICO ISN 760 (Mauritania) | Assessment | (b)(3),10 USC§ 130b;(b)(5) |
| 3239 - 3240 | Memo | OARDEC | Designated Civilian Official | 11 Nov 06 | Legal Sufficiency Review ARB for Detainee ISN: 760 | ARB legal review | (b)(3),10 USC§ 130b;(b)(5); (b)(6) |
| 3241 | Assessment | Presiding Officer of ARB Panel # 70 | Designated Official | 20 Oct 06 | Assessment and Recommendation For The Administrative Review of the Detention of Enemy Combatant ISN 760 | Assessment | (b)(1);(b)(3),10 USC§ 130b; (b)(5);(b)(6) |
| 3242 | Memo | OARDEC Director | Panel Members | 18 Oct 06 | Administrative Review Board # 70 | Appointment Memorandum | (b)(3),10 USC§ 130b;(b)(6) |
| 3243 | Notification | OARDEC | Plantiff | 7 Feb 06 | Notification of the Decision of an ARB ICO ISN 760 to Continue Detention | Notification | (b)(3),10 USC§ 130b; (b)(6) |
| 3244 - 3245 | Election Form | AMO | N/A | 18 Oct 06 | Enemy Combatant Election Form | Election Form | (b)(3),10 USC§ 130b;(b)(6) |
| 3246 | Memo | Plaintiff | Annual Review Board | 18 Oct 08 | Annual Review Board Guantanamo Bay, Cuba | Message from Plaintiff to Board | |

| 3247 - 3248 | Letter | Sylvia Royce | Annual Review Board | 20 Sep 06 | To the Annual Review Board | Letter from Plaintiff's counsel to Board | |
|---|---|---|---|---|---|---|---|
| 3249 - 3257 | Record of Proceedings | OARDEC | N/A | Undated | Unclassified Record of Proceedings and Basis for ARB Decision for ISN 760 | Review Board Decision | (b)(1);(b)(2);(b)(3),10 USC§ 130b;(b)(5);(b)(6) |
| 3258 - 3260 | Summary | OARDEC | Plaintiff | 3 Oct 06 | Unclassified Summary of Evidence for ARB in the case of Slahi, Mohamedou Ould | Summary | |
| 3261 - 3268 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(5) |
| 3269 - 3270 | Assessment | Designated Civilian Official | Designated Civilian Official | 22 Jan 06 | ARB Assessment and Recommendation ICO ISN 760 (Mauritania) | Assessment | (b)(3),10 USC§ 130b;(b)(5); (b)(6) |
| 3271 | Review | Director, CSRT | N/A | 29 Jan 05 | Review of CSRT for Detainee ISN # 760 | Review | |
| 3272 - 3273 | Memo | Assistant Legal Advisor | Director CSRT | 19 Jan 05 | Legal Sufficiency Review of CSRT for Detainee ISN # 760 | Review | (b)(3), 10 USC§ 130b; ; (b)(6) |
| 3274 | Appointment | Director, CSRT | Panel Members | 8 Nov 04 | Appointment of CSRT # 20 | Appointment | (b)(3), 10 USC§ 130b; ; (b)(6) |
| 3275 | Memo | OARDEC Forward Commander | Director, CSRT | 15 Dec 05 | CSRT Record of Proceedings ICO ISN 760 | Record of Proceedings | (b)(3), 10 USC§ 130b; ; (b)(6) |
| 3276 | Report Cover Sheet | OARDEC | N/A | Undated | CSRT Decision Report Cover Sheet | Report Cover Sheet | (b)(3), 10 USC§ 130b; (b)(6) |

| 3277 - 3279 | Summary | OARDEC | N/A | Undated | Unclassified Summary of Basis for Tribunal Decision | Summary | (b)(3), 10 USC§ 130b; (b)(5); (b)(6) |
|---|---|---|---|---|---|---|---|
| 3280 - 3281 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | (b)(1);(b)(2);(b)(5); (b)(3), 10 USC§ 130b; (b)(6) |
| 3282 - 3292 | Summary | OARDEC | N/A | Undated | Summarized Sworn Detainee Statement | Statement | (b)(3),10 USC§ 130b; (b)(6) |
| 3293 | Election Form | OARDEC | N/A | 13 Nov 04 | Detainee Election Form ISN:760 | Election Form | (b)(3),10 USC§ 130b; (b)(6) |
| 3294 | Summary | OIC, CSRT | Personal Representative | 27 Nov 04 | Summary of Evidence for CSRT - Slahi Mohamedou Ould | Summary | |
| 3295 | Review | Personal Representative | OARDEC | 10 Dec 04 | Personal Representative Review of the Board of Proceedings | Review | (b)(3), 10 USC§ 130b; (b)(6); |
| 3296 - 3301 | Repatriation Review | Joint Analysis Center | N/A | 5 Sep 06 | Repatriation Review Slahi Mohamedou Ould | Review | (b)(1);(b)(2);(b)(3); (b)(6); 10 USC§ 130b |
| 3302 - 3230 | See DIA Index | | | | | | |
| 3321 - 3323 | E-mail | Redacted | Redacted | 19 Aug 04 | Declassification Issue | E-mail | (b)(1)(b)(3)(b)(5)(b)(6), 10 USC 130b; |
| 3324 - 3330 | Redacted | Redacted | Redacted | Redacted | Redacted | E-mail | (b)(1)(b)(3)(b)(5)(b)(6), 10 USC 130b; |
| 3331 - 3342 | Redacted | Redacted | Redacted | Redacted | Redacted | E-mail | (b)(1)(b)(3)(b)(5)(b)(6), 10 USC 130b; |
| 3343 - 3352 | E-mail | Redacted | Redacted | 21 Jul 03 | DSD briefing slides | E-mail | (b)(1)(b)(2)(b)(5)(b)(6) |

| 3353 - 3358 | E-mail | Redacted | Redacted | 6 Jan 04 | Weekly update and thematic focus | E-mail | (b)(1)(b)(2)(b)(3)(b)(6), 10 USC 130b; |
|---|---|---|---|---|---|---|---|
| 3359 - 3375 | Msg | DOS | Redacted | 12 Sep 06 | Notice of second round of Guantanamo ARB proceedings | Msg | (b)(1)(b)(6) |
| 3376 - 3383 | Msg | DOS | Redacted | 30 Jan 06 | Notice of final determination of ARB | Msg | (b)(1)(b)(6) |
| 3384 - 3390 | Msg | DOS | Redacted | 7 Sep 05 | Notice of Guantanamo ARB proceedings | Msg | (b)(1)(b)(6) |
| 3391 - 3392 | Msg | American Embassy Berlin | Various | 2 Jun 07 | Terrorism Finance | Msg | (b)(1)(b)(6) |
| 3393 - 3394 | Msg | JS | DOS | 8 Sep 05 | Notice of GTMO ARB Proceedings | Msg | (b)(1) |
| 3395 - 3396 | Msg | JS | DOS | 7 Jul 04 | Iran may extradite ABU HAFS | Msg | Released in Full |
| 3397 - 3399 | Msg | JS | DOS | 8 Jul 03 | Heads continue to roll in Mauritania | Msg | (b)(1) |
| 3400 - 3403 | Msg | DIA | DOS | 19 Apr 01 | Girm reports Slahi still in Nouakchott | Msg | (b)(1) |
| 3404 | Photo | OCM | | Undated | Photo of Mohamedou Ould Slahi | Photo | b(1)(3)(6) |
| 3405 | Photo | OCM | | Undated | Photo of Slahi | Photo | (b)(1)(3)(6) |
| 3406 - 3413 | Photo | OCM | | Undated | Photos of various individuals | Photo | (b)(1)(3)(6) |

