IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMEDOU OULD SLAHI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-0597 (JR) |
| U.S. DEPARTMENT OF DEFENSE, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE
IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING VARIOUS DEPARTMENT OF DEFENSE COMPONENTS**

Pursuant to local rule 7.1(h), defendant, the United States Department of Defense, submits the following statement of material facts as to which there is no genuine issue:

1. Plaintiff Slahi is an alien who is currently detained by DoD at Guantanamo Bay as an enemy combatant. *See* Declaration of Russell G. Leavitt ["Leavitt Decl."] (Ex. 8) ¶ 4.

2. By letter dated May 26, 2005, plaintiff's counsel in his habeas corpus case submitted a FOIA request to DoD's FOIA office seeking "records relating to Mohamedou Ould Slahi aka Mohammedou Ould Salahi, born in Mauritania in approximately 1970." *Id.* ¶ 4 and Ex. A.

3. On June 29, 2007, plaintiff's counsel committed to paying for the search of all those DoD components listed in a Detainee Search Chart previously provided to her. *See* Leavitt Decl. (Ex. 8) ¶ 4 and Ex. B.

4. In early July 2007, DoD tasked all those DoD components in the Detainee Search Chart to search for responsive documents. *Id.* ¶ 8. Those components are: United States

       Central Command; United States Transportation Command; Defense Intelligence Agency; Criminal Investigation Task Force; United States Special Operations Command; Office for the Administrative Review of Detained Enemy Combatants; DoD Office of General Counsel; Office of Detainee Affairs; and Joint Staff. *Id.*

5. In addition, in the course of conducting these searches, DoD found documents that referenced three additional DoD components not listed in the Detainee Search Chart: United States Army Intelligence and Security Command; United States European Command; and Office of Military Commissions-Prosecution. *Id.* ¶ 9. After plaintiff's counsel committed to pay for the searches, DoD further tasked those three components to search for responsive documents. *Id.*

6. While processing responsive records, many of the twelve components found documents that originated with, or contain information that originated with, other DoD components or outside agencies. *Id.* ¶ 10. A total of six additional DoD components were referred responsive documents originated with them: Air Force Office of Special Investigations; United States Strategic Command; United States Northern Command; United States Army Intelligence and Security Command; Naval Criminal Investigative Service; and Office of Naval Intelligence. *Id.* In addition, three outside agencies were referred responsive records that either originated with them or contained information that originated with them: the Central Intelligence Agency ("CIA"); the Department of State; and the FBI. *Id.*

7. DoD processed approximately more than 3,700 pages (not including those originating at Joint Task Force-Guantanamo), and of those, approximately 1,487 pages have been

    withheld in full. *Id.*

8. Approximately 1,305 pages of responsive documents were produced to plaintiff's counsel on December 12, 2007, and an additional 40 pages that had been referred to the State Department were produced on December 20, 2007. *Id.*

9. In July 2008, the CIA also separately produced to plaintiff's counsel all nonexempt, responsive documents DoD referred to the CIA for direct response. *Id.*

10. In addition, DoD will produce to plaintiff approximately 943 pages of responsive documents on or about July 31, 2008. *Id.*

11. DoD has withheld responsive documents under FOIA Exemptions 1, 2, 3, 5, 6 and 7. The bases of the withholding are fully explained in the 20 declarations attached to the motion for partial summary judgment. The withheld documents are also described in detail in the *Vaughn* indexes, attached as Exhibits C and D to the Leavitt Declaration (Ex. 8).

Dated: July 31, 2008                                              Respectfully submitted,

                                                                           GREGORY G. KATSAS
                                                                           Assistant Attorney General

                                                                           JEFFREY A. TAYLOR
                                                                           United States Attorney

                                                                           JOHN TYLER
                                                                           Senior Trial Counsel

                                                                           */s/* Jean Lin
                                                                           JEAN LIN  (NY#4074530)
                                                                           Federal Programs Branch, Civil Division
                                                                           United States Department of Justice
                                                                           20 Massachusetts Ave., N.W.
                                                                           Washington, D.C.  20530
                                                                           Tel: (202) 514-3716

Attorneys for Defendant