IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion for Partial Summary Judgment with respect to information withheld from responsive records located in various components of the Department of Defense, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE