UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0597 (JR) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMITATION**

Defendant, Department of Defense ("DoD"), hereby moves this Court for leave to exceed the 45-page limitation imposed by Local Civil Rule 7(e), which otherwise would apply to defendant's memorandum in support of its motion for partial summary judgment. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for plaintiff, who has advised that plaintiff does not oppose the motion.

In moving for partial summary judgment in this Freedom of Information Act action, DoD has had to discuss information withheld by many DoD components, the Federal Bureau of Investigation, and the Department of State under multiple FOIA exemptions, including Exemption 1, 2, 3, 5, 6 and 7(A), (C), (D), and (E). Despite defendant's counsel's attempt to limit defendant's memorandum in support of the partial summary judgment motion to 45 pages, defendant's counsel was unable to bring the final version within the 45-page limit. Because defendant's brief will materially assist the Court's evaluation and disposition of defendant's motion for partial summary judgment, and will not impose any hardship on plaintiffs, defendant respectfully requests that the Court grant this motion.

Dated:  July 31, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Branch Director

       */s/* Jean Lin
JEAN LIN
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C.  20530
Tel: (202) 514-3716
Fax: (202) 616-8470
Attorneys for Defendant