UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-CV-0597 (JR) |
| U.S. DEPARTMENT OF DEFENSE, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of defendant's Unopposed Motion for Leave to Exceed Page Limitation, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that the Clerk shall file defendant's memorandum in support of its motion for partial summary judgment.

Dated: _____

UNITED STATES DISTRICT JUDGE