| 3414 - 3417 | Report | Foreign Gov't | Israel | | Details regarding Hasni Mohsen | Memo | (b)(1)(3)(6) |
|---|---|---|---|---|---|---|---|
| 3418 - 3429 | Photos | OCM | | Undated | Photos of various individuals | Photos | (b)(1)(3)(6) |
| 3430 - 3431 | Msg | USCINCENT | DoD | 14 Aug 02 | Islamic Center in Nouakchott, Mauritania | Message | (b)(1);(b)(2);(b)(3),10 USC 424;(b)(6) |
| 3432 - 3434 | Report | Classified | N/A | Undated | Summary Interrogation Report | Report | (b)(1); (b)(2); (b)(3), 10 USC 130b; (b)(6) |
| 3435 - 3437 | Msg | JAC | N/A | 2 Jul 03 | Questions | | (b)(1)(2)(3)(6), 10 USC 130b |
| 3438 - 3440 | Msg | JAC | N/A | 2 Jul 03 | Questions | | (b)(1); (b)(2); (b)(3), 10 USC 130b; (b)(6) |
| 3441 - 3499 | NUMBERS NOT USED | | | | | | |
| 3567 - 3588 | Report | WETA | | Undated | | Report | |
| 3589 - 3613 | Report | CRD66THMIGP | N/A | Undated | Muhamadou Ould Salahi | Report | (b)(1); (b)(2) |
| 3644 - 3645 | Memo | SOLIC | SECDEF | 28 Jul 03 | Muhamadou Ould Salahi | Interrogation Plan | (b)(1); (b)(2); (b)(3) |
| 3646 - 3652 | Denied in full | | | | | | (b)(1) |
| 3653 | Letter | SOLIC | OGC | 2 Jul 03 | Muhamadou Ould Salahi | Interrogation Plan Approval | (b)(1); (b)(3), 10 USC 130b; (b)(6) |
| 3739 - 3740 | Summary | | | 37484 | Muhamadou Ould Salahi | Interview Summary | (b)(1) |
| 3741 - 3745 | Summary | CITF | N/A | 24 Feb 05 | Muhamadou Ould Salahi | Report | (b)(1);(b)(2); (b)(6); (b)(7)© |
| 3746 | Photo | CITF | N/A | Undated | OMC doc 2 CITF-4 | Photo | (b)(1); (b)(7)(a) |

| 3747 - 3763 | Summary | CITF | N/A | Undated | OMC2 doc 1 CITF-1 | Investigative Summary | (b)(1); (b)(7)(a) |
|---|---|---|---|---|---|---|---|
| 3764 - 3769 | Report | CITF | N/A | Undated | OMC2 doc 2 CITF | Report of Investigation | (b)(1); (b)(7)(a) |
| 3770 - 3787 | Report | CITF | N/A | Undated | OMC CITF-2 | Investigative Summary Report | (b)(1); (b)(7)(a) |
| 3788 | Report | CITF | N/A | 14 Oct 02 | OMC CITF-4 | Investigative Activity | (b)(1); (b)(7)(a) |
| 3789 - 3801 | Report | CITF | N/A | Undated | OMC doc 2 CITF-2 | Report | (b)(1); (b)(7)(a) |
| 3802 | Photo | CITF | N/A | Undated | OMC doc 2 CITF-3 | Photo | (b)(1); (b)(7)(a) |
| 3803 - 3816 | See DIA Index | DIA | | 12-Jun-02 | Defense Intelligence Terrorism Summary  126-02 | Non-responsive summary of Intelligence Data | (b)(2)(3); 10 USC 424 |
| 3817-3854 | Subsequently found to be nonresponsive | | | | | | |
| 3855 -3856 | See DIA Index | | | | | | |
| 3857 - 3859 | E-mail | Redacted | Redacted | 10-Oct03 | Redacted | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
| 3860 - 3862 | E-mail | Redacted | Redacted | 9-Oct-03 | Issues of concern | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
| 3863 - 3868 | E-mail | Redacted | Redacted | 23-Dec-03 | Status of Investigation | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
| 3869 - 3871 | E-mail | Redacted | Redacted | 01-Dec-03 | 760 | Message | (b)(1); (b)(2); (b)(5); (b)(6); (b)(7)(a) |

| 3872 - 3874 | E-mail | Redacted | Redacted | 26-Nov-03 | Case Overview | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
|---|---|---|---|---|---|---|---|
| 3875 | E-mail | Redacted | Redacted | 24-Nov-03 | 760 | Message | (b)(2); (b)(6) |
| 3876 - 3878 | E-mail | Redacted | Redacted | 21-Nov-03 | Polygraph | Message | (b)(1); (b)(2); (b)(5); (b)(6); (b)(7)(a); (b)(7)(e) |
| 3879 - 3880 | E-mail | Redacted | Redacted | 19-Nov-03 | 760 | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
| 3881 - 3882 | E-mail | Redacted | Redacted | 20-Nov-03 | 760 | Message | (b)(2); (b)(5); (b)(6); (b)(7)(a) |
| 3883 - 3884 | E-mail | Redacted | Redacted | 12-Nov-03 | Second Wave RTB's -- Final Report | Message | (b)(1); (b)(2); (b)(5); (b)(6); (b)(7)(a) |
| 3885 | E-mail | Redacted | Redacted | 12-Nov-03 | Second Wave RTB's -- Final Report | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
| 3886 - 3887 | E-mail | Redacted | Redacted | 12-Nov-03 | Second Wave RTB's | Message | (b)(1); (b)(2); (b)(5); (b)(6); (b)(7)(a) |
| 3888 - 3889 | E-mail | Redacted | Redacted | 10-Oct-03 | DHS request Special Project Status | Message | (b)(1); (b)(2); (b)(5); (b)(6); (b)(7)(a) |
| 3890 - 3892 | E-mail | Redacted | Redacted | 10-Dec-03 | Case overview | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
| 3893 | E-mail | Redacted | Redacted | 9-Oct-03 | 760 Methods | Message | (b)(2); (b)(5); (b)(6); (b)(7)(a) |
| 3894 | E-mail | Redacted | Redacted | 10-Oct-03 | 760 Methods | Message | (b)(2); (b)(5); (b)(6); (b)(7)(a) |

| 3895 - 3897 | E-mail | Redacted | Redacted | 20-Oct-03 | Redacted | Message | (b)(1); (b)(2); (b)(5); (b)(6); (b)(7)(a) |
|---|---|---|---|---|---|---|---|
| 3898 | E-mail | Redacted | Redacted | 30-Sep-03 | Real Special | Message | (b)(2); (b)(5); (b)(6); (b)(7)(a) |
| 3899 | E-mail | Redacted | DoD - OGC | 21-May-04 | For your perusal | Message | (b)(6); (b)(7)(a) |
| 3900 - 3909 | E-mail | Redacted | Redacted | 16-Sep-03 | MFR distro | Message | (b)(1); (b)(2); (b)(3), 10 USC § 130b; (b)(5); (b)(6); (b)(7)(a); (b)(7)© |
| 3910 - 3914 | E-mail | Redacted | Redacted | Undated | Case information | Message | (b)(1); (b)(5); (b)(6); (b)(7)(a) |
| 3915 - 3922 | Denied in full | | | | | | (b)(1) |
| 3923 - 3925 | Report | CDR66THMIGP | Redacted | Aug 03 | Corrected Report | Report | (b)(1); (b)(2); (b)(6) |
| 3926 - 3938 | Duplicate of 3321-3329 | | | | | | |
| 3939-3940 | Referred to DOJ | | | | | | |
| 3941 | Duplicate of 3330 | | | | | | |
| 3942-3948 | Referred to DOJ | | | | | | |
| 3949 - 3950 | Referred to | | | | | | |
| 3951-3977 | Duplicate of 3331-3358 | | | | | | |

| 3978 - 3992 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7) (E); (b)(7)(C) |
| 3993 - 4018 | Report | Ft Bragg NC | N/A | Redacted | Redacted | Information Report | (b)(1)(2)(3)(6);(b)(7)(A); (b)(7) (C); (b)(7)(D) |
| 4019 - 4025 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A);(b)(7)(C); |
| 4026 - 4031 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A);(b)(7) (C); (b)(7)(D) |
| 4032 - 4035 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4036 - 4039 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4040 -4041 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4042 - 4049 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4050 - 4056 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4057 - 4060 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4061 - 4062 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4063 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(6);(b)(7)(A); (b)(7)(C) |
| 4064 - 4065 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |

| 4066 - 4069 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
|---|---|---|---|---|---|---|---|
| 4070 - 4096 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4097 - 4101 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4102- 4104 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4105 - 4110 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4111 - 4112 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4113 - 4114 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4115 - 4122 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4123 - 4126 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4127 - 4130 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C) |
| 4131 - 4145 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4146 - 4149 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(6);(b)(7)(A); (b)(7)(D ) |

| 4150 - 4162 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
|---|---|---|---|---|---|---|---|
| 4163 - 4169 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4170 - 4175 | Redacted | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(3)(6);(b)(7)(A); (b)(7)(C) |
| 4176 - 4189 | Federal Bureau of Investigation | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(3)(6);(b)(7)(A); (b)(7)(C) |
| 4190 - 4194 | Memo | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4195 - 4197 | Memo | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C) |
| 4198 - 4203 | Memo | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4204-4207 | Report | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4208-4213 | Report | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4214-4217 | Report | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4218-4222 | Report | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
| 4223 - 4230 | Report | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |

| 4231-4238 | Report | Redacted | Redacted | Redacted | Redacted | Information Report | (b)(1)(2)(6);(b)(7)(A); (b)(7)(C);(b)(7)(D) |
|---|---|---|---|---|---|---|---|
| 4239-4502 | Report | Classified Source | N/A | 24-Sep-02 | Comments | Information Report | (b)(1) |
| 4503 - 4504 | Report | FBIS | N/A | Apr-02 | Progress in tracking | | |
| 4505 - 4506 | Report | FBIS | N/A | Apr-03 | Arrest | | |
| 4507 - 4508 | Report | FBIS | N/A | May-03 | Arrest | | |
| 4509 - 4510 | Report | FBIS | N/A | May-03 | Release | | |
| 4511 - 4514 | Report | FBIS | N/A | Jun-03 | Arrest | | |
| 4515 - 4516 | Report | FBIS | N/A | Jun-03 | Investigation | | |
| 4517 - 4519 | Report | FBIS | N/A | Jun-03 | Officials Link | | |
| 4520 - 4521 | Report | FBIS | N/A | Jun-03 | Investigation | | |
| 4522 - 4523 | Report | FBIS | N/A | Jun-03 | Classified | | |
| 4524 - 4526 | Report | FBIS | N/A | Jun-03 | Classified | | |
| 4527 - 4530 | Report | FBIS | N/A | Jun-03 | Arrest | | |
| 4531 - 4534 | Report | FBIS | N/A | Jun-03 | Arrest | | |
| 4535 - 4538 | Report | FBIS | N/A | Jun-03 | New Economic Focus | | |
| 4539 - 4542 | Report | FBIS | N/A | Jun-03 | Weekly Profiles | | |
| 4543 - 4546 | Report | FBIS | N/A | Jun-03 | Arrest | | |
| 4547 - 4548 | Report | FBIS | N/A | Jun-03 | Weekly profiles | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4549 - 4552 | Report | FBIS | N/A | Jun-03 | Review | | |
| | | | | | | | |
| 4553 - 4559 | Report | FBIS | N/A | 20-Jun-03 | Classified | | |
| | | | | | | | |
| 4560 | Report | FBIS | N/A | Jun-03 | Arrest | | |
| | | | | | | | |
| 4561 - 4564 | Report | FBIS | N/A | Jun-03 | Terrorism Review | | |

**Exhibit D**

**SYLVIA ROYCE'S FOIA REQUEST VAUGHN INDEX TO THE
DECLARATION OF ALESIA Y. WILLIAMS**

Document Number 1
Bates Number(s): 3304-3306
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 251907Z SEP 03
Author: DIA
Addressee: Various
Subject: Account of Itinerary of INS Detainee
Pages: 7
Document Released in Part
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. Release of this information could potentially reveal the identity of a human source. The document also contains information which could damage U.S. relations with foreign nations. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the Intelligence Information Report (IIR) number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations. If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 2
Bates Number(s): None
Document Type: Tasking Message
Classification: SECRET
Date of Document: 181242Z OCT 05
Author: DIA
Addressee: DIA
Subject: Questions for Yemeni Detainees
Pages: 13
Document Denied in Full
Document is withheld in its entirety. It contains non-segregable protected information.

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Release of this information could potentially reveal the identity of a human source.  The document also describes the types of intelligence information DIA is interested in collecting.  Release of this information may hinder DIA's ability to collect similar intelligence in the future.  The document also contains information which could damage U.S. relations with foreign nations.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, internal office symbols and phone numbers, and the locations of DIA operations.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 3
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  300915Z JUN 03
Author:  DIA
Addressee:  DIA
Subject:  Al-Qaida Recruiter Mohamedou Ould Slahi's Travel and Activities from 1988 - 1998
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).  Release of this information could potentially reveal the identity of a human source.

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 4
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  300924Z JUN 03
Author:  DIA
Addressee:  DIA
Subject:  Al-Qaida Recruiter Mohamedou Ould Slahi's Travel and Activities from 1999 - 2001
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).  Release of this information could potentially reveal the identity of a human source.
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 5
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  300935Z JUN 03
Author:  DIA
Addressee:  DIA
Subject:  Mohamedou Ould Slahi's Contacts with Karim Mehdi, Christian Ganczarski, Hasni Mohsen and Mahfouz Ould.
Pages:  7
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).  Release of this information could potentially reveal the identity of a human source.

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations. If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.

Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 6
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 300947Z JUN 03
Author: DIA
Addressee: DIA
Subject: Mohamedou Ould Slahi's contacts with Noumane Bellahi, Hussein bin Issa, Ely Kader and others in Germany.
Pages: 6
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c). Release of this information could potentially reveal the identity of a human source.

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations. If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.

Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 7
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 141111Z JUL 03
Author: DIA
Addressee: DIA

Subject:  Ely Taleb Kader Suspected Al-Qaida Member
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).  Release of this information could potentially reveal the identity of a human source.
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 8
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  081332Z JUL 03
Author:  DIA
Addressee:  DIA
Subject:  Al-Qaida recruiters Mohamedou Ould Slahi and Noumane Bellahi
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).  Release of this information could potentially reveal the identity of a human source.
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 9
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  081348Z JUL 03
Author:  DIA
Addressee:  DIA
Subject:  Friends and Family of Al-Qaida Recruiter Mohamedou Ould Slahi
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).  Release of this information could potentially reveal the identity of a human source.
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 10
Bates Number(s):  3307-3312
Document Type:  Tasking Guidance
Classification:  SECRET
Date of Document:  231454Z OCT 01
Author:  DIA
Addressee:  Various
Subject:  UBL and Al-Qaida Terrorist Network
Pages:  22
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This document is a tasking to collect specific intelligence information.  Release of this information would impair DIA's ability to collect the information and could potentially hinder U.S. relations with some of the countries mentioned in the report.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes message routing data, administrative handling codes, internal office symbols and phone numbers, and the locations of DIA operations. If this information were released, it would identify DIA locations.

Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 11
Bates Number(s): 3313-3318
Document Type: Tasking Guidance
Classification: SECRET
Date of Document: 181322Z OCT 01
Author: DIA
Addressee: Various
Subject: UBL and Al-Qaida Terrorist Network
Pages: 18
Document Released in Part
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. This document is a tasking to collect specific intelligence information. Release of this information would impair DIA's ability to collect the information and could potentially hinder U.S. relations with some of the countries mentioned in the report. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes message routing data, administrative handling codes, internal office symbols and phone numbers, and the locations of DIA operations. If this information were released, it would identify DIA locations.

Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 12
Bates Number(s): 3319-3320
Document Type: Tasking Guidance
Classification: SECRET
Date of Document: 202333Z SEP 01
Author: DIA
Addressee: DIA
Subject: UBL and Al-Qaida Terrorist Network
Pages: 10
Document Released in Part

Several portions of this document are not responsive to the request.
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. This document is a tasking to collect specific intelligence information. Release of this information would impair DIA's ability to collect the information and could potentially hinder U.S. relations with some of the countries mentioned in the report. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes message routing data, administrative handling codes, internal office symbols and phone numbers of DIA and other U.S. government organizations, and the locations of DIA operations. If this information were released, it would identify DIA locations.
Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 13
Bates Number(s): 3302-3303
Document Type: Tasking Guidance
Classification: SECRET
Date of Document: 202133Z SEP 01
Author: DIA
Addressee: DIA
Subject: UBL and Al-Qaida Terrorist Network
Pages: 11
Document Released in Part
Several portions of this document are not responsive to the request.
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. This document is a tasking to collect specific intelligence information. Release of this information would impair DIA's ability to collect the information and could potentially hinder U.S. relations with some of the countries mentioned in the report. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes message routing data, administrative handling codes, internal office symbols and phone numbers of DIA and other U.S. government organizations, and the locations of DIA operations. If this information were released, it would identify DIA locations.
Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 14
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  111501Z DEC 01
Author:  DIA
Addressee:  DIA
Subject:  Assessment of Al-Qaida's leaders and main players
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Release of this information could potentially reveal the identity of a human source.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.


Document Number 15
Bates Number(s):  None
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  041818Z AUG 00
Author:  DIA
Addressee:  Various
Subject:  Possible Islamic Fundamentalist Concern in Dakar / Continued Islamic Fundamentalist Concern in Senegal and Mauritania
Pages:  3
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in two IIRs and expresses the analyst's interest in receiving intelligence on specific topics.  Release of this information would hinder DIA's ability to collect similar information in the future.  Release of this information could potentially reveal the identity of a human source.  The document contains information which was provided by a member of a foreign government, and if released, would damage U.S. relations with that nation and hinder our ability to obtain information in the future from that country.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 16
Bates Number(s):  None
Document Type:  Analytical Report
Classification:  SECRET
Date of Document:  111646Z JUN 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The document contains foreign government information, and if released, would damage U.S. relations with that nation and hinder our ability to obtain information in the future from that country.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, and internal office symbols and phone numbers.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 17
Bates Number(s):  2232-2233
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  092035Z OCT 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 18
Bates Number(s):  2234-2236
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  032130Z MAR 04
Author:  DIA
Addressee:  Various
Subject:  Additional Information on [Redacted] and His Potential Hiding Places in Mauritania
Pages:  3
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 19
Bates Number(s):  2237-2238
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  141644Z NOV 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 20
Bates Number(s):  2239
Document Type:  Intelligence Requirements
Classification:  SECRET
Date of Document:  172125Z JUN 03
Author:  DIA
Addressee:  Various
Subject:  Intelligence Requirements for Mohamedou Ould Slahi US9MR-00760DP
Pages:  5
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, and internal office symbols and phone numbers.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 21
Bates Number(s):  2240-2241
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document: 101600Z OCT 03
Author:  DIA
Addressee:  Various
Subject:  ISN-US9MR-000760DP Discusses His Contact With [Redacted]
Pages:  2
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The IIR evaluation analyzes intelligence and the usefulness of the IIR.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, names of government employees, and internal government office symbols and phone numbers.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Exemption:  552 (b)(6).  The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 22
Bates Number(s):  2242
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  141747Z OCT 03
Author:  DIA
Addressee:  Various
Subject:  ISN-US9MR-000760DP Detainee's Opinion of [Redacted]
Pages:  3
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The IIR evaluation analyzes intelligence and the usefulness of the IIR.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, names of government employees, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Exemption:  552 (b)(6).  The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 23
Bates Number(s):  2243-2244
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  042050Z MAY 04
Author:  DIA
Addressee:  Various
Subject:  Background and Biographical Data on [Redacted]
Pages:  6

Document Released in Part

Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Release of this information could potentially reveal the identity of a human source.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations and may reveal the identity of the preparer of the IIR.

Exemption: 552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 24
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  250130Z MAY 04
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  7
Document Denied in Full

Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).  Release of this information could potentially reveal the identity of a human source.

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption: 552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 25
Bates Number(s): 2245-2246
Document Type: Intelligence Report Evaluation
Classification: SECRET
Date of Document: 072050Z SEP 04
Author: DIA
Addressee: Various
Subject: ISN US9MR-000760DP Graphic Description of the [Redacted] as Known to the Detainee
Pages: 2
Document Released in Part
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. The IIR evaluation analyzes intelligence and the usefulness of the IIR. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, names of government employees, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers. If this information were released, it may reveal the identity of the preparer of the IIR.
Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.
Exemption: 552 (b)(6). The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.


Document Number 26
Bates Number(s): 2248-2250
Document Type: Intelligence Report Evaluation
Classification: SECRET
Date of Document: 012127Z NOV 04
Author: DIA
Addressee: Various
Subject: Consumer IIR Evaluation (Composite)
Pages: 6
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in three IIRs and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 27
Bates Number(s):  2251-2253
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  022037Z DEC 04
Author:  DIA
Addressee:  Various
Subject:  Al-Qaida Committees Hierarchy and Selection Methodology
Pages:  3
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 28
Bates Number(s):  2254-2257
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  161800Z DEC 04
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers.  If this information were released, it would identify an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 29
Bates Number(s):  2258-2259
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  261250Z MAY 05
Author:  DIA
Addressee:  Various
Subject:  Consumer IIR Evaluation (Composite)
Pages:  5
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in several IIRs and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 30
Bates Number(s):  2260-2262
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  101339Z JUN 05
Author:  DIA
Addressee:  Various
Subject:  Al-Qaida Cells Throughout Germany – Corrected Report
Pages: 3
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 31
Bates Number(s):  2263-2265
Document Type:  Intelligence Requirements
Classification:  SECRET
Date of Document:  271602Z OCT 03
Author:  DIA
Addressee:  Various
Subject:  Intelligence Requirements for Multiple Detainees
Pages:  3
Document Released in Part

Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, and internal office symbols and phone numbers.

Exemption: 552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 32
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  271920Z FEB 04
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations and may reveal the identity of the preparer of the IIR.

Exemption: 552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 33
Bates Number(s): 2266-2267
Document Type: Intelligence Requirements
Classification: SECRET
Date of Document: 061935Z JAN 05
Author: DIA
Addressee: Various
Subject: Intelligence Requirements for Detainee US9MR-000760DP, Mohamedou Ould Slahi
Pages: 2
Document Released in Part
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes message routing data, administrative handling codes, and internal office symbols and phone numbers.
Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 34
Bates Number(s): None
Document Type: Intelligence Requirements
Classification: SECRET
Date of Document: 260921Z SEP 05
Author: DIA
Addressee: Various
Subject: Questions for Yemeni Detainees
Pages: 13
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, and internal office symbols and phone numbers.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 35
Bates Number(s):  2268-2270
Document Type:  Analytical Report
Classification:  SECRET
Date of Document:  112132Z MAY 07
Author:  DIA
Addressee:  Various
Subject:  Top 55 Guantanamo Detainees Based on Potential Terrorist Recidivism
Pages:  14
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, and internal office symbols and phone numbers.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 36
Bates Number(s):  2247
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  221920Z OCT 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, names of government employees, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers.  If this information were released, it would identify an intelligence operation, and may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Exemption:  552 (b)(6).  The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 37
Bates Number(s):  2271-2272
Document Type:  Intelligence Requirements
Classification:  SECRET
Date of Document:  271619Z OCT 03
Author:  DIA
Addressee:  Various
Subject:  Intelligence Requirements for ISN US9MR-000760DP, Mohamedou, Ould Slahi
Pages:  3
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers.  If this information were released, it would identify an intelligence operation and may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 38
Bates Number(s):  None
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  040352Z NOV 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers.  If this information were released, it would identify an intelligence operation and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 39
Bates Number(s):  2273
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  061800Z NOV 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Released in Part

Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers. If this information were released, it would identify an intelligence operation and may reveal the identity of the preparer of the IIR.

Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 40
Bates Number(s): 2274-2275
Document Type: Intelligence Report Evaluation
Classification: SECRET
Date of Document: 102210Z FEB 04
Author: DIA
Addressee: Various
Subject: French and Moroccan Detainee's Attendance at Taqwa, Bilal, and Bangladesh Mosques in Frankfurt, Germany
Pages: 3
Document Released in Part
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers. If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 41
Bates Number(s): 2276-2277
Document Type: Intelligence Report Evaluation
Classification: SECRET
Date of Document: 131910Z FEB 04
Author: DIA
Addressee: Various
Subject: Classified Subject
Pages: 2
Document Released in Part
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers. If this information were released, it would identify an intelligence operation and may reveal the identity of the preparer of the IIR.
Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 42
Bates Number(s): None
Document Type: Information Request
Classification: CONFIDENTIAL
Date of Document: 112200Z AUG 03
Author: DIA
Addressee: Various
Subject: Classified Subject
Pages: 2
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. This request for information explains how certain information would aid in analysis. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, government employee names, and internal office symbols and phone numbers.

Exemption: 552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Exemption:  552 (b)(6).  The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 43
Bates Number(s):  None
Document Type:  Information Request
Classification:  SECRET
Date of Document:  042010Z SEP 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This request for information explains how certain information would aid in analysis.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, government employee names, and internal office symbols and phone numbers.

Exemption: 552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Exemption:  552 (b)(6).  The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 44
Bates Number(s):  None
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  061625Z OCT 03
Author:  DIA
Addressee:  Various

Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers.  If this information were released, it would identify an intelligence operation and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 45
Bates Number(s):  None
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  061615Z OCT 03
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and expresses the analyst's interest in receiving intelligence on specific topics.  Release of this information would hinder DIA's ability to collect similar information in the future.  The document foreign government information, and if released, it would damage U.S. relations with that nation and hinder our ability to obtain information in the future from that country.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, names of government employees, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Exemption:  552 (b)(6).  The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 46
Bates Number(s):  2278
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  190510Z DEC 03
Author:  DIA
Addressee:  Various
Subject:  ISN US9MR-000760DP, Detainee's Tasking from Mahfouz Ould Al-Walid A.K.A. Abu Hafs Al-Mauritania and Detainee's Recruitment Activities for Jihad
Pages:  3
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, names of government employees, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Exemption:  552 (b)(6).  The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 47
Bates Number(s):  None
Document Type:  Intelligence Review Evaluation
Classification:  SECRET
Date of Document:  202021Z JAN 04
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, and internal office symbols and phone numbers.  If this information were released, it would identify an intelligence operation and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 48
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  040030Z MAY 04
Author:  DIA
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations and may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 49
Bates Number(s):  2279-2282
Document Type:  Intelligence Requirements
Classification:  SECRET
Date of Document:  151728Z MAY 06
Author:  DIA
Addressee:  Various
Subject:  Request Interrogation of ISN US9-000760DP on Detainee's Associates [Redacted]
Pages:  4
Document Released in Part

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, and internal office symbols and phone numbers.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 50
Bates Number(s): 2283-2285
Document Type: Intelligence Requirements
Classification: SECRET
Date of Document: 070006Z JUL 04
Author: DIA
Addressee: Various
Subject: Intelligence Requirements for ISN US9MR-000706, ISN US9MR-000757DP, and ISN US9MR-000760DP Who Have Potential Knowledge of [Redacted] the Al-Farouq Training Camp
Pages: 3
Document Released in Part
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA. The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future. Release of this information would hinder DIA's ability to collect similar information in the future. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption: 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency. Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, names of government employees, and internal office symbols and phone numbers.
Exemption: 552(b)(3) Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.
Exemption: 552 (b)(6). The document contains information which if released would constitute and unwarranted invasion of the personal privacy of U.S. government personnel, civilian contractors, or foreign nationals.

Document Number 51
Bates Number(s): 2286-2289
Document Type: Intelligence Requirements
Classification: SECRET
Date of Document: 181350Z APR 06
Author: DIA
Addressee: Various
Subject: Intelligence Requirements for Multiple Guantanamo Detainees
Pages: 5
Document Released in Part
Several portions of this document are not responsive to the request.

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, and internal office symbols and phone numbers.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.


Document Number 52
Bates Number(s):  2290-2291
Document Type:  Intelligence Report Evaluation
Classification:  SECRET
Date of Document:  141913Z NOV 05
Author:  DIA
Addressee:  Various
Subject:  Biographical Information on Abu Musab El Suri, Activities in Madrid, Spain, and Associates in the United Kingdom.
Pages:  2
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This IIR evaluation analyzes intelligence in an IIR and explains in detail the types of intelligence the analyst wants collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the IIR number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, and internal office symbols and phone numbers.  If this information were released, it may reveal the identity of the preparer of the IIR.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.


Document Number 53
Bates Number(s):  2292-2293
Document Type:  Intelligence Requirements

Classification:  SECRET
Date of Document:  282007Z AUG 01
Author:  DIA
Addressee:  Various
Subject:  UBL and the Al-Qaida Terrorist Network
Pages:  12
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The intelligence requirements analyzes intelligence and explains in detail the types of intelligence to be collected in the future.  Release of this information would hinder DIA's ability to collect similar information in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data, administrative handling codes, and internal office symbols and phone numbers.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, and similar information, the release of which would reveal DIA's organizational structure.


Document Number 54
Bates Number(s):  2294-2296
Document Type:  Intelligence Terrorism Summary
Classification:  SECRET
Date of Document:  021634Z MAR 00
Author:  DIA
Addressee:  DIA
Subject:  Defense Intelligence Terrorism Summary 042-00, 03 MAR 00
Pages:  15
Document Released in Part
Several portions of this document are not responsive to the request.
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes message routing data and administrative handling codes.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and similar information, the release of which would reveal DIA's organizational structure.

Document Number 55
Bates Number(s):  None
Document Type:  Intelligence Terrorism Summary
Classification:  SECRET
Date of Document:  031828Z FEB 00
Author:  DIA
Addressee:  DIA
Subject:  Defense Intelligence Terrorism Summary 022-00, 03 FEB 00
Pages:  9
Document Denied in Full
Several portions of this document are not responsive to the request.
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the DIA.  Accordingly, the information is
to be accorded protection from mandatory release under Executive Order 12958, as
amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal
rules and practices of the agency.  Information withheld under (b)(2) includes message
routing data and administrative handling codes.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols
and similar information, the release of which would reveal DIA's organizational
structure.

Document Number 56
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  250040Z DEC 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 57
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  111804Z MAY 01
Author:  Classified Source
Addressee:  Various

Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 58
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document:  071500Z JUN 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 59
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document:  012147Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 60
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document:  092155Z JUL 03

Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 61
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  191735Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 62
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  141742Z JUN 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 63
Bates Number(s):  None
Document Type:  Intelligence Report

Classification:  SECRET
Date of Document:  150144Z JUN 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 64
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  091752Z AUG 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 65
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  201642Z DEC 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 66
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  221638Z DEC 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 67
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  091915Z APR 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 68
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  102144Z APR 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 69
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  050025Z OCT 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 70
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  220128Z JAN 04
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages: 21
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 71
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  010847Z JUN 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  10
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 72
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  032204Z MAY 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 73
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  181938Z JUL 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 74
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  261721Z JAN 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages: 3
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 75
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 271736Z JAN 00
Author: Classified Source
Addressee: Various
Subject: Classified Subject
Pages: 4
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 76
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 272236Z JAN 00
Author: Classified Source
Addressee: Various
Subject: Classified Subject
Pages: 10
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 77
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 021857Z FEB 00
Author: Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 78
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  041654Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  14
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 79
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  092217Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 80
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET

Date of Document:  112241Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 81
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  130032Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 82
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  132200Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  7
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 83
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  221655Z DEC 99
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 84
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  232040Z DEC 99
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 85
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  240503Z DEC 99
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 86
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  242214Z DEC 99
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  7
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 87
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  261950Z DEC 99
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  11
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 88
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  301630Z DEC 99
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full

Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 89
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  011727Z FEB 00
Author: Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 90
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  111653Z APR 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages: 3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 91
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  051403Z MAY 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages:  10
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 92
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  231932Z JAN 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 93
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  050839Z OCT 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 94
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  010234Z DEC 01
Author:  Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 95
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  051755Z FEB 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 96
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  281940Z MAR 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 97
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET

Date of Document:  292256Z AUG 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  33
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 98
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  140924Z JAN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 99
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  221453Z FEB 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages: 4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 100
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  250202Z FEB 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 101
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  250205Z FB 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 102
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  180954Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  16
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 103
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  191726Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 104
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  021433Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 105
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  041017Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 106
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  080021Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 107
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  120750Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 108
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  120753Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 109
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  131611Z MAR 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  13
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 110
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  131616Z MAR 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  16
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 111
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  131621Z MAR 00
Author:  Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  7
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 112
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  131626Z MAR 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 113
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  131630Z MAR 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  7
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 114
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET

Date of Document:  181907Z APR 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 115
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  192152Z APR 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 116
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  232056Z MAY 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 117
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  072212 DEC 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 118
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  202043Z JAN 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 119
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  222023Z MAR 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 120
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  141415Z MAY 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 121
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  220445Z JUN 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 122
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  051318Z AUG 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 123
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  241615Z SEP 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 124
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  070427Z DEC 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 125
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  131347Z DEC 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 126
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  221450Z FEB 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 127
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  191735Z JUN 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 128
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  021433Z JUL 03
Author:  Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  10
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 129
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  272116Z JAN 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 130
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  180122Z JUL 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 131
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET

Date of Document:  272230Z JAN 00
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 132
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  071733Z OCT 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 133
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  311957Z JAN 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 134
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  250340Z MAY 04
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 135
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  160246Z MAY 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 136
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  201602Z MAY 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 137
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document:  020116Z AUG 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 138
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document:  302352Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 139
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document:  041938Z AUG 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).


Document Number 140
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  021744Z MAY 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 141
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  282024Z APR 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 142
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  202321Z AUG 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 143
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  270139Z SEP 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 144
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  101354Z OCT 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 145
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  100000Z DEC 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 146
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  100001Z DEC 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 147
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  152303Z JUL 04
Author:  Classified Source
Addressee: Various
Subject:  Classified Subject
Pages:  10
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 148
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  011530Z SEP 04
Author:  Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 149
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  221437Z SEP 04
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  7
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 150
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  041430Z DEC 04
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 151
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET

Date of Document:  071830Z JAN 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  9
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 152
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  251632Z MAR 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 153
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  211832Z APR 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  13
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 154
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  212155Z APR 05

Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 155
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  251459Z APR 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  25
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 156
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  021235Z MAY 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 157
Bates Number(s):  None
Document Type:  Intelligence Report

Classification:  SECRET
Date of Document:  101433Z MAY 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 158
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  132133Z MAY 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 159
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  231600Z SEP 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 160
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  171751Z OCT 05
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 161
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  181423Z JAN 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 162
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  042245Z MAY 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).


Document Number 163
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  181939Z JUL 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 164
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  181817Z SEP 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 165
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  092139Z FEB 07
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 166
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  111909Z APR 07
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 167
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  121418Z JUL 07
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  11
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 168
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  011521Z MAY 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages: 4
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 169
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 160246Z MAY 03
Author: Classified Source
Addressee: Various
Subject: Classified Subject
Pages: 6
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 170
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 162104Z SEP 05
Author: Classified Source
Addressee: Various
Subject: Classified Subject
Pages: 2
Document Denied in Full
Exemption: 552 (b)(1) The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 171
Bates Number(s): None
Document Type: Intelligence Report
Classification: SECRET
Date of Document: 102154Z JUL 04
Author: Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  11
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 172
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  012034Z APR 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 173
Bates Number(s):
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  N/A
Author: DIA
Addressee:  N/A
Subject:  Suspected Contacts of Known Terrorist Cells in Europe and Canada
Pages:  2
DIA reviewed the document and consulted with the Immigration and Customs Enforcement (ICE) Office and the Federal Bureau of Investigation (FBI).
Document Denied in full.
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA and other members of the intelligence community.  Release of this information would reveal the identity of a human source.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the Intelligence Information Report (IIR) number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, the name of an ongoing intelligence operation, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations, an intelligence operation, and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.
Exemption:  552 (b)(7)(A).  FBI asserted (b)(7)(A) to protect investigative information concerning ongoing FBI law enforcement investigations and to protect investigative information pertaining to plaintiff inasmuch as he is subject to a pending Military Commission trial.  Release of this information could reasonably be expected to interfere with these pending law enforcement proceedings.

Document Number 174
Bates Number(s):  3812-3816
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  291354Z JAN 03
Author: DIA
Addressee:  DIA
Subject:   Al Qaida Activity in North Africa
Pages:  5
Document Released in Part.
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Release of this information would reveal the identity of a human source.  This document also contains information that if released could damage U.S. relations with foreign nations.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the Intelligence Information Report (IIR) number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 175

Bates Number(s):
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  121216Z DEC 06
Author: DIA
Addressee:  Various
Subject:   Classified Subject
Pages:  7
Document Denied in Full.
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Release of this information would reveal the identity of a human source.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the Intelligence Information Report (IIR) number, message routing data, administrative handling codes, an administrative number assigned to the preparer of the IIR, internal office symbols and phone numbers, and the locations of DIA operations.  If this information were released, it would identify DIA locations and may reveal the identity of the preparer of the IIR.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols and phone numbers, unit locations, and similar information, the release of which would reveal DIA's organizational structure.

Document Number 176
Bates Number(s):
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  11 May 2007
Author: DIA
Addressee:  N/A
Subject:   Transnational:  Top 55 Guantanamo Detainees Based on Potential Terrorist Recidivism
Pages:  11
Document Denied in Full.
The majority of the document is not responsive to the request.  These non-relevant portions of the document were not reviewed for release.  The responsive portions were denied under the following exemptions:

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  This document also contains information provided by a foreign government.  The release of this information would impair the government's ability to obtain similar information from that government in the future.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c) and (d).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the internal office symbols and phone numbers, and email addresses and an analytical website address for a classified network.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols and phone numbers the release of which would reveal DIA's organizational structure.


Document Number 177
Bates Number(s):
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  21 March 2008
Author: DIA
Addressee:  N/A
Subject:   Classified Subject
Pages:  2
Document Denied in Full.

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of DIA and another DoD component.  This document also contains information provided by a foreign government.  The release of this information would impair the government's ability to obtain similar information from that government in the future.  Release of this information would also hinder U.S. government relations with the country who furnished the information.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the internal office symbols, an analytical website address for a classified network, and the Intelligence Information Report (IIR) number.

Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols the release of which would reveal DIA's organizational structure.


Document Number 178
Bates Number(s):
Document Type:  Working Papers
Classification: SECRET
Date of Document: N/A

Author: DIA
Addressee:  N/A
Subject:  Classified Subject
Pages:  2
Document Denied in full.
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the internal office symbols and phone numbers.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, the release of which would reveal DIA's organizational structure.

Document Number 179 (Document is from 1st DoD-OMC Referral; OMC document #'s Slahi 371-372)
Bates Number(s):
Document Type:  Information Paper
Classification:  SECRET
Date of Document:  3 September 2003
Author: DIA
Addressee:  N/A
Subject:  Detainee Ahmed Laabadi
Pages:  2
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (c).
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the internal office symbols.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names and office symbols, the release of which would reveal DIA's organizational structure.

Document Number 180 (Document is from 2nd DoD-OMC referral; OMC document #'s Slahi 847)
Bates Number(s):
Document Type:  Memorandum
Classification:  CONFIDENTIAL
Date of Document:  N/A
Author: Southcom – Guantanamo Bay (GTMO)

Addressee:  N/A
Subject:
Pages:  1
Document forwarded to the Department of Defense for consultation with GTMO.

Document Number 181 (Document is from 2nd DoD-OMC referral; OMC document #'s Slahi 619-621)
Bates Number(s):  3803-3805
Document Type:  Defense Intelligence Terrorism Summary
Classification:  SECRET
Date of Document:  112059Z JUN 02
Author: DIA
Addressee:  N/A
Subject:  Defense Intelligence Terrorism Summary 126-02, 12 Jun 02
Pages:  3
Document Released in Part
Several portions of this document are not responsive to the request.  Only responsive portions were reviewed and processed.
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the internal office symbols and phone numbers.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols, the release of which would reveal DIA's organizational structure.

Document Number 182 (Document is from 2nd DoD-OMC referral; OMC document #'s Slahi 622-627, 048-052, 614-617)
Bates Number(s):  3806-3811 (These are OMC pages Slahi 622-627 ? rest of Bates #'s)
Document Type:  Memo with attachments
Classification:  SECRET
Date of Document:  3 March 2003
Author: DIA
Addressee:  FBI
Subject:  Relationship of Ahmed Ressam and Mohamedou Slahi
Pages:  13
DIA consulted with the FBI regarding portions of this document.  Some of the (b)(1) exemptions were asserted by the FBI.  This is noted on the document.  Additionally, FBI asserted all the (b)(7) exemptions.
Document Release in Part.

Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community.  Release of this information would reveal the identity of a human source. The document also contains information which was provided by an allied foreign government, and if this information were released, it would damage U.S. relations with the foreign government that provided the information and hinder our ability to obtain information in the future from that government.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, sections 1.4 (b), (c), and (d).

Exemption: Low 552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under low (b)(2) includes the internal office symbols and phone numbers and the website address for a DIA office on the classified network.

Exemption: High (b)(2) was used to protect sensitive unclassified information regarding transnational terrorism.  This information describes the types of intelligence information the intelligence community is interested in collecting.  Release of this information may hinder the intelligence community's ability to collect similar information dealing with the war on terrorism in the future.

Exemption: 552(b)(3)  Title 10 Section 424 was used to withhold DIA employee names, office symbols, and phone numbers, the release of which would reveal DIA's organizational structure.

Exemption: 552 (b)(6).  FBI asserted (b)(6) to protect information which, if released, would constitute a clearly unwarranted invasion of the personal privacy of certain individuals.  Exemption (b)(6) was used to protect the identity of a FBI Special Agent, the identities of two persons of investigative interest to the FBI and the identities of two persons who provided information to the FBI on a confidential basis.

Exemption: 552 (b)(7)(A).  FBI asserted (b)(7)(A) to protect investigative information concerning ongoing FBI law enforcement investigations and to protect investigative information pertaining to plaintiff inasmuch as he is subject to a pending Military Commission trial.  Release of this information could reasonably be expected to interfere with these pending law enforcement proceedings.

Exemption: 552 (b)(7)(C).  FBI asserted (b)(7)(C) to protect information which, if released, could reasonably be expected to constitute an unwarranted invasion of the personal privacy of certain individuals.  Exemption (b)(7)(C) was used to protect the identity of a FBI Special Agent, the identities of two persons of investigative interest to the FBI and the identities of two persons who provided information to the FBI on a confidential basis.

Exemption: 552 (b)(7)(D).  FBI asserted (b)(7)(D) to protect the identities of and all confidential information provided by two persons who provided information to the FBI pursuant to an express assurance of confidentiality.  In addition, the FBI asserted (b)(7)(D) to protect the identity of and all confidential information provided by a foreign law enforcement agency who provided information to the FBI pursuant to an express assurance of confidentiality. Release of this information could reasonably be expected to disclose the identities of these two human confidential sources of the FBI and the identity of the foreign law enforcement agency.

Document Number 183 (Document is from 3nd DoD-OMC referral; OMC did not number this copy of this document)
Bates Number(s):
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  18 October 2002
Author: DIA
Addressee:  N/A
Subject:  Classified Subject
Pages:  7
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  The document also describes the types of intelligence information DIA is interested in collecting.  Release of this information may hinder DIA's ability to collect similar intelligence in the future.  Release of this information would also reveal what information the intelligence community knows, as well as the gaps in intelligence collection.
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under low (b)(2) includes the internal office symbols and the website address for a DIA office on the classified network.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold DIA office symbols, the release of which would reveal DIA's organizational structure.

Document Number 184 (Army INSCOM referral of documents from DoD-OMC; Army document # Slahi 249 )
Bates Number(s):
Document Type:  Harmony database entry.
Classification:  UNCLASSIFIED//FOR OFFICIAL USE ONLY
Date of Document:  N/A
Author: DIA
Addressee:  N/A
Subject:  Business Cards, Pharmacy/Medical Receipts, and Passport for Mohamedou Ould Slahi
Pages:  1
Document Released in Part
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the Intelligence Information Report (IIR) number the information was derived from and the Harmony document number.
Exemption:  552(b)(3)  Title 10 Section 424 was used to withhold the Intelligence Information Report number, the release of which would reveal DIA's organizational structure.

Document Number 185 (Army INSCOM referral of documents from DoD-OMC; Army document #'s Slahi 250-251.)
Bates Number(s):
Document Type:  Report
Classification:  SECRET
Date of Document:  8 August 2002
Author: DIA
Addressee:  N/A
Subject:  Pocket Litter
Pages:  2
Document Released in Part
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the DIA.  Release of this information could potentially reveal the identity of a human source.  Release of this information would also reveal the locations of DIA operations.
Exemption:  552 (b)(2) was used to protect information that pertains solely to the internal rules and practices of the agency.  Information withheld under (b)(2) includes the Harmony document report number, the name of an ongoing intelligence operation, internal office symbols, and the website address for a DIA office on the classified network.  If this information were released, it would identify an intelligence operation and the web address to a classified website.

Document Number 186
Bates Number(s):  None
Document Type:  Memorandum for Record
Classification:  SECRET
Date of Document:  25 June 2003
Author:  Classified Source
Addressee:  N/A
Subject:  Classified Subject
Pages:  3
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).
Document Number 187
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET

Date of Document:  020826Z MAR 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 188
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  162301Z MAY 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  13
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 189
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  082317Z MAR 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 190
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  191857Z OCT 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 191
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  251727Z NOV 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  12
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 192
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET

Date of Document:  290038Z MAY 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  8
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 193
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  131838Z SEP 06
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 194
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  221943Z MAR 04
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 195
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  100001Z DEC 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 196
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  171022Z JUL 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  12
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability

to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 197
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document:  012044Z JUL 04
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  5
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 198
Bates Number(s):  None
Document Type:  Intelligence Report
Classification: SECRET
Date of Document150144Z JUL 00
Author:  Classified Source
Addressee: Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 199
Bates Number(s):  None

Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  171933Z SEP 01
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  4
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which if released, would damage U.S. relations with a foreign government mentioned in this report.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c) and (d).

Document Number 200
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  071733Z OCT 02
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  6
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 201
Bates Number(s):  None
Document Type:  Intelligence Report
Classification:  SECRET
Date of Document:  170006Z SEP 03
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  16
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.  The document contains information which was provided by a foreign government organization, and if this information were released, it would damage U.S. relations with the foreign government organization that provided the information and hinder our ability to obtain information in the future from that organization.  Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (b), (c), and (d).

Document Number 202
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 1999
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 203
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 1999
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).
Document Number 204
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 1999

Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 205
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  March 2000
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 206
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  March 2000
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 207
Bates Number(s):  None
Document Type:  Database entry for report

Classification:  TOP SECRET
Date of Document:  March 2000
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 208
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  March 2000
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 209
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  March 2000
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 210

Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  October 2002
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 211
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  October 2002
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 212
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  October 2002
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 213
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  June 2003
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 214
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 2003
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 215
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 2003
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 216
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 2003
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 217
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 2003
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 218
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  December 2003
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full

Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 219
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 220
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption: 552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 221
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 222
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 223
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 224
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 225
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 226
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 227
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET

Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 228
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 229
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 230
Bates Number(s):  None

Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 231
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 232
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 233
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 234
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 235
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community.

Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 236
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 237
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 238
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full

Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 239
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 240
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 241
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject

Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 242
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  1
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 243
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 244
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source

Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 245
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 246
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 247
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET

Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 248
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 249
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).

Document Number 250
Bates Number(s):  None

Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 251
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 252
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released,
would reveal intelligence sources and methods and compromise the intelligence
information collection mission effectiveness of the U.S. intelligence community.
Accordingly, the information is to be accorded protection from mandatory release under
Executive Order 12958, as amended, section 1.4 (c).

Document Number 253
Bates Number(s):  None
Document Type:  Database entry for report
Classification:  TOP SECRET
Date of Document:  N/A
Author:  Classified Source
Addressee:  Various
Subject:  Classified Subject
Pages:  2
Document Denied in Full
Exemption:  552 (b)(1)  The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the U.S. intelligence community. Accordingly, the information is to be accorded protection from mandatory release under Executive Order 12958, as amended, section 1.4 (c).